**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Bertucci's Restaurants, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Bertucci's Brick Oven Pizza & Pasta |
| 3. | Debtor's federal Employer Identification Number (EIN) | 83-0799571 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4700 Millenia Blvd., Ste. 400<br>Orlando, FL 32839<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Orange<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   www.bertuccis.com

6. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   **Bertucci's Restaurants, LLC**   Case number (*if known*) _____
　　　　　Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __7225__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. Check **all** that apply:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ■ No.
   - ☐ Yes.

   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

Debtor __Bertucci's Restaurants, LLC_____   Case number (*if known*)_____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____
District _____ When _____
Relationship _____
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor __Bertucci's Restaurants, LLC__    Case number (*if known*) _____
       Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☒ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Bertucci's Restaurants, LLC**　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 5, 2022**
　　　　　　　　MM / DD / YYYY

X _____　　　　　　　**Jeffrey C. Sirolly**
Signature of authorized representative of debtor　　Printed name

Title   **Secretary**

**18. Signature of attorney**

X _____　　　　　　　Date   **December 5, 2022**
Signature of attorney for debtor　　　　　　　　　　　　　MM / DD / YYYY

**R. Scott Shuker, Esq**
Printed name

**Shuker & Dorris, P.A.**
Firm name

**121 S. Orange Avenue**
**Suite 1120**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone   **(407) 337-2060**　　　Email address   **rshuker@shukerdorris.com**

**984469 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 5, 2022**    X _/s/ Jeffrey C. Sirolly_
                                      Signature of individual signing on behalf of debtor

**Jeffrey C. Sirolly**
Printed name

**Secretary**
Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:
Debtor name: Bertucci's Restaurants, LLC
United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AFA Protective Systems, Inc. 155 Michael Drive Syosset, NY 11791 | Matthew Jackson mjackson@afap.com 781-848-6200 | Trade debt | | | | $111,523.00 |
| Best Petroleum LLC Country Manor Norwood Trust 40 Grove St., Unit 430 Wellesley, MA 02482 | Richard Salinsky rsalinsky@hotmail.com 751-593-3316 | Rent | | | | $222,188.00 |
| C.H. ROBINSON Robinson Fresh 14701 Charlesto RD, Ste 1400 Eden Prairie, MN 55347 | Ryan Klusendorf Ryan.Klusendorf@chrobinson.com 800-447-4434 | Trade Debt / Food Vendor | | | | $220,561.00 |
| Canton R2G Owner LLC PO Box 411261 Boston, MA 02241-1261 | Riley Merritt rmerritt@rptrealty.com 248-592-6051 | Rent | | | | $145,367.00 |
| CIL Walkers LLC c/o Bank of America, N.A. PO Box 105576 Atlanta, GA 30348 | Daniel Candee danielcandee@aol.com 751-789-5235 | Rent | | | | $188,829.00 |
| D&H 402A Pad Partnership TS c/o Caron & Bletzer PO Box 969 Kingston, NH 03848 | Cahterine Champaine ccaron@caronbletzerts.com 603-658-8002 | Rent | | | | $165,454.00 |

Debtor  **Bertucci's Restaurants, LLC**  Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Frontier Dr Metro Center LP  Lockbox #283523  PO Box 713523  Philadelphia, PA 19171-3523 | Pamm Grimm  www.lpcwashintondc.com  703-519-8333 | Rent | | | | $249,722.00 |
| Lincoln Plaza Assoc  PO Box 829424  Philadelphia, PA 19182-9424 | Anjanette Studer  astuder@simon.com  317-263-2461 | Rent | | | | $197,064.00 |
| Mall at Rockingham LLC  Mall at Rockingham Park  14165 Collections Center Dr  Chicago, IL 60693 | Ashley Hager  ashley.hager@simon.com  317-263-7056 | Rent | | | | $559,442.00 |
| Mall at Solomon Pond, LLC  14199 Collections Center Dr  Chicago, IL 60693 | Scott Wides  swides@cliftonrm.com  317-796-6437 | Rent | | | | $304,003.00 |
| MNH Mall, LLC  Mall of New Hamphire  14184 Collections Center Dr  Chicago, IL 60693 | Kevin Shrewbury  kevin.shrewsbury@simon.com  317-263-7969 | Rent | | | | $294,723.00 |
| MOBO Systems  285 Fulton St  Floor 82  New York, NY 18002 | Ross Basalatan  ross.basalatan@olo.com  212-260-0895 | Marketing | | | | $138,476.00 |
| NCR Corporation  P.O. Box 198755  Atlanta, GA 30384-8755 | Earl Hayes  earl.hayes@ncr.com  727-647-6857 | Trade debt | | | | $179,838.00 |
| PB Restaurants, LLC  11 West 42nd Street  Orlando, FL 32839 | Tom Avallone  tavallone@planethollywoodintl.com  407-903-5555 | Unsecured Loan | | | | $14,859,000.00 |
| Reward Network  540 W Madison St  Suite 2400  Chicago, IL 60661 | Thomas Wall  twall@rewardsnetwork.com  508-915-1573 | Trade debt | | | | $448,587.00 |

