**United States Bankruptcy Court**
**Middle District of Florida**

In re    Bertucci's Restaurants, LLC                                   Case No.   6:22-bk-04313
                                Debtor(s)                               Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Bertucci's Restaurants, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Bertucci's Holding, LLC
4700 Millenia Blvd, Ste 400
Orlando, FL 32839

☐ None [*Check if applicable*]

December 5, 2022
Date

R.Scott Shuker, Esq
Signature of Attorney or Litigant
Counsel for    Bertucci's Restaurants, LLC
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801
(407) 337-2060
rshuker@shukerdorris.com