**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**                                                                              **CASE NO.:   6:22-bk-04313**

**BERTUCCI'S RESTAURANTS, LLC,**                **CHAPTER 11**

      **Debtor.**
_____/

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

**BERTUCCI'S RESTAURANTS, LLC**, ("Bertucci's" or "Debtor"), a Florida limited liability company, by and through their undersigned counsel, and pursuant to Administrative Order FLMB 2009-1, file this Chapter 11 Case Management Summary, and state as follows:

    **I.**    **Description of Debtor's Business**

    1.    On December 5, 2022 (the "Petition Date"), Debtor filed its voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.  No trustee has been appointed and Debtor continues to manage and operate its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

    2.    The Debtor is a Florida limited liability company that was formed in May of 2018. Debtor owns and operates approximately forty-seven (47) Italian-themed restaurants in nine (9) states located in the North-East; however, the corporate offices are located at: 4700 Millenia Blvd., Suite 400, Orlando, Florida 32839.

    **II.**    **Events Leading to and Reasons for Filing**

    3.    The prior Bertucci's Brick Oven Pizza & Pasta went into bankruptcy in April of 2018 in the United States Bankruptcy Court for the District of Delaware.  The current Debtor entity was

created in May of 2018 when it acquired approximately fifty-six (56) restaurants under the name Bertucci's Brick Oven Pizza & Pasta (individually a "Restaurant", collectively, the "Restaurants"), in a transaction that closed on June 11, 2018, *see* the *Order Approving Asset Purchase Agreement* entered in the previous bankruptcy case (Case No. 18-10894-MFW; Doc. No. 295).

4. The Restaurants are marketed toward the core casual dining market and, when acquired, Bertucci's operated approximately fifty-six (56) locations in nine (9) states nationwide reporting annual sales of more than $120 million for 2019 with nearly 2,000 employees.

5. Unfortunately, due to Covid and the impact of inflation, sales declined and expenses increased. Although based on audited financials, sales at fiscal year 2021 were $97.9 million, Debtor suffered an operating loss of $14 million and a net loss of $7.2 million.

### III. Debtor's Corporate Ownership

6. Debtor is owned entirely by Bertucci's Holding, LLC. No officers or directors hold an ownership interest in Debtor.

### IV. Debtor's Cash Management System

7. The Debtor maintains banking accounts at PNC Bank, Wells Fargo, and Bank of America. Prior to the Petition Date, Debtor maintained a complex cash management system to properly account for all monetary receipts and disbursements. Each Restaurant has a deposit account where cash is collected and then transmitted to a central account at PNC. The central account receives all credit card payments and makes all disbursements.

### V. Amounts Owed to Various Classes of Creditors

8. As of the Petition Date, Debtor was indebted to various creditors as follows:

| Secured Lenders | Approximate Amount Owed (lien type) |
|---|---|
| PHL Holdings, LLC | $8,500,000 revolving loan (first lien on all assets) |

    PHL Holdings, LLC   $12,350,000 term loan (second lien on all assets)

9. <u>Obligations owed to priority creditors such as governmental creditors for taxes</u>.

Bertucci's believes it is current with respect to their federal tax obligations but may have a combined State sales tax obligation owing to several states in the approximate amount of $1,500,000.

10. <u>Amount of unsecured claims</u>. As of the Petition Date, Debtor was indebted to non-disputed and non-insider unsecured creditors in the approximate amount of $26,500,000.

**VI.** **<u>General Description and Approximate Value of Debtor's Current and Fixed Assets</u>**

12. As of September 25, 2022, Debtor's assets, at book value, include approximately $1,100,000 in food and beverage inventory, $800,000 in accounts receivable, and $7,000,000 in furniture and restaurant equipment. Debtor's total assets as of September 25, 2022, at book value, totaled $23 million, but net worth is negative at almost $37 million.

**VII.** **<u>Number of Employees and Amount of Wages Owed as of the Petition Date</u>**

13. As of the Petition Date, Debtor employ approximately fourteen hundred thirty-six (1436) hourly and salaried employees (the "Employees"). The Employees are paid bi-weekly, for services performed during the prior two-week period. Contemporaneously with the filing of this summary, Debtor is seeking to pay prepetition wages of approximately $300,000.00 which was paid on December 2, 2022 but not all checks have cleared, and approximately $906,441.00 which is scheduled to be funded on December 15, 2022. No single Employee is believed to be owed more than the $12,850.00 limit set forth in 11 U.S.C. § 507(a)(4).

