**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO.:   6:22-bk-04313** |
| **BERTUCCI'S RESTAURANTS, LLC** | **CHAPTER 11** |
| Debtor._____/ | *EMERGENCY RELIEF REQUESTED*<br>On or before Thursday, December 8, 2022 |

**DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING REJECTION OF UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY *NUNC PRO TUNC* TO THE PETITION DATE**
**(Emergency Relief Requested)**

**BERTUCCI'S RESTAURANTS, LLC**, ("Bertucci's" or "Debtor"), a Florida limited liability company, by and through their undersigned counsel, and pursuant to section 365(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure, hereby requests the entry of an order authorizing the rejection of certain unexpired leases of non-residential real property (identified below). In support thereof, Debtor states as follows:

**Background**

1.  On December 5, 2022 (the "Petition "Date"), Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Middle District of Florida, Orlando Division. No trustee has been appointed and Debtor continues to manage and operate its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.  The Debtor is a Florida limited liability company that was formed in May of 2018. Debtor owns and operates approximately forty-seven (47) Italian-themed restaurants located in the

North-East; however, the corporate offices are located at: 4700 Millenia Blvd., Suite 400, Orlando, Florida 32839.

3.      The prior Bertucci's Brick Oven Pizza & Pasta went into bankruptcy in April of 2018 in the United States Bankruptcy Court for the District of Delaware. The current Debtor entity was created in May of 2018 when it acquired approximately fifty-six (56) restaurants under the name Bertucci's Brick Oven Pizza & Pasta (the "Restaurants"), in a transaction that closed June 11, 2018, *see* the *Order Approving Asset Purchase Agreement* entered in the previous bankruptcy case (Bankr. Del. Case No. 18-10894-MFW; Doc. No. 295).

4.      The Restaurants are marketed toward the core casual dining market and, when acquired, Bertucci's operated approximately fifty-six (56) locations in nine (9) states nationwide reporting annual sales of more than $120 million for 2019 with nearly 2,000 employees.

5.      As of and prior to the Petition Date, Debtor occupied the attached list of nineteen (19) leased premises pursuant to a non-residential real property lease (collectively, the "Restaurant Leases"). A list of the Restaurant Leases is attached hereto as **Exhibit "A"** and is incorporated herein by reference. Copies of the Restaurant Leases are available upon request from the undersigned.

6.      In general, the Restaurant Leases, require the payment of base monthly rent, applicable sales taxes, and prorated common area and real estate tax expenses associated with the applicable location.

7.      Prior to the Petition Date, all of the locations of the Restaurant Leases were closed; however, the Restaurant Leases have not been rejected and remain an asset of Debtor and its estate pursuant to which administrative rent claims continue to accrue. None of the Restaurant Leases are

sustainable and, as such, it is the business judgment of Debtor that such leases should be rejected as of the Petition Date.

8. Accordingly, by this Motion Debtor seeks to reject the Restaurant Leases pursuant to section 365(a) of the Bankruptcy Code effective as of the Petition Date. Debtor no longer requires the leases for an effective reorganization.

## Relief Requested

9. Pursuant to sections 365(a) and 1107(a) of the Bankruptcy Code, a debtor-in-possession may assume or reject any executory contract or unexpired lease of the debtor, subject to court approval. The right of a debtor-in-possession to reject unexpired leases and executory contracts is fundamental to the bankruptcy process because it supplies a mechanism to eliminate financial burdens on the bankruptcy estate. *See In re Wells*, 227 B.R. 553, 564 (Bankr. M.D. Fla. 1998). The United States Court of Appeal for the Eleventh Circuit has noted that the decision to reject an executory contract or unexpired lease is primarily administrative and should be given great deference by the court, subject only to a review under the "business judgment" rule. *See In Re Gardinier, Inc.*, 831 F.2d 974, 976, n. 2 (11th Cir. 1987). For the reasons set forth below, Debtor's rejection of the Leases comports with the requirements of section 365(a) of the Bankruptcy Code and satisfies the business judgment rule.