Debtor   **Bertucci's Restaurants, LLC**          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Springfield Square Cent LP c/o Continental Dev. LLC 1604 Walnut St - 5th Floor Philadelphia, PA 19103 | RG Langer  rlanger@ncrdelco.com 610-328-1700 | Rent | | | | $174,899.00 |
| St. John Properties, Inc - B Accounts Receivable PO Box 62784 Baltimore, MD 21264-2784 | Angela Cohen  acohen@sjpi.com 443-791-8553 | Rent | | | | $170,507.00 |
| SYSCO Corporation 1390 Enclave Parkway Houston, TX 77077 | Gregg Dadowski  gregg.dadowski@sysco.com 281-556-4547 | Trade debt / Food Vendor | | | | $1,181,936.00 |
| TriMark United East PO Box 845377 Boston, MA 02284-5377 | Amy Walters  amy.walters@trimark.com 508-399-2386 | Trade debt / Supplies | | | | $1,230,840.00 |
| Wildwood Est. of Braintree PO Box 859059 Braintree, MA 02185 | Arthur W. Stavris  rcibotti@fxmessina.com 781-848-5000 | Rent | | | | $205,758.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re **Bertucci's Restaurants, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Bertucci's Holding, LLC<br>4700 Millenia Blvd, Ste 400<br>Orlando, FL 32839 | N/A | 100% | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Secretary** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 5, 2022**  Signature _Jeffrey C. Sirolly_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re: **Bertucci's Restaurants, LLC**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **December 5, 2022**

_____
Jeffrey C. Sirolly/Secretary
Signer/Title

Bertucci's Restaurants, LLC
4700 Millenia Blvd., Ste. 400
Orlando, FL 32839

Bel Air South Commercial LLC
2700 Philadelphia Road
Edgewood, MD 21040-1120

Canton R2G Owner LLC
PO Box 411261
Boston, MA 02241-1261

R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

Bertucci's Holding, LLC
4700 Millenia Blvd., Ste. 400
Orlando, FL 32839

Centercorp Swampscott Realty
600 Loring Ave
Salem, MA 01970

153 W Hancock St Associates
c/o Radhey Khanna
80 Nashus Rd
Londerry, NH 03053

Bertucci's Restaurants (B-A)
12 Bel Air S. Parkway
Bel Air, MD 21015

Christiana Town Center LLC
PO Box 7189
Wilmington, DE 19803

1775 Mass Ave, LLC
c/o Concord Prop. Mgmt, Inc
1 Main Street
Concord, MA 01742

Bertucci's Restaurants (CO)
9081 Snowden River Pkwy
Columbia, MD 21044

CIL Walkers LLC
c/o Bank of America, N.A.
PO Box 105576
Atlanta, GA 30348

523 Restaurant, L.P.
c/o Penn Real Est Group Inc
620 Righters Ferry Road
Bala Cynwyd, PA 19004

Bertucci's Restaurants (WM)
8130 Corporate Place
Nottingham, MD 21236

Commerce Way Development
11 Poppasquash Rd
Bristol, RI 02809

629 Cross Keys Limited Liab.
1222 Jennifer Ln
Manahawkin, NJ 08050

Bertucci's Restaurants (BAL)
1818 York Road
Lutherville Timonium, MD 21093

Concord Retail Partners LP
Brandolini Property Mgmt
PO Box 4711
Lancaster, PA 17601

805 Main St LLC
c/o The Senne Company
One Lewis Wharf
Boston, MA 02110

Best Petroleum LLC
Country Manor Norwood Trust
40 Grove St., Unit 430
Wellesley, MA 02482

Connecticut Dept of Revenue
PO Box 5089
Hartford, CT 06102

AFA Protective Systems, Inc.
155 Michael Drive
Syosset, NY 11791

Buncrana
275 Mishawum Road
Woburn, MA 01801

Corporate Service Company
P.O. Box 2576
Springfield, IL 62708

Avon Marketplace Investors
PO Box 783522, Lockbox #3522
Philadelphia, PA 19178-3522