**VIII.** **<u>Anticipated Emergency Relief to be Requested with 14 Days from the Petition Date</u>**

14. Emergency Motion for Authority to Pay Pre-petition Wages;

15. Emergency Motion to Maintain Bank Accounts;

16. Emergency Motion to Reject Certain Leases; and

17. Emergency Motion to Use Cash Collateral.

**RESPECTFULLY SUBMITTED** this 5th day of December 2022.

        /s/ R. Scott Shuker, Esq.
        R. Scott Shuker, Esq.
        Florida Bar No. 0984469
        rshuker@shukerdorris.com
        Mariane L. Dorris, Esq.
        Florida Bar No. 173665
        mdorris@shukerdorris.com
        **SHUKER & DORRIS, P.A.**
        121 S. Orange Ave., Suite 1120
        Orlando, Florida 32801
        Telephone: 407-337-2060
        Facsimile:  407-337-2050
        *Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**                                                                                       **CASE NO.    6:22-bk-04313**

**BERTUCCI'S RESTAURANTS, LLC**                                     **CHAPTER 11**

       **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the forgoing **CHAPTER 11 CASE MANAGEMENT SUMMARY** has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: **DEBTOR**, **BERTUCCI'S RESTAURANTS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; **PHL HOLDINGS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; **PB RESTAURANTS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; all parties entitled to receive CM/ECF noticing; the twenty largest unsecured creditors as shown on the matrix attached to the original of this summary filed with the Court; and the **U.S. TRUSTEE'S OFFICE**, 400 W. Washington St., Ste. 1120, Orlando, FL 32801, this 5th day of December 2022.

                                                          /s/ R. Scott Shuker, Esq.
                                                          R. Scott Shuker, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-04313<br>Middle District of Florida<br>Orlando<br>Mon Dec  5 14:04:21 EST 2022 | Bertucci's Restaurants, LLC<br>4700 Millenia Blvd., Ste. 400<br>Orlando, FL 32839-6020 | 153 W Hancock St Associates<br>c/o Radhey Khanna<br>80 Nashus Rd<br>Londerry, NH 03053-3426 |
| 1775 Mass Ave, LLC<br>c/o Concord Prop. Mgmt, Inc<br>1 Main Street<br>Concord, MA 01742-2514 | 523 Restaurant, L.P.<br>c/o Penn Real Est Group Inc<br>620 Righters Ferry Road<br>Bala Cynwyd, PA 19004-1347 | 629 Cross Keys Limited Liab.<br>1222 Jennifer Ln<br>Manahawkin, NJ 08050-4250 |
| 805 Main St LLC<br>c/o The Senne Company<br>One Lewis Wharf<br>Boston, MA 02110-3900 | AFA Protective Systems, Inc.<br>155 Michael Drive<br>Syosset, NY 11791-5310 | Avon Marketplace Investors<br>PO Box 783522, Lockbox #3522<br>Philadelphia, PA 19178-3522 |
| Bel Air South Commercial LLC<br>2700 Philadelphia Road<br>Edgewood, MD 21040-1120 | Bertucci s Restaurants (BAL)<br>1818 York Road<br>Lutherville Timonium, MD 21093-5174 | Bertucci's Holding, LLC<br>4700 Millenia Blvd., Ste. 400<br>Orlando, FL 32839-6020 |
| Bertucci's Restaurants (B-A)<br>12 Bel Air S. Parkway<br>Bel Air, MD 21015-6038 | Bertucci's Restaurants (CO)<br>9081 Snowden River Pkwy<br>Columbia, MD 21046-1657 | Bertucci's Restaurants (WM)<br>8130 Corporate Place<br>Nottingham, MD 21236-6997 |
| Best Petroleum LLC<br>Country Manor Norwood Trust<br>40 Grove St., Unit 430<br>Wellesley, MA 02482-7774 | Buncrana<br>275 Mishawum Road<br>Woburn, MA 01801-8805 | (p)C H  ROBINSON  WORLDWIDE   INC<br>ATTN BANKRUPTCY TEAM BILL GLAD<br>14701 CHARLSON ROAD<br>SUITE 2400<br>EDEN PRAIRIE MN 55347-5076 |
| CIL Walkers LLC<br>c/o Bank of America, N.A.<br>PO Box 105576<br>Atlanta, GA 30348-5576 | CSC<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261 | Canton R2G Owner LLC<br>PO Box 411261<br>Boston, MA 02241-1261 |
| Centercorp Swampscott Realty<br>600 Loring Ave<br>Salem, MA 01970-4264 | Christiana Town Center LLC<br>PO Box 7189<br>Wilmington, DE 19803-0189 | Commerce Way Development<br>11 Poppasquash Rd<br>Bristol, RI 02809-1001 |
| Concord Retail Partners LP<br>Brandolini Property Mgmt<br>PO Box 4711<br>Lancaster, PA 17604-4711 | (p)CONNECTICUT DEPARTMENT OF REVENUE SERVICES<br>ATTN COLLECTIONS UNIT - BANKRUPTCY TEAM<br>450 COLUMBUS BLVD STE 1<br>HARTFORD CT 06103-1837 | Corporate Service Company<br>P.O. Box 2576<br>Springfield, IL 62708-2576 |
| D&H 402A Pad Partnership TS<br>c/o Caron & Bletzer<br>PO Box 969<br>Kingston, NH 03848-0969 | Delaware Div of Revenue<br>PO Box 2340<br>Wilmington, DE 19899-2340 | F.A Associates<br>T/A Concord Gallery<br>PO Box 7189<br>Wilmington, DE 19803-0189 |