10. Here, Debtor has concluded that the Restaurant Leases are not necessary for an effective reorganization or sale, and it has determined that continued performance under the Restaurant Leases would constitute an unnecessary drain upon the financial resources of Debtor without any corresponding benefit to its bankrupt estate, inasmuch as Debtor no longer occupies the respective locations. In light of the foregoing, Debtor has determined, in the exercise of its business judgment, that rejection of the Restaurant Leases is in the best interests of its estate. Accordingly,

Debtor submits that the rejection of the Restaurant Leases comports with the requirements of section 365(a) of the Bankruptcy Code and satisfies the business judgment rule.

**WHEREFORE**, Debtor respectfully requests the Court enter an order: (i) authorizing the rejection of the Restaurant Leases; (ii) determining that such rejection is effective as of the Petition Date; and (iii) granting such additional and further relief as the Court deems appropriate.

**RESPECTFULLY SUBMITTED** on this 5th day of December 2022.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@shukerdorris.com
Mariane L. Dorris, Esq.
Florida Bar No. 0098158
mdorris@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone: 407-337-2060
Facsimile: 407-337-2050
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**                                                   **CASE NO.:   6:22-bk-04313**

**BERTUCCI'S RESTAURANTS, LLC**           **CHAPTER 11**

        **Debtor.**
_____/           *EMERGENCY RELIEF REQUESTED*
                                                             On or before Thursday, December 8, 2022

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true copy of **DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING REJECTION OF UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY** *NUNC PRO TUNC* **TO THE PETITION DATE**, has been furnished either electronically or by U.S. First Class, postage prepaid mail to: **DEBTOR**, **BERTUCCI'S RESTAURANTS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; **PHL HOLDINGS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; **PB RESTAURANTS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; the landlords noted on the matrix attached hereto as Exhibit "A"; the 20 largest unsecured creditors as reflected on the matrix attached to the original of this motion filed with the Court; and the **U.S. TRUSTEE'S OFFICE**, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, on this 5th day of December 2022.

                                                      /s/ R. Scott Shuker
                                                      R. Scott Shuker, Esq.

**Exhibit "A"**

| Location | Debtor/Lessee | Landlord | Store | Landlord Notice Address in Lease |
|---|---|---|---|---|
| Plymouth Meeting | Bertucci's Restaurants, LLC | PR Plymouth Meeting Limited Partnership | DBA Bertucci's<br><br>Plymouth Meeting Mall<br><br>500 W Germantown Pike, Plymouth Meeting, PA 19462<br><br>Store #: 000091 | PR Plymouth Meeting Limited Partnership<br>c/o PREIT Services, LLC<br>2005 Market Street, 10th Floor<br>Philadelphia, PA 19103 |
| Brockton | Bertucci's Restaurants, LLC | Stonehill 123 LLC | DBA Bertucci's<br><br>1285 Belmont St, Brockton, MA 02301<br><br>Store #: 000107 | Stonehill 123 LLC<br>858 Washington Street<br>Suite 309<br>Dedham, MA 02026 |
| Salem | Bertucci's Restaurants, LLC | Mall at Rockingham, LLC | DBA Bertucci's<br><br>The Mall at Rockingham Park<br>275 Rockingham Park Blvd,<br>Salem, New Hampshire 03079<br><br>Store #: 000023 | Mall At Rockingham, LLC<br>C/o M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, Indiana 46204-3438<br><br>Remittance Address:<br>Mall at Rockingham, LLC<br>14165 Collections Center Drive<br>Chicago, Illinois 60693 |
| Manchester | Bertucci's Restaurants, LLC | MNH Mall, LLC | DBA Bertucci's<br><br>Manchester Mall<br>1500 South Willow St, Manchester, New Hampshire 03103<br><br>Store #: 000090 | MNH Mall, LLC<br>C/o M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, Indiana 46204-3438 |