C.H. ROBINSON
Robinson Fresh
14701 Charlesto RD, Ste 1400
Eden Prairie, MN 55347

CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

| | | |
|---|---|---|
| D&H 402A Pad Partnership TS<br>c/o Caron & Bletzer<br>PO Box 969<br>Kingston, NH 03848 | Joseph Gaied<br>LMC Realty Trust<br>PO Box 522<br>Ashland, MA 01721 | Mayflower Emerald Square LLC<br>Emerald Square<br>14190 Collections Center Dr<br>Chicago, IL 60693 |
| Delaware Div of Revenue<br>PO Box 2340<br>Wilmington, DE 19899 | Knapp Foods Inc<br>PO Box 396<br>Natick, MA 01760 | MEDFORD WELL<br>P.O. BOX 961<br>WORCESTER, MA 01613-0961 |
| F.A Associates<br>T/A Concord Gallery<br>PO Box 7189<br>Wilmington, DE 19803 | Lincoln Plaza Assoc<br>PO Box 829424<br>Philadelphia, PA 19182-9424 | MNH Mall, LLC<br>Mall of New Hamphire<br>14184 Collections Center Dr<br>Chicago, IL 60693 |
| Framingham - 150 FR<br>Realty Limited Partnership<br>1051 Reservoir Ave<br>Cranston, RI 02910 | M3 Real Estate Holdings, LLC<br>c/o Veritas Real Estate Serv<br>701 Route 73 North, Suite 4<br>Marlton, NJ 08053 | MOBO Systems<br>285 Fulton St<br>Floor 82<br>New York, NY 18002 |
| Frontier Dr Metro Center LP<br>Lockbox #283523<br>PO Box 713523<br>Philadelphia, PA 19171-3523 | Mall at Rockingham LLC<br>Mall at Rockingham Park<br>14165 Collections Center Dr<br>Chicago, IL 60693 | Montgomery Mall Realty<br>1010 Northern Blvd Suite 212<br>Great Neck, NY 11021 |
| Frontier Drive Metro Center<br>Lockbox #283523<br>PO Box 713523<br>Philadelphia, PA 19171-3523 | Mall at Solomon Pond, LLC<br>14199 Collections Center Dr<br>Chicago, IL 60693 | NC Read Beam LLC<br>c/o North Colony Asset Mgmt<br>625 Mt. Auburn St.<br>Cambridge, MA 02138 |
| Griswold Mall Associates<br>1000 Huntington Turnpike<br>Bridgeport, CT 06610, CT 06610 | Marc Capital Corp<br>c/o Nancy Anderson<br>1713 Montaine Drive East<br>Golden, CO 80401 | NCR Corporation<br>P.O. Box 198755<br>Atlanta, GA 30384-8755 |
| Hing Wah Realty Trust<br>c/o Howard Lee, Trustee<br>67 Beach St.<br>Boston, MA 02111 | Maryland Revenue Admin Div.<br>Taxpayer Service Division<br>110 Carroll Street<br>Annapolis, MD 21411 | New Century Assoc. Group<br>PO Box 62694<br>Baltimore, MD 21264-2684 |
| Internal Revenue Service<br>1160 W. 1200 S. Street<br>Ogden, UT 84201 | Massachusetts Dept of Rev<br>PO Box 7089<br>Boston, MA 02241 | New Century Assoc. Group, LP<br>2010 County Line Road<br>Huntingdon Valley, PA 19006 |

New Hampshire DRA
PO Box 1265
Concord, NH 03302

Rhode Island Div of Taxation
One Capitol Hill
Providence, RI 02908

Stonehill 123 LLC
c/o GJS Management Corp
858 Washington St, Suite 309
Dedham, MA 02026

New Jersey Dept of Treasury
PO Box 002
Trenton, NJ 08625

Route 140 School Street LLC
PO Box 847425
Boston, MA 02284-7425

SYSCO Corporation
1390 Enclave Parkway
Houston, TX 77077

Orange County Tax Collector
301 S Robinson Avenue
Orlando, FL 32801

Snowden Holdings LLC
c/o Adam Schwartz
15942 Shady Grove Rd
Gaithersburg, MD 20877

Thompson's Restaurant, Inc
PO Box 155
N. Andover, MA 01845-0155

PamJam Realty LLC
276 W. Main St., Suite 13A
Northborough, MA 01532

Somerset Waltham LLC
465 Waverly Oaks Rd Ste 500
Waltham, MA 02452

TriMark United East
PO Box 845377
Boston, MA 02284-5377

PB Restaurants, LLC
11 West 42nd Street
Orlando, FL 32839

South Street Holdings LLC
c/o The Grossman Companies
859 Willard St., Suite 501
Quincy, MA 02169

US MJW East Gate I, LLC
c/o M&J Wilkow Properties
20 S. Clark St., Suite 3000
Chicago, IL 60603

Pennsylvania Dept of Revenue
Strawberry Square
9th Floor
Harrisburg, PA 17128

Springfield Square Cent LP
c/o Continental Dev. LLC
1604 Walnut St - 5th Floor
Philadelphia, PA 19103

Virginia Taxation Dept.
Office of Customer Services
PO Box 1115
Richmond, VA 23218

PHL Holdings, LLC
4700 Millenia Blvd., Ste 400
Orlando, FL 32839

Springfield Square Central
c/o Continental Developers
1604 Walnut St - 5th Floor
Philadelphia, PA 19103

Westbrook Village Realty Tr.
PO Box 67396
Chestnut Hill, MA 02467

PR Plymouth Meeting L.P.
PO Box 73312
Cleveland, OH 44193

St. John Properties, Inc - B
Accounts Receivable
PO Box 62784
Baltimore, MD 21264-2784

Wildwood Est. of Braintree
PO Box 859059
Braintree, MA 02185

Reward Network
540 W Madison St
Suite 2400
Chicago, IL 60661

STA Wite Inc
15 Garfield Ave.
Somerville, MA 02145

Winkal Holdings, LLC
Attn: Tina Mihzir
10 Rye Ridge Plaza, Ste 200
Rye Brook, NY 10573

WSM Hingham Properties LLC
PO Box 3274
Boston, MA 02241-3274