| | | |
|---|---|---|
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Framingham - 150 FR<br>Realty Limited Partnership<br>1051 Reservoir Ave<br>Cranston, RI 02910-5135 | Frontier Dr Metro Center LP<br>Lockbox #283523<br>PO Box 713523<br>Philadelphia, PA 19171-3523 |
| Frontier Drive Metro Center<br>Lockbox #283523<br>PO Box 713523<br>Philadelphia, PA 19171-3523 | Griswold Mall Associates<br>1000 Huntington Turnpike<br>Bridgeport, CT 06610, CT 06610-1246 | Hing Wah Realty Trust<br>c/o Howard Lee, Trustee<br>67 Beach St.<br>Boston, MA 02111-2130 |
| Internal Revenue Service<br>1160 W. 1200 S. Street<br>Ogden, UT 84201-0009 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Joseph Gaied<br>LMC Realty Trust<br>PO Box 522<br>Ashland, MA 01721-0522 |
| Knapp Foods Inc<br>PO Box 396<br>Natick, MA 01760-0004 | Lincoln Plaza Assoc<br>PO Box 829424<br>Philadelphia, PA 19182-9424 | M3 Real Estate Holdings, LLC<br>c/o Veritas Real Estate Serv<br>701 Route 73 North, Suite 4<br>Marlton, NJ 08053-3466 |
| MEDFORD WELL<br>P.O. BOX 961<br>WORCESTER, MA 01613-0961 | MNH Mall, LLC<br>Mall of New Hamphire<br>14184 Collections Center Dr<br>Chicago, IL 60693-0001 | MOBO Systems<br>285 Fulton St<br>Floor 82<br>New York, NY 10007-2915 |
| Mall at Rockingham LLC<br>Mall at Rockingham Park<br>14165 Collections Center Dr<br>Chicago, IL 60693-0001 | Mall at Solomon Pond, LLC<br>14199 Collections Center Dr<br>Chicago, IL 60693-0001 | Marc Capital Corp<br>c/o Nancy Anderson<br>1713 Montaine Drive East<br>Golden, CO 80401-8095 |
| Maryland Revenue Admin Div.<br>Taxpayer Service Division<br>110 Carroll Street<br>Annapolis, MD 21411-1000 | Massachusetts Dept of Rev<br>PO Box 7089<br>Boston, MA 02241-7001 | Mayflower Emerald Square LLC<br>Emerald Square<br>14190 Collections Center Dr<br>Chicago, IL 60693-0001 |
| Montgomery Mall Realty<br>1010 Northern Blvd Suite 212<br>Great Neck, NY 11021-5320 | NC Read Beam LLC<br>c/o North Colony Asset Mgmt<br>625 Mt. Auburn St.<br>Cambridge, MA 02138-4555 | NCR Corporation<br>P.O. Box 198755<br>Atlanta, GA 30384-8755 |
| New Century Assoc. Group<br>PO Box 62694<br>Baltimore, MD 21264-2684 | New Century Assoc. Group, LP<br>2010 County Line Road<br>Huntingdon Valley, PA 19006-1739 | New Hampshire DRA<br>PO Box 1265<br>Concord, NH 03302-1265 |
| New Jersey Dept of Treasury<br>PO Box 002<br>Trenton, NJ 08625-0002 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Orange County Tax Collector<br>301 S Robinson Avenue<br>Orlando, FL 32801 |