| | | | | |
|---|---|---|---|---|
| | | | | Remittance Address: MNH Mall, LLC 14184 Collections Center Drive Chicago, Illinois 60693 |
| Solomon Pond | Bertucci's Restaurants, LLC | Mall at Solomon Pond, LLC | DBA Bertucci's<br><br>Solomon Pond Mall 601 Donald Lynch, Marlborough, Massachusetts 01752<br><br>Store #: 000089 | Mall at Solomon Pond C/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, Indiana 46204-3438<br><br>Remittance Address: Mall at Solomon Pond, LLC 14199 Collections Center Drive Chicago, Illinois 60693 |
| Avon | Bertucci's Restaurants, LLC | Avon Marketplace Investors, LLC | DBA Bertucci's<br><br>380 West Main Street, Avon, Connecticut 06001<br><br>Store #: 000060 | Avon Marketplace Investors, LLC c/o David Adam Realty, Inc. P.O. Box 5040 Westport, CT 06881 |
| Beverly | Bertucci's Restaurants, LLC | Winkal Holdings, LLC | DBA Bertucci's<br><br>27 Enon Street, Beverly, Massachusetts 01915<br><br>Store #: 000087 | Winkal Holdings, LLC c/o Win Properties, Inc. 10 Rye Ridge Plaza, Suite 200 Rye Brook, New York 10573 Attn: Robert Busby, Senior Vice President of Finance & Administration<br><br>Copy to Landlord's counsel: |

|  |  |  |  | Lesa C. Duvall, Duvall & Fall, P.C. 4911 East 56th Street, Indianapolis, Indiana 46220 |
|---|---|---|---|---|
| Wayne | Bertucci's Restaurants, LLC | 523 Restaurant, LP | DBA Bertucci's<br><br>523 West Lancaster Avenue,<br>Wayne, Pennsylvania 19087<br><br>Store #: 000045 | 523 Restaurant LP c/o Penn Real Estate Group 620 Righters Ferry Road Bala Cynwyd, Pennsylvania 19004 Attn: General Counsel |
| Concordville | Bertucci's Restaurants, LLC | Concord Retail Partners, L.P. | DBA Bertucci's<br><br>501 Byers Drive,<br>Glen Mills,<br>Pennsylvania 19342<br><br>Store #: 000131 | Concord Retail Partners, L.P. c/o Brandolini Properties, Inc., 1301 Lancaster Avenue, Berwyn, Pennsylvania 19312 |
| Langhorne | Bertucci's Restaurants, LLC | Lincoln Plaza Center, L.P. | DBA Bertucci's<br><br>Oxford Valley Mall, 675 Middletown Blvd Langhorne, Pennsylvania 19047<br><br>Store #: 000068 | Lincoln Plaza Center, L.P. 225 West Washington Street, Indianapolis, Indiana 46204 |
| Newington | Bertucci's Restaurants, LLC | Marc Capital Corporation | DBA Bertucci's<br><br>2929 Berlin Turnpike, Newington, Connecticut 06111<br><br>Store #: 000039 | Marc Capital Corporation 1713 Montane Drive East Golden, CO 80401 Attn: Nancy Anderson, President |
| Canton | Bertucci's Restaurants, LLC | OCW – Retail – Canton, LLC | DBA Bertucci's<br><br>95 Washington Street, Canton, Massachusetts 02021<br><br>Store #: 000100 | OCW Retail – Canton, LLC c/o The Wilder Companies 800 Boylston Street, Suite 1300 Boston, Massachusetts 02199 |

| Gloucester | Bertucci's Restaurants, LLC | 629 Cross Keys, LLC | DBA Bertucci's<br><br>625 Berlin - Cross Keys Road,<br>Sicklerville, NJ 08081<br><br>Store #: 000135 | 629 Cross Keys, LLC<br>4 Clark Court<br>Monroe, NJ 08831 |
|---|---|---|---|---|
| Marlton | Bertucci's Restaurants, LLC | Greentree V, LLC | DBA Bertucci's<br><br>515 North Route 73, Marlton, New Jersey 08053<br><br>Store #: 000093 | Greentree V, LLC<br>1 Holtec Boulevard<br>Camden, NJ 08104<br>Attn: Tequesta Properties, Inc. |
| Wilmington | Bertucci's Restaurants, LLC | Concord Gallery, Inc. | DBA Bertucci's<br><br>3610 Concord Pike, Wilmington, Delaware 19803<br><br>Store #: 000105 | Concord Gallery, Inc.<br>P.O. Box 7189<br>4737 Concord Pike, Wilmington, Delaware 19803 |
| Attleboro | Bertucci's Restaurants, LLC | | DBA Bertucci's<br><br>Emerald Square Mall 999 South Washington Street,<br>North Attleboro, Massachusetts 02760<br><br>Store #: 000127 | Gregory T. Maloney, Receiver – Emerald Square Mall<br>c/o Jones Lang Lasalle Americas, Inc.<br>6365 Halcyon Way, Ste. 970<br>Alpharetta, GA 30005<br>Attention: Retail Documents<br><br>Copy to:<br>Emerald Square Mall<br>999 S. Washington Street<br>North Attleborough, Massachusetts 02760<br>Attention: James Elliman |
| Montgomeryville | Bertucci's Restaurants, LLC | Mall at Montgomery, L.P. | DBA Bertucci's<br><br>860 Bethlehem Pike, North Wales, | Mall at Montgomery, L.P. c/o Kravco Simon Company |