| | | |
|---|---|---|
| PB Restaurants, LLC<br>11 West 42nd Street<br>Orlando, FL 32839 | PHL Holdings, LLC<br>4700 Millenia Blvd., Ste 400<br>Orlando, FL 32839-6020 | PR Plymouth Meeting L.P.<br>PO Box 73312<br>Cleveland, OH 44193-0002 |
| PamJam Realty LLC<br>276 W. Main St., Suite 13A<br>Northborough, MA 01532-2387 | Pennsylvania Dept of Revenue<br>Strawberry Square<br>9th Floor<br>Harrisburg, PA 17128-0001 | Reward Network<br>540 W Madison St<br>Suite 2400<br>Chicago, IL 60661-2562 |
| Rhode Island Div of Taxation<br>One Capitol Hill<br>Providence, RI 02908-5816 | Route 140 School Street LLC<br>PO Box 847425<br>Boston, MA 02284-7425 | STA Wite Inc<br>15 Garfield Ave.<br>Somerville, MA 02145-2104 |
| SYSCO Corporation<br>1390 Enclave Parkway<br>Houston, TX 77077-2099 | Snowden Holdings LLC<br>c/o Adam Schwartz<br>15942 Shady Grove Rd<br>Gaithersburg, MD 20877-1315 | Somerset Waltham LLC<br>465 Waverly Oaks Rd Ste 500<br>Waltham, MA 02452-8488 |
| South Street Holdings LLC<br>c/o The Grossman Companies<br>859 Willard St., Suite 501<br>Quincy, MA 02169-7469 | Springfield Square Cent LP<br>c/o Continental Dev. LLC<br>1604 Walnut St - 5th Floor<br>Philadelphia, PA 19103-5421 | Springfield Square Central<br>c/o Continental Developers<br>1604 Walnut St - 5th Floor<br>Philadelphia, PA 19103-5421 |
| St. John Properties, Inc - B<br>Accounts Receivable<br>PO Box 62784<br>Baltimore, MD 21264-2784 | Stonehill 123 LLC<br>c/o GJS Management Corp<br>858 Washington St, Suite 309<br>Dedham, MA 02026-6021 | Thompson's Restaurant, Inc<br>PO Box 155<br>N. Andover, MA 01845-0155 |
| TriMark United East<br>PO Box 845377<br>Boston, MA 02284-5377 | US MJW East Gate I, LLC<br>c/o M&J Wilkow Properties<br>20 S. Clark St., Suite 3000<br>Chicago, IL 60603-1887 | Virginia Taxation Dept.<br>Office of Customer Services<br>PO Box 1115<br>Richmond, VA 23218-1115 |
| WSM Hingham Properties LLC<br>PO Box 3274<br>Boston, MA 02241-3274 | Westbrook Village Realty Tr.<br>PO Box 67396<br>Chestnut Hill, MA 02467-0004 | Wildwood Est. of Braintree<br>PO Box 859059<br>Braintree, MA 02185-9059 |
| Winkal Holdings, LLC<br>Attn: Tina Mihzir<br>10 Rye Ridge Plaza, Ste 200<br>Rye Brook, NY 10573-2828 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| C.H. ROBINSON<br>Robinson Fresh<br>14701 Charlesto RD, Ste 1400<br>Eden Prairie, MN 55347 | Connecticut Dept of Revenue<br>PO Box 5089<br>Hartford, CT 06102 | End of Label Matrix<br>Mailable recipients    87<br>Bypassed recipients     0<br>Total                  87 |