9

| | | | | |
|---|---|---|---|---|
| | | | Pennsylvania 19454<br><br>Store #: 000137 | 225 West Washington Street Indianapolis, Indiana 46204-3438<br><br>Remittance Address:<br>Mall at Montgomery, L.P.<br>P.O. Box 829425 Philadelphia, Pennsylvania 19182-9425 |
| Woburn | Bertucci's Restaurants, LLC | 17 Commerce Way Realty Trust | DBA Bertucci's<br><br>17 Commerce Way, Woburn, MA 01801 | Plamen Grochev, Trustee of the 17 Commerce Way Realty Trust<br>4 Robinson Park Winchester, MA 10890<br><br>With copy to:<br>Todd Whilton, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>Two International Place, 16th Floor Boston, MA 02110 |
| White Marsh | Bertucci's Restaurants, LLC | FR White Marsh, LLC | 8130 Corporate Dr, Baltimore, MD 21236 | FR White Marsh, LLC<br>c/o Federal Realty Investment Trust 909 Rose Avenue, Suite 200<br>North Bethesda, MD 20852<br>Attn: Legal Department |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-04313<br>Middle District of Florida<br>Orlando<br>Mon Dec  5 14:04:21 EST 2022 | Bertucci's Restaurants, LLC<br>4700 Millenia Blvd., Ste. 400<br>Orlando, FL 32839-6020 | 153 W Hancock St Associates<br>c/o Radhey Khanna<br>80 Nashus Rd<br>Londerry, NH 03053-3426 |
| 1775 Mass Ave, LLC<br>c/o Concord Prop. Mgmt, Inc<br>1 Main Street<br>Concord, MA 01742-2514 | 523 Restaurant, L.P.<br>c/o Penn Real Est Group Inc<br>620 Righters Ferry Road<br>Bala Cynwyd, PA 19004-1347 | 629 Cross Keys Limited Liab.<br>1222 Jennifer Ln<br>Manahawkin, NJ 08050-4250 |
| 805 Main St LLC<br>c/o The Senne Company<br>One Lewis Wharf<br>Boston, MA 02110-3900 | AFA Protective Systems, Inc.<br>155 Michael Drive<br>Syosset, NY 11791-5310 | Avon Marketplace Investors<br>PO Box 783522, Lockbox #3522<br>Philadelphia, PA 19178-3522 |
| Bel Air South Commercial LLC<br>2700 Philadelphia Road<br>Edgewood, MD 21040-1120 | Bertucci s Restaurants (BAL)<br>1818 York Road<br>Lutherville Timonium, MD 21093-5174 | Bertucci's Holding, LLC<br>4700 Millenia Blvd., Ste. 400<br>Orlando, FL 32839-6020 |
| Bertucci's Restaurants (B-A)<br>12 Bel Air S. Parkway<br>Bel Air, MD 21015-6038 | Bertucci's Restaurants (CO)<br>9081 Snowden River Pkwy<br>Columbia, MD 21046-1657 | Bertucci's Restaurants (WM)<br>8130 Corporate Place<br>Nottingham, MD 21236-6997 |
| Best Petroleum LLC<br>Country Manor Norwood Trust<br>40 Grove St., Unit 430<br>Wellesley, MA 02482-7774 | Buncrana<br>275 Mishawum Road<br>Woburn, MA 01801-8805 | (p)C H  ROBINSON WORLDWIDE  INC<br>ATTN BANKRUPTCY TEAM BILL GLAD<br>14701 CHARLSON ROAD<br>SUITE 2400<br>EDEN PRAIRIE MN 55347-5076 |
| CIL Walkers LLC<br>c/o Bank of America, N.A.<br>PO Box 105576<br>Atlanta, GA 30348-5576 | CSC<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261 | Canton R2G Owner LLC<br>PO Box 411261<br>Boston, MA 02241-1261 |
| Centercorp Swampscott Realty<br>600 Loring Ave<br>Salem, MA 01970-4264 | Christiana Town Center LLC<br>PO Box 7189<br>Wilmington, DE 19803-0189 | Commerce Way Development<br>11 Poppasquash Rd<br>Bristol, RI 02809-1001 |
| Concord Retail Partners LP<br>Brandolini Property Mgmt<br>PO Box 4711<br>Lancaster, PA 17604-4711 | (p)CONNECTICUT DEPARTMENT OF REVENUE SERVICES<br>ATTN COLLECTIONS UNIT - BANKRUPTCY TEAM<br>450 COLUMBUS BLVD STE 1<br>HARTFORD CT 06103-1837 | Corporate Service Company<br>P.O. Box 2576<br>Springfield, IL 62708-2576 |
| D&H 402A Pad Partnership TS<br>c/o Caron & Bletzer<br>PO Box 969<br>Kingston, NH 03848-0969 | Delaware Div of Revenue<br>PO Box 2340<br>Wilmington, DE 19899-2340 | F.A Associates<br>T/A Concord Gallery<br>PO Box 7189<br>Wilmington, DE 19803-0189 |

| | | |
|---|---|---|
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Framingham - 150 FR<br>Realty Limited Partnership<br>1051 Reservoir Ave<br>Cranston, RI 02910-5135 | Frontier Dr Metro Center LP<br>Lockbox #283523<br>PO Box 713523<br>Philadelphia, PA 19171-3523 |
| Frontier Drive Metro Center<br>Lockbox #283523<br>PO Box 713523<br>Philadelphia, PA 19171-3523 | Griswold Mall Associates<br>1000 Huntington Turnpike<br>Bridgeport, CT 06610, CT 06610-1246 | Hing Wah Realty Trust<br>c/o Howard Lee, Trustee<br>67 Beach St.<br>Boston, MA 02111-2130 |
| Internal Revenue Service<br>1160 W. 1200 S. Street<br>Ogden, UT 84201-0009 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Joseph Gaied<br>LMC Realty Trust<br>PO Box 522<br>Ashland, MA 01721-0522 |
| Knapp Foods Inc<br>PO Box 396<br>Natick, MA 01760-0004 | Lincoln Plaza Assoc<br>PO Box 829424<br>Philadelphia, PA 19182-9424 | M3 Real Estate Holdings, LLC<br>c/o Veritas Real Estate Serv<br>701 Route 73 North, Suite 4<br>Marlton, NJ 08053-3466 |
| MEDFORD WELL<br>P.O. BOX 961<br>WORCESTER, MA 01613-0961 | MNH Mall, LLC<br>Mall of New Hamphire<br>14184 Collections Center Dr<br>Chicago, IL 60693-0001 | MOBO Systems<br>285 Fulton St<br>Floor 82<br>New York, NY 10007-2915 |
| Mall at Rockingham LLC<br>Mall at Rockingham Park<br>14165 Collections Center Dr<br>Chicago, IL 60693-0001 | Mall at Solomon Pond, LLC<br>14199 Collections Center Dr<br>Chicago, IL 60693-0001 | Marc Capital Corp<br>c/o Nancy Anderson<br>1713 Montaine Drive East<br>Golden, CO 80401-8095 |
| Maryland Revenue Admin Div.<br>Taxpayer Service Division<br>110 Carroll Street<br>Annapolis, MD 21411-1000 | Massachusetts Dept of Rev<br>PO Box 7089<br>Boston, MA 02241-7001 | Mayflower Emerald Square LLC<br>Emerald Square<br>14190 Collections Center Dr<br>Chicago, IL 60693-0001 |
| Montgomery Mall Realty<br>1010 Northern Blvd Suite 212<br>Great Neck, NY 11021-5320 | NC Read Beam LLC<br>c/o North Colony Asset Mgmt<br>625 Mt. Auburn St.<br>Cambridge, MA 02138-4555 | NCR Corporation<br>P.O. Box 198755<br>Atlanta, GA 30384-8755 |
| New Century Assoc. Group<br>PO Box 62694<br>Baltimore, MD 21264-2684 | New Century Assoc. Group, LP<br>2010 County Line Road<br>Huntingdon Valley, PA 19006-1739 | New Hampshire DRA<br>PO Box 1265<br>Concord, NH 03302-1265 |
| New Jersey Dept of Treasury<br>PO Box 002<br>Trenton, NJ 08625-0002 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Orange County Tax Collector<br>301 S Robinson Avenue<br>Orlando, FL 32801 |

| | | |
|---|---|---|
| PB Restaurants, LLC<br>11 West 42nd Street<br>Orlando, FL 32839 | PHL Holdings, LLC<br>4700 Millenia Blvd., Ste 400<br>Orlando, FL 32839-6020 | PR Plymouth Meeting L.P.<br>PO Box 73312<br>Cleveland, OH 44193-0002 |
| PamJam Realty LLC<br>276 W. Main St., Suite 13A<br>Northborough, MA 01532-2387 | Pennsylvania Dept of Revenue<br>Strawberry Square<br>9th Floor<br>Harrisburg, PA 17128-0001 | Reward Network<br>540 W Madison St<br>Suite 2400<br>Chicago, IL 60661-2562 |
| Rhode Island Div of Taxation<br>One Capitol Hill<br>Providence, RI 02908-5816 | Route 140 School Street LLC<br>PO Box 847425<br>Boston, MA 02284-7425 | STA Wite Inc<br>15 Garfield Ave.<br>Somerville, MA 02145-2104 |
| SYSCO Corporation<br>1390 Enclave Parkway<br>Houston, TX 77077-2099 | Snowden Holdings LLC<br>c/o Adam Schwartz<br>15942 Shady Grove Rd<br>Gaithersburg, MD 20877-1315 | Somerset Waltham LLC<br>465 Waverly Oaks Rd Ste 500<br>Waltham, MA 02452-8488 |
| South Street Holdings LLC<br>c/o The Grossman Companies<br>859 Willard St., Suite 501<br>Quincy, MA 02169-7469 | Springfield Square Cent LP<br>c/o Continental Dev. LLC<br>1604 Walnut St - 5th Floor<br>Philadelphia, PA 19103-5421 | Springfield Square Central<br>c/o Continental Developers<br>1604 Walnut St - 5th Floor<br>Philadelphia, PA 19103-5421 |
| St. John Properties, Inc - B<br>Accounts Receivable<br>PO Box 62784<br>Baltimore, MD 21264-2784 | Stonehill 123 LLC<br>c/o GJS Management Corp<br>858 Washington St, Suite 309<br>Dedham, MA 02026-6021 | Thompson's Restaurant, Inc<br>PO Box 155<br>N. Andover, MA 01845-0155 |
| TriMark United East<br>PO Box 845377<br>Boston, MA 02284-5377 | US MJW East Gate I, LLC<br>c/o M&J Wilkow Properties<br>20 S. Clark St., Suite 3000<br>Chicago, IL 60603-1887 | Virginia Taxation Dept.<br>Office of Customer Services<br>PO Box 1115<br>Richmond, VA 23218-1115 |
| WSM Hingham Properties LLC<br>PO Box 3274<br>Boston, MA 02241-3274 | Westbrook Village Realty Tr.<br>PO Box 67396<br>Chestnut Hill, MA 02467-0004 | Wildwood Est. of Braintree<br>PO Box 859059<br>Braintree, MA 02185-9059 |
| Winkal Holdings, LLC<br>Attn: Tina Mihzir<br>10 Rye Ridge Plaza, Ste 200<br>Rye Brook, NY 10573-2828 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| C.H. ROBINSON<br>Robinson Fresh<br>14701 Charlesto RD, Ste 1400<br>Eden Prairie, MN 55347 | Connecticut Dept of Revenue<br>PO Box 5089<br>Hartford, CT 06102 | End of Label Matrix<br>Mailable recipients    87<br>Bypassed recipients     0<br>Total                  87 |