<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Bertucci's Restaurants, LLC**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td>**6:22-bk-04313-GER**</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 4, 2023**          X _____
                                          Signature of individual signing on behalf of debtor

                                          **Jeffrey C. Sirolly**
                                          Printed name

                                          **Secretary**
                                          Position or relationship to debtor

| Fill in this information to identify the case: |
| :--- |
| Debtor name    **Bertucci's Restaurants, LLC** |
| United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA |
| Case number (if known)    **6:22-bk-04313-GER** |

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $     20,441,746.35

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $     20,441,746.35

### Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     20,850,000.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     1,247,406.88

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$     22,494,768.59

4.    **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b    $     44,592,175.47

**Fill in this information to identify the case:**

Debtor name   **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:22-bk-04313-GER**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

**3.** Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **PNC Bank**<br>**420 S. Orange Ave., Ste. 300**<br>**Orlando, FL 32801** | **Checking Account (Operating)** | **6099** | **$674,506.24** |
| 3.2. | **See Schedule B - Exhibit 3** | **Bank Accounts swept into Concentration Account nightly** | **xxxx** | **$0.00** |
| 3.3. | **Wells Fargo Bank, N.A.** | **Checking Account** | **4784** | **$15,189.00** |
| 3.4. | **Bank of America** | **Concentration Account** | **7900** | **$269,447.22** |

**4.** Other cash equivalents *(Identify all)*

**5.** Total of Part 1.
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$959,142.46** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.

| Debtor | **Bertucci's Restaurants, LLC** | Case number *(If known)* | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

---

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:  **539,000.00**  -  **0.00**  = ....  **$539,000.00**

face amount        doubtful or uncollectible accounts

12.  **Total of Part 3.**    **$539,000.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials Supplies, Food, Beer, Wine, and Liquor** | **11/27/2022** | **$780,076.07** | **Recent cost** | **$780,076.07** |

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5.**    **$780,076.07**

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**

☐ No

■ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

■ Yes. Book value  **585,000.00**  Valuation method  **Recent Cost**  Current Value  **585,000.00**

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Debtor | **Bertucci's Restaurants, LLC** | Case number *(If known)* | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Various Furniture, Fixtures, and Restaurant Equipment throughout 31 restaurants** | $6,200,000.00 | | $6,200,000.00 |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | |
|---|---|
| 43.   **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $6,200,000.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2013 Ford Econoline Van E-250 VIN# 1FTNE2EW6DDA21126** | $21,088.00 | Liquidation | $21,088.00 |
| 47.2.   **2013 Ford Econoline Van E-250 VIN# 1FTNE2EW9DDA24456** | $21,088.00 | Liquidation | $21,088.00 |

---

| Debtor | **Bertucci's Restaurants, LLC** | | Case number *(If known)* | **6:22-bk-04313-GER** |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.3. | **2002 Chevrolet Express Van G10 VIN# 1GCFG15W421155270** | $8,918.00 | Liquidation | $8,918.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| $51,094.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Trademarks and Branding** | **$7,000,000.00** | | **$7,000,000.00** |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** **Liquor License No. R-136** | **$1.00** | **N/A** | **$1.00** |
| | **Various liquor licenses** | **$4,912,432.82** | **Replacement** | **$4,912,432.82** |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

Debtor   **Bertucci's Restaurants, LLC**                          Case number *(If known)*  **6:22-bk-04313-GER**
          Name

66.  **Total of Part 10.**                                                    | $11,912,433.82 |

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  **Bertucci's Restaurants, LLC**                    Case number *(If known)*  **6:22-bk-04313-GER**
_____ Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $959,142.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $539,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $780,076.07 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,200,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $51,094.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $11,912,433.82 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $20,441,746.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $20,441,746.35 |

## Schedule B - Exhibit 3

Bertucci's Restaurants, LLC  (Case No. 6:22-bk-04313-GER)

| 41 locations total | Bank | Account number (last 4) | Branch / Street | City | State | Zip Code |
|---|---|---|---|---|---|---|
| **Bank of America Accounts** | | | | | | |
| **Corporate Concentration Acct** | Bank of America | **7900** | | | | |
| **Depository Account** | Bank of America | **0751** | | | | |
| 000002 - Kendall Square | Bank of America | 2866 | 727 Massachusetts Ave | Cambridge | MA | 02139 |
| 000003 - Holliston | Bank of America | 2788 | 747 Washington St. | Holliston | MA | 01746 |
| 000008 - Norwood | Bank of America | 2827 | 1514 Providence Highway | Norwood | MA | 02062 |
| 000013 - Hingham | Bank of America | 2869 | 525 Washington Street | Weymouth | MA | 02188 |
| 000015 - Newton | Bank of America | 2885 | 39 Main St | Watertown | MA | 02172 |
| 000016 - Braintree | Bank of America | 2898 | 10 Tremont St | Braintree | MA | 02184 |
| 000018 - Framingham | Bank of America | 2911 | 41 Beacon St | Framingham | MA | 01701 |
| 000019 - Nashua | Bank of America | 2924 | 500 Amherst St | Nashua | NH | 03063 |
| 000020 - Warwick | Bank of America | 2937 | 50 West Shore Rd | Warwick | RI | 02889 |
| 000021 - Peabody | Bank of America | 2940 | 1 Post Office Sq | Lynnfield | MA | 01940 |
| 000022 - North Andover | Bank of America | 2953 | 23 Main St | Andover | MA | 01810 |
| 000023 - Salem | Bank of America | 2966 | 99 Rockingham Blvd | Salem | NH | 03079 |
| 000025 - West Roxbury | Bank of America | 2882 | 1857 Centre Street | West Roxbury | MA | 02132 |
| 000028 - Waltham | Bank of America | 3208 | 880 Main St | Waltham | MA | 02453 |
| 000030 - Swampscott | Bank of America | 3224 | 21 Paradise Rd | Salem | MA | 01970 |
| 000031 - Glastonbury | Bank of America | 3237 | 211 New London Turnpike | Glastonbury | CT | 06033 |
| 000034 - Medford | Bank of America | 3266 | 278 Mystic Ave | Medford | MA | 02155 |
| 000039 - Newington | Bank of America | 3305 | 1220 Main St | Newington | CT | 06111 |
| 000043 - Huntington Valley | Bank of America | 3334 | 723 Street Rd | Southampton | PA | 18966 |
| 000045 - Wayne | Bank of America | 2650 | 520 W Lancaster Ave | Wayne | PA | 19087 |
| 000050 - Columbia | Bank of America | 1433 | 6201 Old Dobbin Lane | Columbia | MD | 21045 |
| 000053 - Bel Air | Bank of America | 7751 | 1 Boxridge Drive | Abington | MD | 21009 |
| 000060 - Avon | Bank of America | 2979 | 240 West Main St | Avon | CT | 06001 |
| 000066 - Timonium | Bank of America | 1459 | 1821 York Road | Lutherville | MD | 21093 |
| 000068 - Langhorne | Bank of America | 2982 | 195 Bristol Oxford Valley Rd | Langhorne | PA | 19047 |
| 000069 - Lexington | Bank of America | 2995 | 1761 Massachusetts Ave | Lexington | MA | 02420 |
| 000070 - Chelmsford | Bank of America | 3004 | 2 Summer St | Chelmsford | MA | 01824 |
| 000072 - Springfield | Bank of America | 5508 | 6315 Backlick Road | Springfield | VA | 22150 |
| 000087 - Beverly | Bank of America | 3046 | 15 Enon St | Beverly | MA | 01915 |
| 000089 - Solomon Pond | Bank of America | 3062 | 601 Donald Lynch Blvd | Marlboro | MA | 01752 |
| 000090 - Manchester | Bank of America | 3075 | 2626 Brown Ave | Manchester | NH | 03103 |
| 000091 - Plymouth Meeting | Bank of America | 1475 | 420 Plymouth Rd | Plymouth Meeting | PA | 19462 |
| 000093 - Marlton | Bank of America | 3088 | Lincoln Drive | Marlton | NJ | 08053 |
| 000096 - Westboro | Bank of America | 3101 | 35 Lyman St | Westboro | MA | 01581 |
| 000100 - Canton | Bank of America | 3130 | 710 Washington St | Canton | MA | 02021 |
| 000104 - Needham | Bank of America | 1491 | 355 Chestnut Street | Needham | MA | 02494 |
| 000107 - Brockton | Bank of America | 1501 | 826 Belmont St | Brockton | MA | 02301 |
| 000126 - Plymouth | Bank of America | 2853 | 113 Samoset Street | Plymouth | MA | 02360 |
| 000127 - North Attleboro | Bank of America | 7845 | 999 South Washington St | N Attleboro | MA | 02760 |
| 000129 - Mansfield Crossing | Bank of America | 9662 | 355 N. Main St | Mansfield | MA | 02048 |
| 000130 - Reading | Bank of America | 2402 | 20 Walkers Brook Dr | Reading | MA | 01867 |
| | | | | | | |
| **Wells Fargo Accounts** | | | | | | |
| 000041 - Mt Laurel | Wells Fargo | 4784 | 7 N KENNEDY DR | Mcadoo | PA | 18237 |
| 000091 - Plymouth Meeting | Wells Fargo | 4784 | 481 W Germantown Pike | Plymouth Meeting | PA | 19462 |
| 000105 - Wilmington | Wells Fargo | 4784 | 2011 Concord Pike | Wilmington | DE | 19803 |
| 000109 - Christiana | Wells Fargo | 4784 | 622 S College Ave | Newark | DE | 19713 |
| 000122 - Springfield Square | Wells Fargo | 4784 | 888 Baltimore Pike | Springfield | PA | 19064 |
| 000131 - Concordville | Wells Fargo | 4784 | 1101 Byers Dr | Glen Mills | PA | 19342 |

**Fill in this information to identify the case:**

Debtor name        **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:22-bk-04313-GER**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Corporate Service Company** Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

**P.O. Box 2576
Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC**
Is the creditor an insider or related party?

sprfiling@cscglobal.com
Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred
3/3/2022
Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **New Century Assoc. Group, LP** Creditor's Name | Describe debtor's property that is subject to a lien **Liquor License No. R-136** | **Unknown** | **$1.00** |
|---|---|---|---|---|

**2010 County Line Road
Huntingdon Valley, PA 19006**
Creditor's mailing address

**Describe the lien**
**UCC**
Is the creditor an insider or related party?

bill@charlsonlaw.com
Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred
5/13/2019
Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor    **Bertucci's Restaurants, LLC**                                Case number (if known)    **6:22-bk-04313-GER**
_____                                        _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **PHL Holdings, LLC** | **Describe debtor's property that is subject to a lien** | **$8,500,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**4700 Millenia Blvd., Ste 400
Orlando, FL 32839**

Creditor's mailing address

**All assets of the Debtor not otherwise encumbered.**

**Describe the lien**

**Secured Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**6/22/2018**

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **PHL Holdings, LLC** | **Describe debtor's property that is subject to a lien** | **$12,350,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**4700 Millenia Blvd., Ste 400
Orlando, FL 32839**

Creditor's mailing address

**All assets of the Debtor not otherwise encumbered.**

**Describe the lien**

**Secured Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**6/11/2019**

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$20,850,000. 00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    **Bertucci's Restaurants, LLC**
_____
Name

Case number (if known)    **6:22-bk-04313-GER**
_____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CSC**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line __2.1__ | |

---

**Fill in this information to identify the case:**

Debtor name **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:22-bk-04313-GER**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Connecticut Dept of Revenue**<br>**PO Box 5089**<br>**Hartford, CT 06102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,141.00 | $34,141.00 |
| Date or dates debt was incurred<br>**10/31/2022** | Basis for the claim:<br>**State Sales Tax** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Delaware Div of Revenue**<br>**PO Box 2340**<br>**Wilmington, DE 19899** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,393.00 | $0.00 |
| Date or dates debt was incurred<br>**10/31/2022** | Basis for the claim:<br>**State Sales Tax** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| Debtor | **Bertucci's Restaurants, LLC** | | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|---|
| | Name | | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$715,302.52** | **Unknown**

**Internal Revenue Service**
**1160 W. 1200 S. Street**
**Ogden, UT 84201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/1/2022**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$34,103.97** | **$34,103.97**

**Maryland Revenue Admin Div.**
**Taxpayer Service Division**
**110 Carroll Street**
**Annapolis, MD 21411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/31/2022**

Basis for the claim:
**State Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$351,492.30** | **$351,492.30**

**Massachusetts Dept of Rev**
**PO Box 7089**
**Boston, MA 02241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/31/2022**

Basis for the claim:
**State Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,247.00** | **$14,247.00**

**New Hampshire DRA**
**PO Box 1265**
**Concord, NH 03302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/31/2022**

Basis for the claim:
**State Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,243.37 | $21,243.37 |
|---|---|---|---|---|

**New Jersey Dept of Treasury**
**PO Box 002**
**Trenton, NJ 08625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/31/2022**

Basis for the claim:
**State Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Orange County Tax Collector**
**301 S Robinson Avenue**
**Orlando, FL 32801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/1/2022**

Basis for the claim:
**Notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,751.74 | $48,751.74 |
|---|---|---|---|---|

**Pennsylvania Dept of Revenue**
**Strawberry Square**
**9th Floor**
**Harrisburg, PA 17128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/31/2022**

Basis for the claim:
**State Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,485.21 | $13,485.21 |
|---|---|---|---|---|

**Rhode Island Div of Taxation**
**One Capitol Hill**
**Providence, RI 02908**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/31/2022**

Basis for the claim:
**State Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,246.77 | $12,246.77 |
|---|---|---|---|---|

**Virginia Taxation Dept.**
**Office of Customer Services**
**PO Box 1115**
**Richmond, VA 23218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/31/2022** | **State Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | **$641.80** |
|---|---|---|---|

**ABE ELECTRICAL INSTALLATIONS**
**19 BONAZZOLI AVE**
**Hudson, MA 01749-2665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | **$3,100.00** |
|---|---|---|---|

**ABREU LANDSCAPING**
**20 EAST STREET**
**STONEHAM, MA 02183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | **$172.50** |
|---|---|---|---|

**AC BEVERAGE INC.**
**1993-7 MORELAND PKWY**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | **$3,187.63** |
|---|---|---|---|

**ACTION PLUMBING INC.**
**7 EAST STOW ROAD**
**Marlton, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | **Unknown** |
|---|---|---|---|

**ADDALLI LANDSCAPING, INC.**
**525 BUCK JERSEY ROAD**
**Bear, DE 19701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address

**AFA Protective Systems, Inc.**
**155 Michael Drive**
**Syosset, NY 11791**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$111,523.00

---

**3.7** | Nonpriority creditor's name and mailing address

**AFA Protective Systems, Inc.**
**155 Michael Drive**
**Syosset, NY 11791**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MISC**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.8** | Nonpriority creditor's name and mailing address

**AKEHURST LANDSCAPE SERVICE**
**712 PHILADELPHIA ROAD**
**Joppa, MD 21085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

$1,836.74

---

**3.9** | Nonpriority creditor's name and mailing address

**AKI TECHNOLOGIES INC**
**375 Alabama St., Ste. 480**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MARKET**

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

**3.10** | Nonpriority creditor's name and mailing address

**ALLIED BEVERAGE GROUP**
**700 KAPKOWSKI ROAD**
**Elizabeth, NJ 07201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LIQUOR**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.11** | Nonpriority creditor's name and mailing address

**ALLSTATE FIRE**
**P.O. BOX 735062**
**Dallas, TX 75373-5062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

$2,412.38

---

**3.12** | Nonpriority creditor's name and mailing address

**AmerCareRoyal, LLC**
**420 Clover Mill Road**
**Exton, PA 19314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MISC**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | | **Unknown**

**AMOSKEAG BEVERAGES INC**
**510 HALL ST.**
**Bow, NH 03304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LIQUOR**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | | **$245.00**

**ANDOVER POLICE DEPT**
**32 NORTH MAIN STREET**
**Andover, MA 01810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **GOVT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | | **Unknown**

**Aqua Pennsylvania, Inc.**
**PO Box 70279**
**Philadelphia, PA 19176-0279**

Date(s) debt was incurred **12/5/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | | **$38,164.08**

**ARAMARK UNIFORM SERVICES**
**115 NORTH 1ST STREET**
**Burbank, CA 91502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MISC**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | | **$10,723.29**

**AT&T**
**P.O. BOX 8110**
**Aurora, IL 60507-8110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UTILITY**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | | **Unknown**

**Atlas Retail Energy**
**201 Edgewater Drive**
**Suite 280**
**Wakefield, MA 01880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UTILITY**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | | **$10,492.06**

**AUDIO ELECTRONICS INC**
**2501 WHITE AVE**
**Nashville, TN 37204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,413.09** |
|---|---|---|---|

**AVIT LLC**
**8403 SUNSTATE ST**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MISC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AZTEC**
**PO Box 353**
**East Berlin, CT 06023-0353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206.33** |
|---|---|---|---|

**AZTEC OFFICE, LLC**
**35 PHILMACK DRIVE**
**Middletown, CT 06457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MISC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BALT GAS & ELECTRIC**
**PO Box 13070**
**Philadelphia, PA 19101-3070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BALT GAS & ELECTRIC**
**PO Box 1475**
**Baltimore, MD 21203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$189.89** |
|---|---|---|---|

**BALTIMORE COUNTY, MARYLAND**
**P.O. BOX 64281**
**Baltimore, MD 21264-4281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOVT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BELD**
**150 Potter Road**
**Braintree, MA 02184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Best Petroleum LLC**
**Country Manor Norwood Trust**
**40 Grove St., Unit 430**
**Wellesley, MA 02482**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$222,188.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**BETHANY ASSOCIATES, INC.**
**P.O. BOX 986**
**Hammonton, NJ 08037**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __MAINT__

Is the claim subject to offset? ■ No ☐ Yes

**$1,637.53**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**BOND DISTRIBUTING CO**
**1220 BERNARD DRIVE**
**Baltimore, MD 21223**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LIQUOR__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**BOSTON LOCK & SAFE CO.**
**30 LINCOLN STREET**
**Brighton, MA 02135**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __MISC__

Is the claim subject to offset? ■ No ☐ Yes

**$5,246.22**

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Boston Web Marketing LLC**
**1 McKinley Square**
**Boston, MA 02109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __MARKET__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.32**

**Nonpriority creditor's name and mailing address**
**Braintree Water and Sewer**
**85 Quincy Avenue**
**Braintree, MA 02184**

Date(s) debt was incurred __12/5/2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utility__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.33**

**Nonpriority creditor's name and mailing address**
**BRANDOLINI**
**PO Box 4711**
**Lancaster, PA 17601**

Date(s) debt was incurred __12/5/2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utility__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,328.15**

**BRANDOLINI PROPERTY MGMT**
**P.O. BOX 4711**
**Lancaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __RECPAY__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,966.33**

**BUCCI GRINDING GROUP, LLC**
**10 DRAPER STREET, SUITE 14**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __MAINT__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Bucks County Water & Sewer**
**PO Box 3895**
**Lancaster, PA 17604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/5/2022__

Basis for the claim: __Utility__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**BURKE DISTRIBUTING CORP.**
**P.O. BOX 168**
**Randolph, MA 02368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LIQUOR__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$220,561.00**

**C.H. ROBINSON**
**Robinson Fresh**
**14701 Charlesto RD, Ste 1400**
**Eden Prairie, MN 55347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt / Food Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$145,367.00**

**Canton R2G Owner LLC**
**PO Box 411261**
**Boston, MA 02241-1261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**CAPE COD PAINTERS INC**
**Attn: Ismael De Sandis**
**27 MEADOWBROOK RD**
**West Yarmouth, MA 02673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __MAINT__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**CASELLA WASTE SYSTEMS, INC.**
**ATTN MAJOR ACCOUNTS**
**P.O. BOX 1383**
**Williston, VT 05495-1383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **MISC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**CashStar, Inc.**
**25 Pearl Street**
**Portland, ME 04101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **MARKET**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**CENTRAL CO-OP NURSERY SCHOOL**
**1 WORTHEN STREET**
**Chelmsford, MA 01824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **MISC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Champion Energy Services**
**1500 Rankin Road**
**Suite 200**
**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UTILITY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.30**

**CHEFWEAR**
**DEPT. 5847**
**P.O. BOX 11407**
**Birmingham, AL 35246-5847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **MISC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Chowly, Inc.**
**225 W Wacker Dr.**
**Suite 550**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **MISC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**CHURCH OF THE REDEMPTION**
**1101 2ND STREET PIKE**
**Southhampton, PA 18966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **MISC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188,829.00 |
| --- | --- | --- |
| **CIL Walkers LLC** <br> **c/o Bank of America, N.A.** <br> **PO Box 105576** <br> **Atlanta, GA 30348** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Rent__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- |
| **City of Beverly** <br> **PO Box 178** <br> **Medford, MA 02155-0002** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __12/5/2022__ | **Basis for the claim:** __Utility__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- |
| **City of Framingham DPW (#17)** <br> **PO Box 851** <br> **Reading, MA 01867-0405** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __12/5/2022__ | **Basis for the claim:** __Utility__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- |
| **City of Peabody** <br> **PO Box 3047** <br> **Peabody, MA 01961-3047** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __12/5/2022__ | **Basis for the claim:** __Utility__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.52**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- |
| **City of Wilmington Water** <br> **PO Box 15622** <br> **Wilmington, DE 19886-5622** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __12/5/2022__ | **Basis for the claim:** __Utility__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.53**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- |
| **City of Woburn PWD** <br> **PO Box 227** <br> **Woburn, MA 01801** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __12/5/2022__ | **Basis for the claim:** __Utility__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- |
| **Clark National Accounts** <br> **2207 Old Philadelphia Pike** <br> **Lancaster, PA 17602** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __MISC__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Bertucci's Restaurants, LLC**                                    Case number (if known)   **6:22-bk-04313-GER**
_____
Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,400.00** |
|---|---|---|---|

**CLEVELAND MENU PRINTING INC.**
**1441 EAST 17TH STREET**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CLIPPER MAGAZINE, LLC**
**3708 HEMPLAND ROAD**
**Mountville, PA 17554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MARKET**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,045.75** |
|---|---|---|---|

**CMI PACK/JORDAN IND., LLC**
**218 E. BEARSS AVE STE 218**
**Tampa, FL 33613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CNG (ConnGas)**
**PO Box 847820**
**Boston, MA 02284-7820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number _

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$87,599.86** |
|---|---|---|---|

**COAST MEDIA LLC**
**3200 Paseo Village Way #1714**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MARKET**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,541.23** |
|---|---|---|---|

**COASTAL SUNBELT PRODUCE**
**P.O. BOX 62860**
**Baltimore, MD 21264-2860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **FOOD**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,644.00** |
|---|---|---|---|

**Coca Cola of N. New England**
**P.O. BOX 419784**
**Boston, MA 02241-9784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|--------|--------------------------------|------------------------|-----------------------|

Name

---

**3.62** | **Nonpriority creditor's name and mailing address**
**COCA- COLA USA**
P.O. BOX 102190, 68 ANNEX
Atlanta, GA 30368

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOOD**

Is the claim subject to offset? ■ No ☐ Yes

**$1,108.75**

---

**3.63** | **Nonpriority creditor's name and mailing address**
**COCA-COLA BOTTLLING CO.**
**CCBCC OPERATIONS, LLC.**
P.O. BOX 602937
Charlotte, NC 28260-2937

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

**$2,391.61**

---

**3.64** | **Nonpriority creditor's name and mailing address**
**Coca-Cola Company, The**
One Coca-Cola Plaza
Atlanta, GA 30313

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOOD**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.65** | **Nonpriority creditor's name and mailing address**
**COCA-COLA REFRESHMENTS**
**BALTIMORE SALES CENTER**
P.O. BOX 100712
Atlanta, GA 30384-0712

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOOD**

Is the claim subject to offset? ■ No ☐ Yes

**$2,645.39**

---

**3.66** | **Nonpriority creditor's name and mailing address**
**COLONIAL WHOLESALE BEVERAGE**
P.O. BOX 1430
Fall River, MA 02722

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LIQUOR**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.67** | **Nonpriority creditor's name and mailing address**
**COLUMBIA PRO CANTARE**
8510 HIGH RIDGE RD
STUDIO 17
Ellicott City, MD 21043

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.68** | **Nonpriority creditor's name and mailing address**
**COMMERCIAL EQUIPMENT REPAIR**
670 208TH STRRET
Pasadena, MD 21122

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

**$3,338.28**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Connecticut Water**
**PO Box 981015**
**Boston, MA 02298-1015**

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**CONSOLIDATED LABEL CO LLC**
**2001 E. LAKE MARY BLVD**
**Sanford, FL 32773**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **MARKET**

Is the claim subject to offset? ■ No ☐ Yes

**$5,229.27**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**CONVERSANT LLC**
**30501 Agoura Rd., Ste 200**
**Agoura Hills, CA 91301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **MARKET**

Is the claim subject to offset? ■ No ☐ Yes

**$75,663.60**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**COTE'S LANDSCAPING**
**P.O. BOX 310633**
**Newington, CT 06111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

**$995.70**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**CRAFT BEER GUILD DIST.**
**4 CUTTS STREET, SUITE 4**
**Portsmouth, NH 03801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **LIQUOR**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**CURRY PRINTING**
**190 Turnpike Road**
**Westborough, MA 01581**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **MARKET**

Is the claim subject to offset? ■ No ☐ Yes

**$26,938.27**

---

**3.75**

**Nonpriority creditor's name and mailing address**

**D&H 402A Pad Partnership TS**
**c/o Caron & Bletzer**
**PO Box 969**
**Kingston, NH 03848**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$165,454.00**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $574.13
---

**D'ELIA ELECTRIC, INC.**
**127 E. CENTRE ST.**
**Nutley, NJ 07110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MAINT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**DEFOREST ELECTRICAL CONT.**
**25 OLD KINGS HWY NORTH**
**SUITE 13, #226**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MAINT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**DELMARVA POWER**
**PO Box 13609**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Basis for the claim:  **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**DELMARVA SYSTEMS CORP.**
**1100 FIRST STATE BLVD**
**Newport, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MISC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Dine in Connecticut, LLC**
**195 West Main Street**
**Suite 23**
**Attn: Joseph Marinello**
**Avon, CT 06001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MISC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Dinova, Inc.**
**6455 E Johns Crossing**
**#220**
**Johns Creek, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MISC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**DIRECT ENERGY**
**1001 Liberty Avenue**
**Pittsburgh, PA 15522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Basis for the claim:  **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.83**

**Nonpriority creditor's name and mailing address**
**Direct Energy**
PO Box 32179
New York, NY 10087-2179

Date(s) debt was incurred  12/5/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.84**

**Nonpriority creditor's name and mailing address**
**Direct Energy Bus. Marketing**
194 Wood Avenue South
Second Floor
Iselin, NJ 08830

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  MISC

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.85**

**Nonpriority creditor's name and mailing address**
**DirectTV**
161 Inverness Dr. W
Englewood, CA 80112

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  UTILITY

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.86**

**Nonpriority creditor's name and mailing address**
**DOBSON TURF IRRIGATION**
**& LANDSCAPE LIGHT**
1228 EAST MAIN STREET
Stamford, CT 06902

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  MAINT

Is the claim subject to offset? ■ No ☐ Yes

$175.48

---

**3.87**

**Nonpriority creditor's name and mailing address**
**DOLBEARE ELEMENTARY SCHOOL**
340 LOWELL ST
Wakefield, MA 01880

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  MISC

Is the claim subject to offset? ■ No ☐ Yes

$343.80

---

**3.88**

**Nonpriority creditor's name and mailing address**
**DOMINION ENERGY**
PO Box 26543
Richmond, VA 23290-0001

Date(s) debt was incurred  12/5/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.89**

**Nonpriority creditor's name and mailing address**
**DONOVAN ELECTRIC CO.  INC.**
127 MILTON ST
Dedham, MA 02026

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  MAINT

Is the claim subject to offset? ■ No ☐ Yes

$4,081.00

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00** |
|---|---|---|---|

**DP VIDEO PRODUCTS, LLC**
**6984 SMILING CLOUD AVE.**
**Henderson, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  MARKET

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DYNAMICARD, INC.**
**215 S. HICKORY ST., STE 220**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  MARKET

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**E la Carte, Inc.**
**810 Hamilton St.**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  MISC

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,633.80** |
|---|---|---|---|

**EAST COAST FOOD EQUIPMENT**
**570 INDUSTRIAL DRIVE**
**Lewisberry, PA 17339-9534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  MISC

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,545.36** |
|---|---|---|---|

**EATON LANDSCAPE CORP**
**219 B MEADOWCROFT ST**
**Lowell, MA 01852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  MAINT

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,981.40** |
|---|---|---|---|

**ECOLAB INC**
**P.O. BOX 32027**
**New York, NY 02301-4440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  MAINT

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ecolab Inc. d/b/a Ecosure**
**26397 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  MAINT

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.97** | Nonpriority creditor's name and mailing address
**Ecolab Pest Elimination Ser.**
26252 NETWORK PLACE
Chicago, IL 60673-1262

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MAINT__

Is the claim subject to offset? ■ No ☐ Yes

**$59,335.71**

---

**3.98** | Nonpriority creditor's name and mailing address
**EDWARD DON & CO. HOLDINGS**
9801 ADAM DON PARKWAY
Woodbridge, IL 60517

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MISC__

Is the claim subject to offset? ■ No ☐ Yes

**$12,815.63**

---

**3.99** | Nonpriority creditor's name and mailing address
**ELGE PLUMBING & HEATING CO**
P.O. BOX 1070
Burlington, MA 01803

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MAINT__

Is the claim subject to offset? ■ No ☐ Yes

**$29,023.01**

---

**3.100** | Nonpriority creditor's name and mailing address
**ENGIE Resources LLC**
1360 Post Oak Blvd.
Houston, TX 77056

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MISC__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101** | Nonpriority creditor's name and mailing address
**ESS LABORATORY**
P.O. BOX 845327
Boston, MA 02284-5327

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MAINT__

Is the claim subject to offset? ■ No ☐ Yes

**$397.25**

---

**3.102** | Nonpriority creditor's name and mailing address
**EVERSOURCE**
PO Box 56002
Boston, MA 02205-6002

Date(s) debt was incurred __12/5/2022__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103** | Nonpriority creditor's name and mailing address
**EVERSOURCE**
PO Box 56007
Boston, MA 02205-6007

Date(s) debt was incurred __12/5/2022__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Bertucci's Restaurants, LLC** | | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eversource (Delivery)**
**PO Box 55215**
**Boston, MA 02205-5215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Basis for the claim:  **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eversource (NH)**
**PO Box 56003**
**Boston, MA 02205-6003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Basis for the claim:  **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**EVERSOURCE (Supply)**
**PO Box 55215**
**Boston, MA 02205-5215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Basis for the claim:  **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,219.89 |
|---|---|---|---|

**EYEMED**
**P.O. BOX 632530**
**Cincinnnati, OH 45263-2530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **MISC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ezCater, Inc.**
**40 Water Street**
**5th Floor**
**Attn: General Counsel**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **MISC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fairfax County Water Authority**
**PO Box 5008**
**Merrifield, VA 22116-5008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Basis for the claim:  **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**FALCON SOCIAL, INC**
**200 Vesey St, 19th Floor**
**New York, NY 10080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **MARKET**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $253.34 |
|---|---|---|---|

**FARACO KNIFE & SLICER CO**
**P.O. BOX 42**
**Pennsburg, PA 18073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MAINT**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**FEDWAY NATIONAL ACCOUNTS**
**PO BOX 651**
**Basking Ridge, NJ 07920-0651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LIQUOR**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**FIRST CLASS PLUMBING, LLC**
**17032 SILVER CHARM PLACE**
**Leesburg, VA 20176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MAINT**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**First Point Power, LLC**
**Attn: Customer Service**
**300 Jefferson Blvd.**
**Suite 104**
**Warwick, RI 02888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,767.00 |
|---|---|---|---|

**FISH WINDOW CLEANING**
**P.O. BOX 242**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MAINT**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,824.00 |
|---|---|---|---|

**FISH WINDOW CLEANING**
**720 E Industrial Park Dr #14**
**Manchester, NH 03109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MAINT**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $961.91 |
|---|---|---|---|

**FISH WINDOW CLEANING**
**P.O. BOX 2611**
**Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MAINT**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $477.00 |
|---|---|---|---|

**FISH WINDOW CLEANING**
P.O. BOX 12572
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**  __MAINT__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420.00 |
|---|---|---|---|

**FISH WINDOW CLEANING**
9479 Silver King Ct, Ste A
Fairfax, VA 22031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**  __MAINT__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $191.00 |
|---|---|---|---|

**FISH WINDOW CLEANING**
P.O. BOX 94
Arlington, MA 02476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**  __MAINT__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fishbowl, Inc.**
44 Canal Center Plaza
Suite 500
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**  __MARKET__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,310.04 |
|---|---|---|---|

**FOODPREP SOLUTIONS, LLC**
P.O. BOX 4777
Stamford, CT 06907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**  __MAINT__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,065.14 |
|---|---|---|---|

**FOURTH ENTERPRISES, LLC**
P.O. BOX 848472
Dallas, TX 75284-8472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**  __MISC__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**FREEL'S DRAFT SERVICE, LLC**
12 OWL RIDGE ROAD
Oxford, CT 06478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**  __MAINT__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Freepoint Energy Solutions LLC**
**3050 Post Oak Blvd.**
**Suite 1330**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UTILITY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$249,722.00** |
|---|---|---|---|

**Frontier Dr Metro Center LP**
**Lockbox #283523**
**PO Box 713523**
**Philadelphia, PA 19171-3523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,948.10** |
|---|---|---|---|

**G&R MECHANICAL INC.**
**3220 BERGEY ROAD**
**Hattfield, PA 19440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __MAINT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,516.57** |
|---|---|---|---|

**GASKET GUY NH**
**25 COMMERICAL DRIVE**
**Brentwood, MA 03833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __MISC__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**General Mills Sales, Inc.**
**Bakeries & Foodservice**
**Post Office Box 1113**
**Minneapolis, MN 55440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __FOOD__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$456.69** |
|---|---|---|---|

**GRANITE CITY ELECTRIC SUPPLY CO.**
**P.O. BOX 213**
**Battleboro, VT 05302-0213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __MAINT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79.50** |
|---|---|---|---|

**GREEN ENERGY MASTERS**
**QSGI GREEN, INC.**
**P.O. BOX 300019**
**DULUTH, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __MAINT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Bertucci's Restaurants, LLC**
_____
Name

Case number (if known)    **6:22-bk-04313-GER**
_____

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.60 |

**GRINDING COMPANY OF AMERICA**
**105 ANNABEL AVENUE**
**Baltimore, MD 21225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,537.60 |

**GRUBHUB HOLDINGS INC.**
**P.O. BOX 71649**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Grubhub Holdings Inc.**
**111 W. Washington St.**
**Ste. 2100**
**Attn: Legal Department**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,165.27 |

**H-I-M MECHANICAL SYSTEMS INC**
**90 FIRST STREET**
**Bridgewater, MA 02324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**HINGHAM MUNICIPAL LIGHT**
**PO Box 9264**
**Chelsea, MA 02150-9264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **12/5/2022**

**Last 4 digits of account number** __

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,310.86 |

**HOBART CORPORATION**
**P.O. BOX 2517**
**Carol Stream, IL 60132-2517**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hofseth, LLC**
**6300 N. River Road**
**Suite 101**
**Rosemont, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **FOOD**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.139** | Nonpriority creditor's name and mailing address

**Holliston Water Department**
**703 Washington St**
**Holliston, MA 01746**

Date(s) debt was incurred  12/5/2022

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address

**Horizon Beverage Co. of RI**
**COPLEY DISTRIBUTORS**
**P.O. BOX 1427**
**Coventry, RI 02816**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LIQUOR**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address

**HUDSON ENERGY**
**5015 Westheimer Rd**
**Suite 1200, Caller #5**
**Houston, TX 77056**

Date(s) debt was incurred  12/5/2022

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address

**Hudson Energy Services, LLC**
**105 Decker Ct.**
**Suite 1050**
**Irving, TX 75062**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTILITY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address

**HUDSONENERGY**
**PO Box 142109**
**Irving, TX 75014**

Date(s) debt was incurred  12/5/2022

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address

**INFOSYNC SERVICES, LLC**
**1938 N. Woodlawn, Ste 110**
**Wichita, KS 67208**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*                **$7,075.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address

**INSIGHT GLOBAL**
**1224 Hammond Dr., Ste 1500**
**Atlanta, GA 30346**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*                **$19,840.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,327.44 |
|---|---|---|---|

**ISST, LLC**
**407 SUN BLVD.**
**Bear, DE 19701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $891.00 |
|---|---|---|---|

**J&J BROTHERS LANDSCAPING**
**35 CHERRY STREET**
**Willow Grove, PA 19090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,150.00 |
|---|---|---|---|

**JOHN'S LANDSCAPING**
**219 CROWN POINT RD**
**THOROFARE, NJ 08086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,724.53 |
|---|---|---|---|

**JOHNSON CONTROLS FIRE PRO.**
**DEPT. CHI 10320**
**Palatine, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $901.00 |
|---|---|---|---|

**JOSE R.PEREZ LANDSCAPING**
**2529 ROSEWOOD AVE.**
**Royslyn, PA 19007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,114.92 |
|---|---|---|---|

**JPROJECT SOLUTIONS INC.**
**14140 DEER CREEK ROAD**
**Wadsworth, IL 60083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JUAREZ LANDSCAPING & CONS.**
**46 SAMOSET RD**
**Peabody, MA 01960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.153**

Nonpriority creditor's name and mailing address
**KENDRA SMITH FOOD STYLING**
**331 WOLCOTT AVE.**
**Middletown, RI 02842**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MARKET**

Is the claim subject to offset? ■ No ☐ Yes

$1,740.00

---

**3.154**

Nonpriority creditor's name and mailing address
**KONRAD BEER DIST., INC**
**P.O. BOX 5396**
**Deptford, NJ 08096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LIQUOR**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.155**

Nonpriority creditor's name and mailing address
**L KNIFE & SONS INC**
**P.O. BOX K**
**Kingston, MA 02364**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LIQUOR**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.156**

Nonpriority creditor's name and mailing address
**L. M. C. REALTY TRUST**
**P.O. BOX  522**
**Ashland, MA 01721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

$1,200.00

---

**3.157**

Nonpriority creditor's name and mailing address
**LABOR LAW CENTER, INC.**
**3501 W. GARRY AVE.**
**Santa Ana, CA 92704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

$22.90

---

**3.158**

Nonpriority creditor's name and mailing address
**LACONIA-BEST WAREHOUSING**
**& DIST. D/B/A RATE LINER**
**326 Main St., Unit 12**
**Fremont, NH 03044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

$148.20

---

**3.159**

Nonpriority creditor's name and mailing address
**LEBLANC'S WINDOW CLEANING**
**86 MOUNT PLEASANT ST.**
**New Bedford, MA 02740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.160**

**Nonpriority creditor's name and mailing address**
**LEGALSHIELD**
**P.O. BOX 2629**
**Ada, OK 74820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MISC**

Is the claim subject to offset? ■ No ☐ Yes

**$240.30**

---

**3.161**

**Nonpriority creditor's name and mailing address**
**LENOX-MARTELL INC**
**83-97 HEATH STREET**
**Boston, MA 02130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

**$535.58**

---

**3.162**

**Nonpriority creditor's name and mailing address**
**LEXINGTON CHAMBER OF COMM.**
**c/o TREASURE**
**1875 MASSACHUSETTS AVE**
**Lexington, MA 02421**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MISC**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.163**

**Nonpriority creditor's name and mailing address**
**LEXINGTON MONTESSORI SCHOOL**
**130 PLEASANT STREET**
**Lexington, MA 02421**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MARKET**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.164**

**Nonpriority creditor's name and mailing address**
**LIBERTY COCA-COLA BEVERAGES**
**P.O. BOX 780810**
**Philadelphia, PA 19178-0810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MISC**

Is the claim subject to offset? ■ No ☐ Yes

**$3,305.93**

---

**3.165**

**Nonpriority creditor's name and mailing address**
**Liberty Utilities**
**75 Remittance Dr**
**Suite 1032**
**Chicago, IL 60675-1032**

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166**

**Nonpriority creditor's name and mailing address**
**LIBERTY UTILITIES**
**PO Box 219094**
**Kansas City, MO 64121-9094**

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Bertucci's Restaurants, LLC** | | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|---|
| | Name | | | |

---

**3.167** | Nonpriority creditor's name and mailing address

**Lincoln Plaza Assoc**
**PO Box 829424**
**Philadelphia, PA 19182-9424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$197,064.00**

---

**3.168** | Nonpriority creditor's name and mailing address

**M.S. WALKER, INC.**
**975 UNIVERSITY AVE.**
**Norwood, MA 02062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LIQUOR__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169** | Nonpriority creditor's name and mailing address

**MAIN STREET BEVERAGE, LLC**
**1434 COUNTY LINE RD**
**Huntingdon Valley, PA 19006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MAINT__

Is the claim subject to offset? ■ No ☐ Yes

**$7,367.38**

---

**3.170** | Nonpriority creditor's name and mailing address

**MAKO NETWORKS, INC.**
**1355 N. MCLEAN BLVD.**
**Elgin, IL 60123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MISC__

Is the claim subject to offset? ■ No ☐ Yes

**$17,120.64**

---

**3.171** | Nonpriority creditor's name and mailing address

**Mall at Rockingham LLC**
**Mall at Rockingham Park**
**14165 Collections Center Dr**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$559,442.00**

---

**3.172** | Nonpriority creditor's name and mailing address

**Mall at Solomon Pond, LLC**
**14199 Collections Center Dr**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$304,003.00**

---

**3.173** | Nonpriority creditor's name and mailing address

**MANSFIELD MUN. ELEC**
**PO Box 9192**
**Chelsea, MA 02150-9192**

Date(s) debt was incurred __12/5/2022__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.174**

Nonpriority creditor's name and mailing address
**MARTELLO KNIFE SERVICE INC**
**570 INDUSTRIAL DRIVE**
**Lewisberry, PA 17339-9534**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

**$204.48**

---

**3.175**

Nonpriority creditor's name and mailing address
**MARTIGNETTI OF MASSACHUSETTS**
**500 JOHN HANCOCK ROAD**
**Taunton, MA 02780-7379**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LIQUOR**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176**

Nonpriority creditor's name and mailing address
**MCC MARRA CARPET CLEANING**
**P.O. BOX 118**
**Spinnerstown, PA 18968-0118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

**$744.34**

---

**3.177**

Nonpriority creditor's name and mailing address
**MCL MECHANICAL SERVICES**
**26 KELSO AVE.**
**West Springfield, MA 01089**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

**$7,786.45**

---

**3.178**

Nonpriority creditor's name and mailing address
**MEDCOR, INC.**
**P.O. BOX 75570**
**Cleveland, OH 44101-4755**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

**$6,925.23**

---

**3.179**

Nonpriority creditor's name and mailing address
**MEDFORD WELL**
**P.O. BOX 961**
**WORCESTER, MA 01613-0961**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$108,721.00**

---

**3.180**

Nonpriority creditor's name and mailing address
**MERRIMACK VALLEY DIST CO**
**P.O. BOX 417**
**Danvers, MA 01923**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LIQUOR**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.181**

**Nonpriority creditor's name and mailing address**
**MIKES LANDSCAPING**
**41 WAYCROSS DRIVE**
**Warwick, RI 02888**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$490.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.182**

**Nonpriority creditor's name and mailing address**
**MNH Mall, LLC**
**Mall of New Hamphire**
**14184 Collections Center Dr**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$294,723.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183**

**Nonpriority creditor's name and mailing address**
**MOBO Systems**
**285 Fulton St**
**Floor 82**
**New York, NY 18002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$138,476.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.184**

**Nonpriority creditor's name and mailing address**
**Mount Laurel MUA (#03)**
**PO Box 6001**
**Bellmawr, NJ 08099-6001**

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.185**

**Nonpriority creditor's name and mailing address**
**MTMSA (Montgomery)**
**PO Box 618**
**Souderton, PA 18964-0618**

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.186**

**Nonpriority creditor's name and mailing address**
**Nashua Waste Water System**
**PO Box 3840**
**Nashua, NH 03061-3840**

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.187**

**Nonpriority creditor's name and mailing address**
**NATIONAL GRID**
**PO Box 371338**
**Pittsburgh, PA 15250-7338**

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Bertucci's Restaurants, LLC**
_____    Case number (if known)    **6:22-bk-04313-GER**
Name

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NATIONAL GRID**
PO Box 371396
Pittsburgh, PA 15250-7396

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/5/2022**

**Basis for the claim:** **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,612.31** |
|---|---|---|---|

**NATIONAL SIGN CORP**
**780 FOUR ROD ROAD**
**Berlin, CT 06037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **MAINT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.63** |
|---|---|---|---|

**NATIONAL SIGN SHOP, INC.**
**163 W. STREET ROAD**
**Feasterville, PA 19053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **MAINT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$179,838.00** |
|---|---|---|---|

**NCR Corporation**
**P.O. Box 198755**
**Atlanta, GA 30384-8755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NCR Corporation**
**Attn: Legal Department**
**864 Spring Street NW**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **MISC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Neil Jones Food Company**
**1701 W 16th Street**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **FOOD**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$997.46** |
|---|---|---|---|

**NESPRESSO USA INC.**
**P.O. BOX 2425**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **MISC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**New England Document Systems**
P.O. BOX 11407 DEPT 5874
Birmingham, AL 35246-5874

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __MISC__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,418.13** |
|---|---|---|---|

**NEW ENGLAND UPHOLSTERY**
3824 CHESTNUT HILL AVE
Athol, MA 01331

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __MAINT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,334.02** |
|---|---|---|---|

**NEW HAMPSHIRE LIQUOR COMM.**
50 STORRS ST.
Concord, NH 03301

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LIQUOR__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,060.77** |
|---|---|---|---|

**NEW HORIZONS TECHNOLOGIES**
4 CAMPGROUND ROAD
Sterling, MA 01564

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __MAINT__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**North Wales Water Auth**
PO Box 95000-1138
Philadelphia, PA 19195-1138

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __12/5/2022__

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,387.00** |
|---|---|---|---|

**NORTHEAST CUTLERY INC.**
244 ASH ST
Reeding, MA 01867

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __MISC__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NORTHEAST ELEMENTARY PTO**
70 PUTNEY LANE
Waltham, MA 02452

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __MISC__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.202**

**Nonpriority creditor's name and mailing address**
NuCO2 LLC
2800 SE Market Place
Stuart, FL 34997

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.203**

**Nonpriority creditor's name and mailing address**
Olo Inc.
99 Hudson St.
10th Floor
New York, NY 10013

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.204**

**Nonpriority creditor's name and mailing address**
PARALLEL ENTERPRISES
18 WILSHIRE CIRCLE
Darcut, MA 01826

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No  ☐ Yes

**$320.00**

---

**3.205**

**Nonpriority creditor's name and mailing address**
PARENTS PERFORMING STUDENTS
232 PEARL STREET
Stoughton, MA 02072

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MARKET**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.206**

**Nonpriority creditor's name and mailing address**
PAYTRONIX SYSTEMS, INC.
80 BRIDGE STREET
Newton, MA 02458

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,090.00**

---

**3.207**

**Nonpriority creditor's name and mailing address**
PB Restaurants, LLC
11 West 42nd Street
Orlando, FL 32839

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,859,000.00**

---

**3.208**

**Nonpriority creditor's name and mailing address**
PEABODY MUNICIPAL LIGHT
PO Box 3199
Peabody, MA 01961-3199

Date(s) debt was incurred  12/5/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.209**

**Nonpriority creditor's name and mailing address**
**PEASE & DORIO, P.C.**
**316 MAIN ST.**
**Farmington, CT 06032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

$58.33

---

**3.210**

**Nonpriority creditor's name and mailing address**
**PECO**
**PO Box 25237**
**Lehigh Valley, PA 18002**

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.211**

**Nonpriority creditor's name and mailing address**
**PECO**
**PO Box 37629**
**Philadelphia, PA 19101-0629**

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.212**

**Nonpriority creditor's name and mailing address**
**PECO**
**PO Box 37632**
**Philadelphia, PA 19101-0629**

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.213**

**Nonpriority creditor's name and mailing address**
**PENN SOUTH, INC.**
**P.O. BOX 4313**
**Greenville, DE 19807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

$1,100.00

---

**3.214**

**Nonpriority creditor's name and mailing address**
**Pennichuck Water Works**
**PO Box 428**
**Nashua, NH 03061-0428**

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.215**

**Nonpriority creditor's name and mailing address**
**PHILADELPHIA EXTRACT CO**
**4124 BLANCHE ROAD**
**Bensalem, PA 19020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

$110.24

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,511.70 |
|---|---|---|---|

**PIERCE-COTE ADVERTISING**
**683 MAIN STREET**
**Osterville, MA 02655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __MARKET__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PK MEDIA, LLC**
**910 N. HARVARD Ave.**
**ATTN:  PETER KLEINER**
**Ventnor  City, NJ 08406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __MISC__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,686.92 |
|---|---|---|---|

**PLASTICARD LOCKTECH INTL**
**P.O. BOX 679814**
**Dallas, TX 75267-9814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __MARKET__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,967.82 |
|---|---|---|---|

**PLUMBARAMA CO. INC.**
**3431 BRISTOL PIKE**
**BENSALEM, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __MAINT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,381.25 |
|---|---|---|---|

**POST POLAK P.A.**
**425 Eagle Rock Ave., Ste 200**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __LAW__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PR Plymouth Meeting LP**
**PO Box 373312**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/5/2022__

Basis for the claim:  __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Premium Beverage**
**P.O. BOX 1165**
**Norton, MA 02766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __LIQUOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

3.223 | Nonpriority creditor's name and mailing address
**PREMIUM DISTRIBUTORS OF VA LLC**
15001 NORTHRIDGE DRIVE
Chantilly, VA 20151

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LIQUOR**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,428.68**

---

3.224 | Nonpriority creditor's name and mailing address
**PREMIUM STATIONERS INC**
13841 ROSWELL Ave., Ste J
SUITE J
Chino, CA 91710

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MISC**

Is the claim subject to offset? ☑ No ☐ Yes

**$55.00**

---

3.225 | Nonpriority creditor's name and mailing address
**PSE&G**
PO Box 14444
New Brunswick, NJ 08906-4444

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.226 | Nonpriority creditor's name and mailing address
**QUALITY RETAIL SYSTEMS, INC.**
1531 ROUTE 67
Schaghticoke, NY 12154

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MISC**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,501.33**

---

3.227 | Nonpriority creditor's name and mailing address
**Quikly, Inc.**
1505 Woodward Ave.
4th Floor
Detroit, MI 48226

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MISC**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.228 | Nonpriority creditor's name and mailing address
**R.J. MASE LLC**
P.O. BOX 2032
Norwalk, CT 06852-2032

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MISC**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,788.44**

---

3.229 | Nonpriority creditor's name and mailing address
**RADIANT CLEANING SERVICES**
1257 Worcester Rd, Ste 252
Framingham, MA 01701

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MAINT**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,550.00**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.230** | Nonpriority creditor's name and mailing address
**RADNOR TOWNSHIP**
P.O. BOX 155
Wayne, PA 19087-0155

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GOVT__

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.231** | Nonpriority creditor's name and mailing address
**RAGGS SEPTIC SERVICE INC.**
461 BOSTON ST., A4
Topsfield, MA 01983

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MAINT__

Is the claim subject to offset? ■ No ☐ Yes

**$7,273.00**

---

**3.232** | Nonpriority creditor's name and mailing address
**READING MUNICIPAL**
PO Box 30
Reading, MA 01867-0030

Date(s) debt was incurred __12/5/2022__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.233** | Nonpriority creditor's name and mailing address
**RENTOKIL NORTH AMERICA, INC**
P.O. BOX 740608
Cincinnnati, OH 45274-0608

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MISC__

Is the claim subject to offset? ■ No ☐ Yes

**$129.32**

---

**3.234** | Nonpriority creditor's name and mailing address
**REPUBLIC NATIONAL DISTRIBUTING**
5401 EUBANK ROAD
Sandston, VA 23150

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LIQUOR__

Is the claim subject to offset? ■ No ☐ Yes

**$1,398.02**

---

**3.235** | Nonpriority creditor's name and mailing address
**Reward Network**
540 W Madison St
Suite 2400
Chicago, IL 60661

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$448,587.00**

---

**3.236** | Nonpriority creditor's name and mailing address
**Rhode Island Energy**
PO Box 371361
Pittsburgh, PA 15250-7361

Date(s) debt was incurred __12/5/2022__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.237** | **Nonpriority creditor's name and mailing address**
**RINGCENTRAL, INC.**
**P.O. BOX 734232**
**Dallas, TX 75373-4232**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

**$15,303.57**

---

**3.238** | **Nonpriority creditor's name and mailing address**
**RISE & SHINE WINDOW CLEANING**
**31 GRANITE STREET #3**
**Milford, MA 01757**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

**$1,294.00**

---

**3.239** | **Nonpriority creditor's name and mailing address**
**RITCHIE & PAGE**
**175 NEW CANTON WAY**
**Robbinsville, NJ 08691**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LIQUOR**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.240** | **Nonpriority creditor's name and mailing address**
**Ritual Technologies (U.S.) Inc.**
**82 Peter St.**
**Suite 200**
**Toronto, ON, M5V 2G5 Canada**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241** | **Nonpriority creditor's name and mailing address**
**ROB FARACO SHARPENING**
**44 ALANS LANE**
**Boyertown, PA 19512**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242** | **Nonpriority creditor's name and mailing address**
**ROBERTO IRRIGATION**
**60 LEDGEVIEW WAY**
**APT 3106**
**Wrentham, MA 02093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.243** | **Nonpriority creditor's name and mailing address**
**ROBERTS OXYGEN COMPANY INC**
**P.O. BOX 5507**
**Rockville, MD 20855**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

**$1,131.27**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.244**

Nonpriority creditor's name and mailing address
**RUAN, INC.**
**666 GRANDE AVENUE**
**1700 RUAN CENTER**
**Des Moines, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No  ☐ Yes

**$830.10**

---

**3.245**

Nonpriority creditor's name and mailing address
**S.A. BOGANS PLUMBING, INC**
**PLUMB CRAZY**
**1302 CONTINENTAL DR**
**Abingdon, MD 21009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No  ☐ Yes

**$479.00**

---

**3.246**

Nonpriority creditor's name and mailing address
**SERVICE DISTRIBUTION**
**8397 PARIS STREET**
**Lorton, VA 22079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LIQUOR**

Is the claim subject to offset? ■ No  ☐ Yes

**$197.64**

---

**3.247**

Nonpriority creditor's name and mailing address
**SHARP WATER CULLIGAN**
**915 MADISON AVE.**
**Norristown, PA 19403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No  ☐ Yes

**$74.31**

---

**3.248**

Nonpriority creditor's name and mailing address
**SHRED-IT USA LLC**
**28883 NETWORK PLACE**
**Chicago, IL 60673-1288**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No  ☐ Yes

**$412.38**

---

**3.249**

Nonpriority creditor's name and mailing address
**SIGNATURE LANDSCAPING**
**34 ESQUIRE ROAD**
**Norwalk, CT 06851**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,825.93**

---

**3.250**

Nonpriority creditor's name and mailing address
**SPILLANE'S NURSERY & LANDSCAPE**
**182 PLYMOUTH STREET**
**Middleboro, MA 02346-1217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,746.89**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.251**

**Nonpriority creditor's name and mailing address**
**Sprague**
**PO Box 847887**
**Boston, MA 02284-7887**

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.252**

**Nonpriority creditor's name and mailing address**
**Springfield Square Cent LP**
**c/o Continental Dev. LLC**
**1604 Walnut St - 5th Floor**
**Philadelphia, PA 19103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$174,899.00**

---

**3.253**

**Nonpriority creditor's name and mailing address**
**Square, Inc. d/b/a Caviar**
**1455 Market Street**
**#600**
**San Francisco, CA 94103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.254**

**Nonpriority creditor's name and mailing address**
**St. John Properties, Inc - B**
**Accounts Receivable**
**PO Box 62784**
**Baltimore, MD 21264-2784**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$170,507.00**

---

**3.255**

**Nonpriority creditor's name and mailing address**
**STAPLES**
**P.O. BOX 105748**
**Atlanta, GA 30348-5748**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

**$6,462.48**

---

**3.256**

**Nonpriority creditor's name and mailing address**
**SYMETRA FINANCIAL**
**P.O. BOX 1491**
**Minneapolis, MN 55480-1491**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MISC**

Is the claim subject to offset? ■ No ☐ Yes

**$7,003.27**

---

**3.257**

**Nonpriority creditor's name and mailing address**
**SYNERGY TELCOM INC.**
**8222 INDY LANE**
**Indianapolis, IN 46214**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No ☐ Yes

**$144.53**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.258** | **Nonpriority creditor's name and mailing address**
SYSCO Corporation
1390 Enclave Parkway
Houston, TX 77077

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt / Food Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$1,181,936.00**

---

**3.259** | **Nonpriority creditor's name and mailing address**
TALX Corporation
1845 Borman Court
St Louis, MO 63146

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MISC__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.260** | **Nonpriority creditor's name and mailing address**
TATTLE
10900 RESEARCH BLVD.
STE 160C #1130
Austin, TX 78759

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MAINT__

Is the claim subject to offset? ■ No ☐ Yes

**$1,750.00**

---

**3.261** | **Nonpriority creditor's name and mailing address**
TEMUA
PO Box 467
Marlton, NJ 08053

Date(s) debt was incurred __12/5/2022__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262** | **Nonpriority creditor's name and mailing address**
THE FLYING LOCKSMITHS
SPRINGFIELD & WESTERN
425 UNION ST., Box 10
West Springfield, MA 01089

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MAINT__

Is the claim subject to offset? ■ No ☐ Yes

**$259.17**

---

**3.263** | **Nonpriority creditor's name and mailing address**
THE FLYING LOCKSMITHS NJ
PHILADELPHIA NORTH
9121 ART SCHOOL RD
Chester Springs, PA 19425

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MAINT__

Is the claim subject to offset? ■ No ☐ Yes

**$629.07**

---

**3.264** | **Nonpriority creditor's name and mailing address**
THE FLYING LOCKSMITHS PA
1840 County Line Rd, Ste 107
Huntingdon Valley, PA 19006

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MAINT__

Is the claim subject to offset? ■ No ☐ Yes

**$509.07**

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.265** | Nonpriority creditor's name and mailing address

**THE FLYING LOCKSMITHS, INC**
**100 Grossman Dr., Ste 305**
**Braintree, MA 02184**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MAINT__

Is the claim subject to offset? ■ No ☐ Yes

$1,350.93

---

**3.266** | Nonpriority creditor's name and mailing address

**The Metropolitan District**
**PO Box 990092**
**Hartford, CT 06199-0092**

Date(s) debt was incurred __12/5/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.267** | Nonpriority creditor's name and mailing address

**THE SHERWIN-WILLIAMS CO**
**50 E. MAIN STREET**
**Westborough, MA 01581**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MISC__

Is the claim subject to offset? ■ No ☐ Yes

$214.19

---

**3.268** | Nonpriority creditor's name and mailing address

**TILE PRO PLUS  INC.**
**259 CUSHMAN AVENUE**
**Revere, MA 02151**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MAINT__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.269** | Nonpriority creditor's name and mailing address

**TLCMAN LLC**
**492 BEACON ST. #72**
**Boston, MA 02115**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MAINT__

Is the claim subject to offset? ■ No ☐ Yes

$8,730.05

---

**3.270** | Nonpriority creditor's name and mailing address

**Town of Andover**
**PO Box 99**
**Andover, MA 01810**

Date(s) debt was incurred __12/5/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.271** | Nonpriority creditor's name and mailing address

**Town of Mansfield (Water)**
**PO Box 9192**
**Chelsea, MA 02150-9192**

Date(s) debt was incurred __12/5/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.272** | Nonpriority creditor's name and mailing address

**Town of North Andover**
PO Box 986500
Boston, MA 02298-6500

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address

**Town of Norwood**
PO Box 9101
Norwood, MA 02062-9101

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address

**Town of Plymouth**
PO Box 844083
Boston, MA 02284-4083

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address

**Town of Reading**
PO Box 1006
Reading, MA 01867-0906

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address

**Town of Westborough**
PO Box 4113
Woburn, MA 01888-4113

Date(s) debt was incurred  **12/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.277** | Nonpriority creditor's name and mailing address

**TRIADEX SERVICES**
5334 Primrose Lake Cir
Ste B
Tampa, FL 33647

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                  **$28,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MARKET**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address

**TriMark United East**
PO Box 845377
Boston, MA 02284-5377

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                  **$1,230,840.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt / Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**TRINITY EPISCOPAL PRESCHOOL**
**207 WEST MAIN STREET**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **MISC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**United Rentals of North America**
**P.O. BOX 840514**
**Dallas, TX 75284-0514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **MAINT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**UNITIL**
**PO Box 981077**
**Boston, MA 02298-1077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Basis for the claim: **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,135.00** |

**US HVAC SERVICES, INC**
**5540 PORT ROYAL RD**
**Springfield, VA 22151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **MISC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,201.68** |

**VALENTINO'S LANDSCAPING**
**245 West County Line Rd**
**Hatboro, PA 19040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **MAINT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132.21** |

**VAN'S SHARPENING, LLC.**
**2799 S QUEEN STREET**
**Dallastown, PA 17313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **MAINT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Veolia Water Delaware**
**PO Box 371804**
**Pittsburgh, PA 15250-7804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Basis for the claim: **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

---

**3.286**

**Nonpriority creditor's name and mailing address**
**VIRGINIA IMPORTS**
**7550 ACCOTINK PARK RD**
**Springfield, VA 22150**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LIQUOR__

Is the claim subject to offset? ■ No ☐ Yes

**$224.88**

---

**3.287**

**Nonpriority creditor's name and mailing address**
**W B MASON CO., INC.**
**ATTN:  STEVEN PIRES**
**59 CENTRE STREET**
**Brockton, MA 02301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __MISC__

Is the claim subject to offset? ■ No ☐ Yes

**$5,724.46**

---

**3.288**

**Nonpriority creditor's name and mailing address**
**WALNUT GROVE COOP INC**
**321 LAUREL AVE**
**Newark, DE 19711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __MISC__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.289**

**Nonpriority creditor's name and mailing address**
**WALTHAM PEST SERVICES**
**9 ERIE DRIVE**
**Natick, MA 01760**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __MAINT__

Is the claim subject to offset? ■ No ☐ Yes

**$341.04**

---

**3.290**

**Nonpriority creditor's name and mailing address**
**Warwick Pretreatment Billing**
**PO Box 981076**
**Boston, MA 02298-1076**

Date(s) debt was incurred  12/5/2022

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utility__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.291**

**Nonpriority creditor's name and mailing address**
**WASHINGTON GAS**
**PO Box 37747**
**Philadelphia, PA 19101-5047**

Date(s) debt was incurred  12/5/2022

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utility__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.292**

**Nonpriority creditor's name and mailing address**
**Waste Management, LLC**
**415 Day Hill Road**
**Windsor, CT 06095**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __UTILITY__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Bertucci's Restaurants, LLC** | | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|---|

Name

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$935.00**

**WAYSIDE GLASS & MIRROR CO**
**940 BOSTON POST ROAD**
**Marlboro, MA 01752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MAINT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Weir River Water System**
**PO Box 876**
**Reading, NY 01867-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2022**

Basis for the claim:  **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**WELLS FARGO VENDOR FIN. SER.**
**P.O. BOX 981022**
**Boston, MA 02298-1022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MISC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$137.70**

**WEST MEMORIAL PTO INC.**
**15 BOW ST**
**Peabody, MA 01960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MISC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,355.42**

**WHITPAIN BEVERAGE**
**1667 DEKALB PIKE**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **LIQUOR**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**WILDER MEM. NURSERY SCHOOL**
**666 MAIN STREET**
**Hingham, MA 02043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **MISC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205,758.00**

**Wildwood Est. of Braintree**
**PO Box 859059**
**Braintree, MA 02185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | Name | | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,183.14 |
|---|---|---|---|

**WINE AND SPIRITS-PA**
**209 W LANCASTER AVE**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **LIQUOR**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,885.63 |
|---|---|---|---|

**XEROGRAPHIC DIGITAL PRINTING**
**1948 33RD ST**
**Orlando, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **MARKET**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,727.55 |
|---|---|---|---|

**YELP INC**
**P.O. BOX 204393**
**Dallas, TX 75320-4393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **MARKET**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,895.31 |
|---|---|---|---|

**YEXT INC.**
**61 9TH AVE**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **MARKET**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,238.62 |
|---|---|---|---|

**YOUNG'S LANDSCAPE MGMT, INC.**
**PO BOX 298**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **MAINT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ecolab Inc.**<br>**24198 Network Place**<br>**Chicago, IL 60673-1241** | Line  **3.95**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Ecolab, Inc.**<br>**1 Ecolab Place**<br>**Saint Paul, MN 55102** | Line  **3.95**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Bertucci's Restaurants, LLC** | Case number (if known) | **6:22-bk-04313-GER** |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Trimark United East, LLC**<br>**505 Collins St.**<br>**Attleboro, MA 02703** | Line **3.278**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Trimark United East, LLC**<br>**9 Hampshire St.**<br>**Mansfield, MA 02048** | Line **3.278**<br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 1,247,406.88 |
| **5b. Total claims from Part 2** | 5b. + $ | 22,494,768.59 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 23,742,175.47 |

**Fill in this information to identify the case:**

Debtor name    **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:22-bk-04313-GER**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **000021 - Peabody 15 Newbury Street, West Peabody, MA 01960** | |
| State the term remaining<br><br>List the contract number of any government contract | **153 W Hancock St Associates c/o Radhey Khanna 80 Nashus Rd Londerry, NH 03053** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **000069 - Lexington, 1777 Massachusetts Ave., Lexington, MA 02420** | |
| State the term remaining<br><br>List the contract number of any government contract | **1775 Mass Ave, LLC c/o Concord Prop. Mgmt, Inc 1 Main Street Concord, MA 01742** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Location: 523 West Lancaster Avenue, Wayne, Pennsylvania 19087 Store #: 000045** | |
| State the term remaining<br><br>List the contract number of any government contract | **523 Restaurant, L.P. c/o Penn Real Est Group Inc 620 Righters Ferry Road Bala Cynwyd, PA 19004** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Location: 625 Berlin - Cross Keys Road, Sicklerville, NJ 08081 Store #: 000135** | |
| State the term remaining<br><br>List the contract number of any government contract | **629 Cross Keys Limited Liab. 1222 Jennifer Ln Manahawkin, NJ 08050** |

Debtor 1  **Bertucci's Restaurants, LLC**
_____
First Name        Middle Name        Last Name

Case number (if known)  **6:22-bk-04313-GER**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**000002 - Kendall Square, 799 Main Street, Cambridge, MA 02138**

**805 Main St LLC c/o The Senne Company One Lewis Wharf Boston, MA 02110**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Location:  380 West Main Street, Avon, Connecticut 06001 Store #: 000060**

**Avon Marketplace Investors PO Box 783522, Lockbox #3522 Philadelphia, PA 19178-3522**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**000053 - Bel Air, 12 Bel Air South Parkway, Bel Air, MD 21015**

**Bel Air South Commercial LLC 2700 Philadelphia Road Edgewood, MD 21040-1120**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**000008 - Norwood, 1405 Providence Highway, Norwood,MA 02062**

**Best Petroleum LLC Country Manor Norwood Trust 40 Grove St., Unit 430 Wellesley, MA 02482**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**000070 - Chelmsford, 14 Littleton Road Chelmsford MA 01824**

**Buncrana 275 Mishawum Road Woburn, MA 01801**

| Debtor 1 | **Bertucci's Restaurants, LLC** | | Case number *(if known)* | **6:22-bk-04313-GER** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Location: 95 Washington Street, Canton, Massachusetts 02021**<br>**Store #: 000100** | |
|---|---|---|---|
| | State the term remaining | | **Canton R2G Owner LLC**<br>**PO Box 411261**<br>**Boston, MA 02241-1261** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **000030 - Swampscott, 450 Paradise Road Swampscott MA 01907** | |
|---|---|---|---|
| | State the term remaining | | **Centercorp Swampscott Realty**<br>**600 Loring Ave**<br>**Salem, MA 01970** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **000109 - Christiana, 201 West Main Street Newark DE 19702** | |
|---|---|---|---|
| | State the term remaining | | **Christiana Town Center LLC**<br>**PO Box 7189**<br>**Wilmington, DE 19803** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **000130 - Reading, 45 Walkers Brook Drive, Reading, MA 01867** | |
|---|---|---|---|
| | State the term remaining | | **CIL Walkers LLC**<br>**c/o Bank of America, N.A.**<br>**PO Box 105576**<br>**Atlanta, GA 30348** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **000126 - Plymouth, 6 Plaza Way, Plymouth, MA 02360** | |
|---|---|---|---|
| | State the term remaining | | **Commerce Way Development**<br>**11 Poppasquash Rd**<br>**Bristol, RI 02809** |
| | List the contract number of any government contract | | |

Debtor 1    **Bertucci's Restaurants, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **6:22-bk-04313-GER**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Location:  3610 Concord Pike, Wilmington, Delaware 19803 Store #: 000105** | |
|---|---|---|---|
| | State the term remaining | | **Concord Gallery, Inc. P.O. Box 7189 Wilmington, DE 19803** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Location:  501 Byers Drive, Glen Mills, Pennsylvania 19342 Store #: 000131** | |
|---|---|---|---|
| | State the term remaining | | **Concord Retail Partners LP Brandolini Property Mgmt PO Box 4711 Lancaster, PA 17601** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **000019 - Nashua, 406 Amherst Street, Nashua, NJ 03063** | |
|---|---|---|---|
| | State the term remaining | | **D&H 402A Pad Partnership TS c/o Caron & Bletzer PO Box 969 Kingston, NH 03848** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Location:  999 S. Washington St., North Attleboro, MA 02760 Store #: 000127** | |
|---|---|---|---|
| | State the term remaining | | **Emerald Square Mall Jones Land Lasalle Americas 6365 Halcyon Way, Ste 970 Alpharetta, GA 30005** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Location: Wilmington 3610 Concord Pike, Wilmington, Delaware 19803 Store #: 000105** | |
|---|---|---|---|
| | State the term remaining | | **F.A Associates T/A Concord Gallery PO Box 7189 Wilmington, DE 19803** |
| | List the contract number of any government contract | | |

Debtor 1  **Bertucci's Restaurants, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)  **6:22-bk-04313-GER**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Location: 8130 Corporate Dr, Baltimore, MD 21236**

**FR White Marsh, LLC c/o Federal Realty Inv. Tr. Attn: Legal Department 909 Rose Ave., Ste 200 Rockville, MD 20852**

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**000018 - Framingham, 150 Worcester Road, Framingham, MA 01702**

**Framingham - 150 FR Realty Limited Partnership 1051 Reservoir Ave Cranston, RI 02910**

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**000072 - Springfield, 655 Frontier Drive, Springfield, VA 22150**

**Frontier Drive Metro Center Lockbox #283523 PO Box 713523 Philadelphia, PA 19171-3523**

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Location: 515 North Route 73, Marlton, New Jersey 08053 Store #: 000093**

**Greentree V, LLC Attn: Tequesta Properties 1 Holtec Blvd. Camden, NJ 08104**

**2.24.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**000031 - Glastonbury, 2882 Main Street Glastonbury CT 06033**

**Griswold Mall Associates 1000 Huntington Turnpike Bridgeport, CT 06610, CT 06610**

Debtor 1  **Bertucci's Restaurants, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **6:22-bk-04313-GER**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **000096 - Westboro, 160 Turnpike Road, (Rte 9), Westborough, MA 01581** | |
|---|---|---|---|
| | State the term remaining | | **Hing Wah Realty Trust c/o Howard Lee, Trustee 67 Beach St. Boston, MA 02111** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **000003 - Holliston 414 Washington Street Holliston MA 01746** | |
|---|---|---|---|
| | State the term remaining | | **Joseph Gaied LMC Realty Trust PO Box 522 Ashland, MA 01721** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **000015 - Newton, 275 Centre Street Newton MA 02458** | |
|---|---|---|---|
| | State the term remaining | | **Knapp Foods Inc PO Box 396 Natick, MA 01760** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Location:  675 Middletown Blvd., Langhorne, Pennsylvania 19047 Store #: 000068** | |
|---|---|---|---|
| | State the term remaining | | **Lincoln Plaza Assoc PO Box 829424 Philadelphia, PA 19182-9424** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **000093 - Marlton, 515 North Route 73, Marlton, New Jersey 08053** | |
|---|---|---|---|
| | State the term remaining | | **M3 Real Estate Holdings, LLC c/o Veritas Real Estate Serv 701 Route 73 North, Suite 4 Marlton, NJ 08053** |
| | List the contract number of any government contract | | |

Debtor 1    **Bertucci's Restaurants, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)    **6:22-bk-04313-GER**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Store #: 000023 Location: 275 Rockingham Park Blvd, Salem, New Hampshire 03079** |
| | State the term remaining | |
| | List the contract number of any government contract | **Mall at Rockingham LLC Mall at Rockingham Park 14165 Collections Center Dr Chicago, IL 60693** |

| | | |
|---|---|---|
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Location: 601 Donald Lynch, Marlborough, Massachusetts 01752 Store #: 000089** |
| | State the term remaining | |
| | List the contract number of any government contract | **Mall at Solomon Pond, LLC 14199 Collections Center Dr Chicago, IL 60693** |

| | | |
|---|---|---|
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Location: 2929 Berlin Turnpike, Newington, Connecticut 06111 Store #: 000039** |
| | State the term remaining | |
| | List the contract number of any government contract | **Marc Capital Corp c/o Nancy Anderson 1713 Montaine Drive East Golden, CO 80401** |

| | | |
|---|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Location: 999 South Washington Street, North Attleboro, Massachusetts 02760 000127 - Attleboro** |
| | State the term remaining | |
| | List the contract number of any government contract | **Mayflower Emerald Square LLC Emerald Square 14190 Collections Center Dr Chicago, IL 60693** |

| | | |
|---|---|---|
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Location: 1500 South Willow St, Manchester, New Hampshire 03103 Store #: 000090** |
| | State the term remaining | |
| | List the contract number of any government contract | **MNH Mall, LLC Mall of New Hamphire 14184 Collections Center Dr Chicago, IL 60693** |

| Debtor 1 | **Bertucci's Restaurants, LLC** | | | Case number (*if known*) | **6:22-bk-04313-GER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Location: 860 Bethlehem Pike, North Wales, Pennsylvania 19454 Store #000137** | |
|---|---|---|---|
| | State the term remaining | | **Montgomery Mall Realty 1010 Northern Blvd Suite 212 Great Neck, NY 11021** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **000020 - Warwick, 1946 Post Road Warwick RI 02886** | |
|---|---|---|---|
| | State the term remaining | | **NC Read Beam LLC c/o North Colony Asset Mgmt 625 Mt. Auburn St. Cambridge, MA 02138** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **000043 - Huntingdon Valley, 2190 County Line Road Huntingdon Valley PA 19006** | |
|---|---|---|---|
| | State the term remaining | | **New Century Assoc. Group PO Box 62694 Baltimore, MD 21264-2684** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **NORTHBORO** | |
|---|---|---|---|
| | State the term remaining | | **PamJam Realty LLC 276 W. Main St., Suite 13A Northborough, MA 01532** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **17 Commerce Way, Woburn, MA 01801** | |
|---|---|---|---|
| | State the term remaining | | **Plamen Grochev, Trustee of 17 Commerce Way Realty Tr. 4 Robinson Park Winchester, MA 01890** |
| | List the contract number of any government contract | | |

Debtor 1   **Bertucci's Restaurants, LLC**
First Name      Middle Name      Last Name

Case number (*if known*)   **6:22-bk-04313-GER**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Location:  500 W Germantown, Pike, Plymouth, Meeting, PA 19462**<br>**000091 - Plymouth Meeting** | |
|---|---|---|---|
| | State the term remaining | | **PR Plymouth Meeting L.P.**<br>**PO Box 73312**<br>**Cleveland, OH 44193** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **000129 - Mansfield Crossing, 280 School Street Mansfield MA 02048** | |
|---|---|---|---|
| | State the term remaining | | **Route 140 School Street LLC**<br>**PO Box 847425**<br>**Boston, MA 02284-7425** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease - 2019 Ram 2500 VIN# 3C6UR5CJ0KG518236** | |
|---|---|---|---|
| | State the term remaining | | **Ruan, Incorporated**<br>**11207 Aurora Avenue**<br>**Urbandale, IA 50322** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **000050 - Columbia, 9081 Snowden River Parkway Columbia MD 21044** | |
|---|---|---|---|
| | State the term remaining | | **Snowden Holdings LLC**<br>**c/o Adam Schwartz**<br>**15942 Shady Grove Rd**<br>**Gaithersburg, MD 20877** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **000028 - Waltham, 475 Winter Street Waltham MA 02451** | |
|---|---|---|---|
| | State the term remaining | | **Somerset Waltham LLC**<br>**465 Waverly Oaks Rd Ste 500**<br>**Waltham, MA 02452** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Bertucci's Restaurants, LLC** | Case number (*if known*) | **6:22-bk-04313-GER** |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **000104 - Needham, 1257 Highland Avenue Needham MA 02492** | |
|---|---|---|---|
| | State the term remaining | | **South Street Holdings LLC c/o The Grossman Companies 859 Willard St., Suite 501 Quincy, MA 02169** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **000122 - Springfield Square 965 Baltimore Pike Springfield PA 19064** | |
|---|---|---|---|
| | State the term remaining | | **Springfield Square Central c/o Continental Developers 1604 Walnut St - 5th Floor Philadelphia, PA 19103** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **000066 - Timonium, 1818 York Road Timonium MD 21093** | |
|---|---|---|---|
| | State the term remaining | | **St. John Properties, Inc - B Accounts Receivable PO Box 62784 Baltimore, MD 21264-2784** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **000034 - Medford, 4054 Mystic Valley Parkway Medford MA 02155** | |
|---|---|---|---|
| | State the term remaining | | **STA Wite Inc 15 Garfield Ave. Somerville, MA 02145** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **000107 - Brockton Location:  1285 Belmont St, Brockton, MA 02301 Store #: 000107** | |
|---|---|---|---|
| | State the term remaining | | **Stonehill 123 LLC c/o GJS Management Corp 858 Washington St, Suite 309 Dedham, MA 02026** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Bertucci's Restaurants, LLC** | | Case number (*if known*) | **6:22-bk-04313-GER** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **000022 - North Andover, 435 Andover Street North Andover MA 01845** | |
|---|---|---|---|
| | State the term remaining | | **Thompson's Restaurant, Inc PO Box 155 N. Andover, MA 01845-0155** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **000041 - Mount Laurel, 1220 Nixon Drive Mt. Laurel NJ 08054** | |
|---|---|---|---|
| | State the term remaining | | **US MJW East Gate I, LLC c/o M&J Wilkow Properties 20 S. Clark St., Suite 3000 Chicago, IL 60603** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **000025 - West Roxbury, 683 VFW Parkway West Roxbury MA 02467** | |
|---|---|---|---|
| | State the term remaining | | **Westbrook Village Realty Tr. PO Box 67396 Chestnut Hill, MA 02467** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **000016 - Braintree, 412 Franklin Street Braintree MA 02184** | |
|---|---|---|---|
| | State the term remaining | | **Wildwood Est. of Braintree PO Box 859059 Braintree, MA 02185** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Location: 27 Enon Street, Beverly, Massachusetts 01915 Store #: 000087** | |
|---|---|---|---|
| | State the term remaining | | **Winkal Holdings, LLC Attn: Tina Mihzir 10 Rye Ridge Plaza, Ste 200 Rye Brook, NY 10573** |
| | List the contract number of any government contract | | |

Debtor 1   **Bertucci's Restaurants, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)   **6:22-bk-04313-GER**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **000013 - Hingham, 90 Derby Street Hingham MA 02043** | |
|---|---|---|---|
| | State the term remaining | | **WSM Hingham Properties LLC PO Box 3274 Boston, MA 02241-3274** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **6:22-bk-04313-GER**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Bertucci's Holding, LLC** | **4700 Millenia Blvd., Ste. 400 Orlando, FL 32839** | **PHL Holdings, LLC** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Bertucci's Holding, LLC** | **4700 Millenia Blvd., Ste. 400 Orlando, FL 32839** | **PHL Holdings, LLC** | ■ D ___**2.4**___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Bertucci's Restaurants (B-A)** | **12 Bel Air S. Parkway Bel Air, MD 21015** | **PHL Holdings, LLC** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Bertucci's Restaurants (B-A)** | **12 Bel Air S. Parkway Bel Air, MD 21015** | **PHL Holdings, LLC** | ■ D ___**2.4**___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Bertucci's Restaurants (CO)** | **9081 Snowden River Pkwy Columbia, MD 21044** | **PHL Holdings, LLC** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Bertucci's Restaurants, LLC** | Case number *(if known)* | **6:22-bk-04313-GER** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | |
|---|---|---|---|---|
| 2.6 | Bertucci's Restaurants (CO) | 9081 Snowden River Pkwy<br>Columbia, MD 21044 | PHL Holdings, LLC | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Bertucci's Restaurants (WM) | 8130 Corporate Place<br>Nottingham, MD 21236 | PHL Holdings, LLC | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Bertucci's Restaurants (WM) | 8130 Corporate Place<br>Nottingham, MD 21236 | PHL Holdings, LLC | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Bertucci's Restaurants (BAL) | 1818 York Road<br>Lutherville Timonium, MD 21093 | PHL Holdings, LLC | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Bertucci's Restaurants (BAL) | 1818 York Road<br>Lutherville Timonium, MD 21093 | PHL Holdings, LLC | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Bertucci's Restaurants, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:22-bk-04313-GER**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

<span style="background:black;color:white">**Part 1:**</span>    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$70,912,000.00** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$97,956,000.00** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$88,148,000.00** |
| **For the fiscal year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$120,073,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

<span style="background:black;color:white">**Part 2:**</span>    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Bertucci's Restaurants, LLC** | Case number *(if known)* | **6:22-bk-04313-GER** |
| --- | --- | --- | --- |

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.1.    See SoFA Exhibit 3a | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendors, Rent, and Misc.** |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |
| PR Plymouth Meeting L.P.<br>PO Box 73312<br>Cleveland, OH 44193 | Funds pulled from PNC Bank<br>Last 4 digits of account number: _____ | 11/15/2022 | $135,110.27 |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

| Debtor | **BERTUCCI'S Restaurants, LLC** | Case number *(if known)* | **6:22-bk-04313-GER** |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **PR Plymouth Meeting Limited Partnership vs. Bertuccis Restaurants LLC**<br>**2022-21055** | **Civil (Court of Common Pleas)** | **Montgomery County, Pennsylvania**<br>**Montgomery Co. Court House**<br>**First Floor**<br>**P.O. Box 311**<br>**Norristown, PA 19404** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Parkhurst v. Bertucci's Corp. et al**<br>**2284CV01210** | **Civil (General Liability)** | **Suffolk County Courthouse**<br>**3 Pemberton Square**<br>**Boston, MA 02108** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Pageau, Christine v. Bertucci's**<br>**218-2021-CV-01165** | **Civil (General Liability)** | **Rockingham County Courthouse**<br>**10 Route 125**<br>**Brentwood, NH 03833** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Perez, Ana v. Bertucci's**<br>**13233-22** | **Workers' Comp.** | **MA Dept of Industrial Accidents**<br>**Lafayette City Center**<br>**2 Avenue de Lafayette**<br>**Boston, MA 02111** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Ross, James J. v. Bertucci's**<br>**2100321** | **Workers' Comp.** | **MA Dept of Industrial Accidents**<br>**354 Merrimack St. Entrance C.**<br>**Suite 230**<br>**Lawrence, MA 01843** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Depaz Carrillo, Walter v. Bertucci's**<br>**2230552142** | **Workers' Comp.** | **MA Dept of Industrial Accidents**<br>**354 Merrimack St. Entrance C.**<br>**Suite 230**<br>**Lawrence, MA 01843** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Savitz, Shannon M. v. Bertucci's**<br>**2022-7284** | **Workers' Comp.** | **NJ Division of Workers Comp**<br>**PO Box 381**<br>**Trenton, NJ 08625** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Wax, Steven v. Bertucci's**<br>**3428821** | **Workers' Comp.** | **MA Dept of Industrial Accidents**<br>**Lafayette City Center**<br>**2 Avenue de Lafayette**<br>**Boston, MA 02111** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Murone, Angelena N. v. Bertucci's**<br>**1509212** | **Workers' Comp.** | **DE Dept. of Labor**<br>**Division of Industrial Affairs**<br>**655 S. Bay Road; Suite 2H**<br>**Dover, DE 19901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Bertucci's Restaurants, LLC** | | Case number *(if known)* | **6:22-bk-04313-GER** |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.10. | **Kelly, Michael A. v. Bertucci's**<br>**8878621** | **Workers' Comp.** | **PA Dept of Labor &**<br>**Industry**<br>**Bucks County Admin.**<br>**Building**<br>**55 E. Court Street.**<br>**Doylestown, PA 18901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Sanchez, Ramon v. Bertucci's**<br>**1519882** | **Workers' Comp.** | **DE Dept. of Labor**<br>**Division of Industrial Affairs**<br>**655 S. Bay Road; Suite 2H**<br>**Dover, DE 19901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Felder, Brandon v. Bertucci's**<br>**2022-17112** | **Workers' Comp.** | **NJ Division of Workers**<br>**Comp**<br>**PO Box 381**<br>**Trenton, NJ 08625** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **NH Dept. of Labor v.**<br>**Bertucci's Restaurants LLC**<br>**000101269** | **Labor Inspection**<br>**(Payment of fine)** | **NH Dept of Labor**<br>**Inspection Division**<br>**PO Box 2076**<br>**Concord, NH 03302** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.14. | **Winkal Holdings, LLC vs**<br>**Bertucci's Restaurants, LLC**<br>**2277CV01018** | **Landlord/Tenant** | **Essex County Superior**<br>**Court**<br>**50 W. Market St.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Stonehill 123, LLC vs**<br>**Bertucci's Restaurant Corp.**<br>**2282CV01113** | **Landlord/Tenant** | **Norfolk County Superior**<br>**Court**<br>**650 High St.**<br>**Dedham, MA 02026** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Concord Retail Partners, LP**<br>**vs Bertucci's Restaurants,**<br>**LLC**<br>**CV-2022-007686** | **Landlord/Tenant** | **Delaware County Court**<br>**201 W. Front St.**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Griswold Mall Associates,**<br>**LLC vs. Bertucci's**<br>**Restaurants, LLC**<br>**(unknown)** | **Landlord/Tenant** | **Hartford, Connecticut**<br>**Superior Court**<br>**95 Washington Street**<br>**Hartford, CT 06106** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **629 Cross Keys Limited**<br>**Liability Company vs**<br>**Bertucci's Restaurants, LLC**<br>**CAM-L-002905-22;**<br>**CAM-LT-005906-22** | **Landlord/Tenant** | **Camden County Superior**<br>**Court**<br>**101 South 5th Street**<br>**Camden, NJ 08103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **MNH Mall, LLC vs Bertucci's**<br>**Restaurants, LLC**<br>**456-2022-LT-901** | **Landlord/Tenant** | **9th Circuit Manchester**<br>**Judicial Branch**<br>**35 Amherst Street**<br>**Manchester, NH 03101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **M3 Real Estate Holdings, LLC**<br>**vs Bertucci's Restaurants,**<br>**LLC**<br>**BUR-LT-004583-22** | **Landlord/Tenant** | **Burlington County Superior**<br>**Court**<br>**49 Rancocas Rd**<br>**Mount Holly, NJ 08060** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Bertucci's Restaurants, LLC**                           Case number *(if known)*  **6:22-bk-04313-GER**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.21<br>· | **South Street 4414 Holdings, LLC vs. Bertucci's Restaurants, LLC**<br>**2254SU000057** | **Landlord/Tenant** | **Dedham District Court**<br>**631 High St.**<br>**Dedham, MA 02026** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22<br>· | **Lincoln Plaza Center, LP vs Bertucci's Restaurants, LLC**<br>**MJ-07108-LT-0000049-2022** | **Landlord/Tenant** | **Bucks County District Court**<br>**100 North Main St.**<br>**Doylestown, PA 18901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23<br>· | **Frontier Drive Metro Center, LLC vs. Bertucci's Restaurants, LLC**<br>**GV22018758-00** | **Landlord/Tenant** | **Fairfax County General District**<br>**4110 Chain Bridge Rd, Ste 210**<br>**Fairfax, VA 22030** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24<br>· | **17 Commerce Way Realty Trust vs Bertucci's Restaurants, LLC**<br>**2253SU000092** | **Landlord/Tenant** | **Woburn District Court**<br>**30 Pleasant St.**<br>**Woburn, MA 01801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25<br>· | **St. John Properties, Inc. vs Bertucci's Restaurant Corp.**<br>**D-084-LT-22-026673;**<br>**D-084-LT-22-027661** | **Landlord/Tenant** | **Baltimore County District Court**<br>**8914 Kelso Drive**<br>**Essex, MD 21221** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26<br>· | **Somerset Waltham, LLC vs Bertucci's Restaurants, LLC**<br>**2251SU000136** | **Landlord/Tenant** | **Waltham District Court**<br>**38 Linden St.**<br>**Waltham, MA 02452** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27<br>· | **Gorchev, et al. vs. Bertucci's Restaurants, LLC**<br>**2253SU00092** | **Landlord/Tenant** | **Woburn District Court**<br>**30 Pleasant St.**<br>**Woburn, MA 01801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28<br>· | **Bel Air South Commercial LLC v. Bertucci's Restaurants (Bel Air), LLC**<br>**D-091-LT-22-008273** | **Landlord/Tenant** | **Hartford County District Court**<br>**2 S. Bond St., Ste. 100**<br>**Bel Air, MD 21014** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29<br>· | **523 Restaurant, LP v. Bertucci's Restaurants, LLC**<br>**CV-2022-008904** | **Landlord/Tenant** | **Delaware County Court of Common Pleas**<br>**201 W. Front Street**<br>**Media, PA 19063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | **Bertucci's Restaurants, LLC** | Case number *(if known)* | **6:22-bk-04313-GER** |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **David Ortiz Childrens Fund**<br>**214 Main Street  #448**<br>**El Segundo, CA 90245** | Donations:<br>5/21/21    $45,389<br>9/14/22    $45,848 | **May 21, 2021**<br>**and Sept. 14,**<br>**2022** | **$91,237.00** |
| | Recipients relationship to debtor<br>**N/A** | | | |

---

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shuker & Dorris, P.A.**<br>**121 S. Orange Avenue**<br>**Suite 1120**<br>**Orlando, FL 32801** | **Prepetition Attorney Fees and Costs** | **11/07/2022**<br>**$2,012.50**<br>**12/05/2022**<br>**$24,779.60** | **$26,812.10** |
| | Email or website address<br>**rshuker@shukerdorris.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Shuker & Dorris, P.A.**<br>**121 S. Orange Avenue**<br>**Suite 1120**<br>**Orlando, FL 32801** | **Post-Petition Retainer for Attorney Fees and Costs** | **12/5/2022** | **$81,877.90** |
| | Email or website address<br>**rshuker@shukerdorris.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

Debtor    **Bertucci's Restaurants, LLC**                              Case number *(if known)*    **6:22-bk-04313-GER**

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:**  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | **155 Otis Street** **Northborough, MA 01532** | **2018 to present** |

**Part 8:**  Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:**  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Bertucci's Restaurants, LLC**                          Case number *(if known)*    **6:22-bk-04313-GER**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America 2 Cummings Park Woburn, MA 01801** | **XXXX-2879** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **October 2022** | **$0.00** |
| 18.2. | **Bank of America 7 Sedgewick Ave. Darien, CT 06820** | **XXXX-3240** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **October 2022** | **$0.00** |
| 18.3. | **Bank of America 23 Main St. Andover, MA 01810** | **XXXX-3279** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **March 2022** | **$0.00** |
| 18.4. | **Bank of America 7990 Honeygo Blvd. Nottingham, MD 21236** | **XXXX-1420** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **May 2022** | **$0.00** |
| 18.5. | **Wells Fargo (Gloucester) 3600 Route 42 Blackwood, NJ 08012** | **XXXX-4784** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **November 2022** | **$0.00** |
| 18.6. | **Wells Fargo (Bensalem) 3625 Horizon Blvd. Feasterville Trevose, PA 19053** | **XXXX-4784** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **December 2021** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor   **Bertucci's Restaurants, LLC**                                    Case number *(if known)*   **6:22-bk-04313-GER**

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **iStorage Self Storage**<br>**869 Boston Turnpike**<br>**Shrewsbury, MA 01545** | **Kevin Bakas, V.P. of Real Estate & Construction of Earl Enterprises** | **Two mobile brick ovens (storage for winter), several used wooden dining chairs serviceable, and several used wooden dining tables.** | ☐ No<br>■ Yes |
| **New England Business Park Building A-1, 461 Boston St. Topsfield, MA 01983** | **Kevin Bakas, V.P. of Real Estate & Construction of Earl Enterprises** | **Two Pasta cookers, two fryers, one 68" topping unit, misc. used kitchen equipment, old artwork from remodels, and tiles supplies.** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■   No.
☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

| Debtor | **Bertucci's Restaurants, LLC** | Case number *(if known)* | **6:22-bk-04313-GER** |

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Bertucci's Holding, LLC**<br>**4700 Millenia Blvd, Ste 400**<br>**Orlando, FL 32839** | **Corporate Ownership** | EIN:       **36-4900918**<br><br>From-To   **5/25/2018 to present** |
| 25.2.  **Bertucci's (BOS), LLC**<br>**4700 Millenia Blvd, Ste 400**<br>**Orlando, FL 32839** | **Partnership/Affiliate of the Debtor** | EIN:       **Applied for**<br><br>From-To   **6/10/2022** |
| 25.3.  **Bertucci's Restaurants**<br>**(Baltimore) LLC**<br>**MD** | **Partnership/Affiliate of the Debtor** | EIN:<br><br>From-To   **2018 to present** |
| 25.4.  **Bertucci's Restaurants**<br>**(White Marsh) LLC**<br>**MD** | **Partnership/Affiliate of the Debtor** | EIN:<br><br>From-To   **2018 to present** |
| 25.5.  **Bertucci's Restaurants**<br>**(Bel-Air), LLC**<br>**MD** | **Partnership/Affiliate of the Debtor** | EIN:<br><br>From-To   **2018 to present** |
| 25.6.  **Bertucci's Restaurants**<br>**(Columbia), LLC**<br>**MD** | **Partnership/Affiliate of the Debtor** | EIN:<br><br>From-To   **2018 to present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **CBIZ MHM, LLC**<br>**500 Boylston Street**<br>**Boston, MA 02116** | **2018 to present** |
| 26a.2.  **David P. Lee, CPA**<br>**Purvis, Gray & Company, LLP**<br>**1560 N. Orange Ave., Ste. 450**<br>**Winter Park, FL 32789** | **10/15/2021** |

Debtor   **Bertucci's Restaurants, LLC**                        Case number *(if known)*   **6:22-bk-04313-GER**

| Name and address | Date of service From-To |
|---|---|
| 26a.3. **Ernst & Young, LLP** **Michael E. Pattillo, Partner** **200 S. Orange Ave., Ste. 2800** **Orlando, FL 32801** | **May 5, 2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Ernst & Young, LLP** **200 S. Orange Ave., Ste. 2800** **Orlando, FL 32801** | **8/1/2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **CBIZ MHM, LLC** **500 Boylston Street** **Boston, MA 02116** | |
| 26c.2. **David P. Lee, CPA** **Purvis, Gray & Company, LLP** **1560 N. Orange Ave., Ste. 450** **Winter Park, FL 32789** | |
| 26c.3. **Ernst & Young, LLP** **200 S. Orange Ave., Ste. 2800** **Orlando, FL 32801** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **See attached SoFA Exhibit 27** | **November 27 2022** | **Total food and liquor inventory $766,467.33** |
| Name and address of the person who has possession of inventory records | | |
| . | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor  **Bertucci's Restaurants, LLC**                      Case number *(if known)*  **6:22-bk-04313-GER**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Tom Avalone** | **4700 Millenia Blvd., Ste. 400 Orlando, FL 32839** | **President & CEO** | **N/A** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Brian Connell** | **155 Otis Street Northborough, MA 01532** | **CFO & Treasurer** | **N/A** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Jeffrey C. Sirolly** | **4700 Millenia Blvd., Ste. 400 Orlando, FL 32839** | **Secretary** | **N/A** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Brian Connell 155 Otis Street Northborough, MA 01532** | **$287,199** | **12/21 through 12/22** | **Wages** |
| | **Relationship to debtor CFO and Treasurer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|---------------------------------------------------------|
| **OCS Group Holdings, Inc.** | **EIN:  84-1926125** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|

Debtor   **Bertucci's Restaurants, LLC**                                    Case number *(if known)*   **6:22-bk-04313-GER**

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 4, 2023**

_____           **Jeffrey C. Sirolly**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor     **Secretary**

---

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Official Form 207                     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     page 13

# Statement of Financial Affairs - Exhibit 3a

Bertucci's Restaurants, LLC (Case No. 6:22-bk- 4313-GER

Check Payments over $7,575

| Class Code | Vendor Name | | |
|---|---|---|---|
| MISC | AMERICAN EXPRESS CORP. | $ | 157,816.42 |
| MISC | ARAMARK UNIFORM & CAREER APPAREL, LLC | $ | 12,560.35 |
| NULL | A-TECH COMMERCIAL PARTS & SERVICE. | $ | 35,000.32 |
| UTILITY | ATLANTIC CITY ELECTRIC | $ | 13,513.69 |
| MISC | AUCTIONEERS, INC/DBA E.F. SMITH & SON | $ | 7,745.62 |
| MAINT | AVERUS NORTHEAST, LLC | $ | 19,602.30 |
| MISC | AVIT LLC | $ | 32,935.00 |
| MAINT | B.L.C. LANDSCAPING | $ | 7,738.00 |
| UTILITY | BALTIMORE GAS & ELECTRIC CO | $ | 37,383.91 |
| UTILITY | BRAINTREE ELECTRIC LIGHT DEPT | $ | 14,193.09 |
| GOVT | BRAINTREE TOWN OF | $ | 9,933.56 |
| UTILITY | BUNCRANA, LLC | $ | 35,076.54 |
| LIQUOR | BURKE DISTRIBUTING CORP. | $ | 19,664.10 |
| GOVT | CITY OF PEABODY | $ | 18,341.51 |
| MISC | CLEVELAND MENU PRINTING INC. | $ | 35,464.25 |
| LIQUOR | COASTAL BEVERAGE | $ | 8,092.33 |
| MISC | COCA COLA OF NORTHERN NEW ENGLAND | $ | 59,797.90 |
| MISC | COCA-COLA BOTTLING CO. CONSOLIDATED | $ | 15,783.84 |
| UTILITY | CONNECTICUT NATURAL GAS CO | $ | 21,854.81 |
| MISC | DAVID ORTIZ CHILDREN'S FUND | $ | 45,848.00 |
| UTILITY | DELMARVA  POWER DELIVERY | $ | 39,714.06 |
| UTILITY | DIRECT ENERGY MARKETING/BUSINESS LLC | $ | 61,784.06 |
| UTILITY | DOMINION ENERGY VIRGINIA/VIRGINIA ELECTR | $ | 13,628.15 |
| MAINT | DONOVAN ELECTRIC CO.  INC. | $ | 17,163.50 |
| MAINT | ECOLAB | $ | 52,739.94 |
| MAINT | ECOLAB INC | $ | 36,737.64 |
| MAINT | ECOLAB PEST ELIMINATION SERVICES | $ | 47,489.54 |
| MAINT | ELGE PLUMBING & HEATING CO.  INC. | $ | 41,901.27 |
| UTILITY | EVERSOURCE ENERGY/CT LIGHT AND POWER CO | $ | 62,301.74 |
| UTILITY | EVERSOURCE ENERGY/NSTAR ELECTRIC COMPANY | $ | 197,831.89 |
| UTILITY | EVERSOURCE ENERGY/NSTAR GAS | $ | 44,371.59 |
| UTILITY | EVERSOURCE ENERGY/PUBLIC SERVICE CO NH | $ | 25,370.85 |
| MISC | FEDERAL EXPRESS CORPORATION/FEDEX | $ | 48,321.31 |
| MAINT | G&R MECHANICAL INC. | $ | 10,128.12 |
| GOVT | GLOUCESTER TOWNSHIP | $ | 10,669.68 |
| MAINT | GREATTATTLE INC | $ | 8,610.00 |
| MAINT | H-I-M MECHANICAL SYSTEMS INC. | $ | 31,559.94 |
| UTILITY | HINGHAM MUNICIPAL LIGHTING | $ | 16,943.22 |
| MISC | INFOSYNC SERVICES, LLC | $ | 7,788.49 |
| MISC | LIBERTY COCA-COLA BEVERAGES, LLC | $ | 10,223.33 |

| | | | |
|---|---|---|---|
| UTILITY | LIBERTY UTILITIES/FORMERLY NAT GRID | $ | 21,279.10 |
| MISC | MAKO NETWORKS, INC. | $ | 22,485.71 |
| GOVT | MANSFIELD TOWN OF | $ | 50,727.29 |
| LIQUOR | MARTIGNETTI OF MASSACHUSETTS | $ | 62,269.36 |
| GOVT | MEDFORD CITY OF | $ | 19,125.74 |
| MAINT | MEDFORD WELLINGTON SERVICE CO., INC. | $ | 49,684.83 |
| LIQUOR | MERRIMACK VALLEY DIST CO | $ | 10,993.18 |
| MAINT | MERRITT BIG COLOR dba NATIONAL SIGN CORP | $ | 18,835.19 |
| LIQUOR | MS WALKER/ALLEN'S LTD | $ | 29,654.01 |
| UTILITY | NATIONAL GRID GAS | $ | 46,691.69 |
| UTILITY | NATIONALGRID | $ | 125,523.34 |
| MAINT | NCR LOCAL-SOUTHEAST REGION | $ | 419,880.79 |
| MISC | NEW ENGLAND DOCUMENT SYSTEMS | $ | 11,780.87 |
| UTILITY | NEW HORIZON COMMUNICATIONS CORP. | $ | 34,504.63 |
| GOVT | NORTH ANDOVER TOWN OF | $ | 14,336.34 |
| GOVT | NORWOOD TOWN OF | $ | 32,695.39 |
| MISC | NUCO2 INC. | $ | 14,919.30 |
| MISC | OLGA S. COMPANY/OLGA M. ALVES | $ | 8,300.00 |
| MAINT | PARALLEL ENTERPRISES | $ | 11,225.00 |
| MISC | PAYTRONIX SYSTEMS, INC. | $ | 12,060.00 |
| UTILITY | PEABODY MUNICIPAL LIGHT | $ | 14,541.93 |
| UTILITY | PECO ENERGY | $ | 72,857.46 |
| MISC | PIERCE-COTE' | $ | 38,474.67 |
| MAINT | PLUMBARAMA CO. INC. | $ | 7,994.08 |
| LIQUOR | PREMIUM BEVERAGE | $ | 28,041.43 |
| UTILITY | PSE&G | $ | 29,002.03 |
| MISC | QUALITY RETAIL SYSTEMS, INC. | $ | 23,466.49 |
| MAINT | RAGGS SEPTIC SERVICE INC. | $ | 64,324.31 |
| MISC | RELIASTAR LIFE INSURANCE COMPANY/VOYA | $ | 9,042.86 |
| UTILITY | RHODE ISLAND ENERGY | $ | 16,598.75 |
| LIQUOR | RUBY WINES | $ | 20,235.03 |
| LIQUOR | SOUTHERN GLAZER'S WINE AND SPIRITS, LLC | $ | 9,385.86 |
| UTILITY | SPRAGUE OPERATING RESOURCES, LLC | $ | 8,888.90 |
| MISC | TALX UCM SERVICES INC. | $ | 8,730.72 |
| MAINT | TILE PRO PLUS  INC. | $ | 8,740.00 |
| MAINT | TLCMAN LLC | $ | 11,238.65 |
| GOVT | TOWN OF READING | $ | 23,535.61 |
| MISC | US HVAC SERVICES, INC | $ | 18,730.00 |
| UTILITY | WASTE MANAGEMENT- CENTRAL MASS | $ | 164,031.24 |
| MISC | WELLS FARGO VENDOR FINANCIAL SERVICES | $ | 10,570.13 |
| GOVT | WESTBOROUGH TOWN OF | $ | 22,739.26 |
| MISC | WESTPORT INSURANCE CORPORATION | $ | 16,048.13 |
| GOVT | WOBURN CITY OF | $ | 7,968.03 |

# Statement of Financial Affairs - Exhibit 3a

Bertucci's Restaurants, LLC (Case No. 6:22-bk- 4313-GER

ACH Wires over $7,575

| Type | Vendor Name | | |
|------|-------------|---|---|
| MISC | AVIT LLC | $ | 52,025.51 |
| FOOD | C.H. ROBINSON COMPANY, INC. | $ | 648,218.22 |
| UTILITY | DOMINION ENERGY VIRGINIA/VIRGINIA ELECTR | $ | 9,523.40 |
| MARKET | DYNAMICARD, INC. | $ | 48,338.00 |
| MISC | EPICOR SOFTWARE CORPORATION | $ | 14,306.80 |
| LIQUOR | Liquor ACH Payments | $ | 14,805.89 |
| MISC | MOBO SYSTEMS, INC. dba OLO | $ | 268,314.77 |
| MARKET | REGANMARKETING & MEDIA/REGAN COMMUNICAT | $ | 30,960.19 |
| LAW | Shuker & Dorris | $ | 108,690.00 |
| FOOD | SYSCO | $ | 3,990,694.89 |
| MISC | UNITED EAST TRIMARK | $ | 404,612.96 |
| MARKET | VALASSIS DIRECT MAIL, INC. | $ | 48,316.41 |
| LAW | WOFSEY ROSEN KWESKIN KURIANSKY, LLP | $ | 100,000.00 |
| MISC | XEROGRAPHIC DIGITAL PRINTING, INC | $ | 30,969.38 |
| MARKET | YELP INC | $ | 26,400.00 |

## Statement of Financial Affairs - Exhibit 3a

Bertucci's Restaurants, LLC (Case No. 6:22-bk- 4313-GER

Rent Payments over $7,575

|      | Landlords:                                | Amount |            |
|------|-------------------------------------------|--------|------------|
| Rent | 153 W HANCOCK ST. LIMITED PARTNERSHIP     | $      | 19,250.00  |
| Rent | WSM Hingham Properties LLC                | $      | 44,498.04  |
| Rent | PAMJAM Realty LLC                         | $      | 57,386.01  |
| Rent | 805 MAIN STREET                           | $      | 27,500.00  |
| Rent | AVON MARKETPLACE L.P.                     | $      | 22,837.50  |
| Rent | BEL AIR SOUTH COMMERCIAL LLC              | $      | 38,672.86  |
| Rent | CANTON R2G OWNER LLC                      | $      | 22,001.76  |
| Rent | CENTERCORP SWAMPSCOTT REALTY TRST         | $      | 16,775.35  |
| Rent | CHRISTIANA TOWN CENTER LLC                | $      | 18,713.22  |
| Rent | COMMERCE WAY DEVELOPMENT, LLC             | $      | 14,892.12  |
| Rent | COUNTRY MANOR NORWOOD TRUST               | $      | 114,640.55 |
| Rent | D&H 402A PAD PARTNERSHIP TS               | $      | 40,700.80  |
| Rent | FRONTIER DRIVE METRO CENTER LP            | $      | 35,867.27  |
| Rent | HING WAH REALTY Trust                     | $      | 39,476.64  |
| Rent | Framingham-150 FR                         | $      | 62,741.88  |
| Rent | JOSEPH GAIED                              | $      | 12,293.78  |
| Rent | KNAPP FOODS INC                           | $      | 68,925.00  |
| Rent | MARC CAPITAL CORP                         | $      | 21,530.79  |
| Rent | MYSTIC VALLEY PARKWAY TRUST               | $      | 19,010.53  |
| Rent | NC READ BEAM LLC                          | $      | 19,583.33  |
| Rent | NEW CENTURY ASSOCIATES GROUP LP           | $      | 24,282.61  |
| Rent | ROUTE 140 SCHOOL STREET LLC               | $      | 58,211.34  |
| Rent | SNOWDEN HOLDINGS LLC                      | $      | 45,000.00  |
| Rent | SOMERSET LTD PARTNERSHIP                  | $      | 41,147.41  |
| Rent | STONEHILL                                 | $      | 41,439.00  |
| Rent | THOMPSON'S  RESTAURANT  INC.              | $      | 25,190.67  |
| Rent | TRITON REALTY LIMITED PARTNERSHIP         | $      | 31,370.94  |
| Rent | VERITAS REAL ESTATE/M3 REAL ESTATE HOLDI  | $      | 15,739.00  |
| Rent | WESTBROOK VILLAGE REALTY TRUST            | $      | 43,754.49  |
| Rent | WILDWOOD ESTATES OF BRAINTREE INC.        | $      | 41,181.78  |
| Rent | WIN PROPERTIES INC/WINKAL HOLDINGS LLC    | $      | 14,791.20  |

## Statement of Financial Affairs - Exhibit 27

Bertucci's Restaurants, LLC (Case No. 6:22-bk-04313-GER)

| | To Go Supplies | Total Food | Liquor | Beer | Wine | Total |
|---|---|---|---|---|---|---|
| **Total Company - All Inventory** | $ 780,076.07 | | | | | |
| **Total Company by Category** | $ 43,692.18 | $ 534,240.24 | $ 81,407.61 | $ 55,213.78 | $ 65,522.26 | $ 780,076.07 |
| | 11003 | 11004 | 11018 | 11019 | 11020 | |
| | Balance To Date - November 2022 | Balance To Date - November 2022 | Balance To Date - November 2022 | Balance To Date - November 2022 | Balance To Date - November 2022 | |
| 000002 - Kendall Square | 4,250 | 4,384 | 1,070 | 1,070 | 1,731 | 12,505 |
| 000003 - Holliston | 1,491 | 14,768 | 3,281 | 1,515 | 1,544 | 22,599 |
| 000008 - Norwood | 1,702 | 29,695 | 2,788 | 3,307 | 2,421 | 39,913 |
| 000013 - Hingham | 805 | 18,314 | 3,456 | 2,692 | 3,037 | 28,303 |
| 000015 - Newton | 1,373 | 24,809 | 3,825 | 2,232 | 2,330 | 34,569 |
| 000016 - Braintree | 1,680 | 21,998 | 1,922 | 2,125 | 1,901 | 29,627 |
| 000018 - Framingham | 1,293 | 11,505 | 2,752 | (287) | 2,354 | 17,617 |
| 000019 - Nashua | 1,086 | 18,458 | 1,941 | 1,130 | 2,476 | 25,090 |
| 000020 - Warwick | 1,195 | 17,310 | 2,616 | 2,947 | 2,758 | 26,826 |
| 000021 - Peabody | 659 | 15,993 | 2,457 | 1,959 | 909 | 21,976 |
| 000022 - North Andover | 1,054 | 19,702 | 2,949 | 2,717 | 1,525 | 27,947 |
| 000025 - West Roxbury | 793 | 24,797 | 1,755 | 1,901 | 2,360 | 31,605 |
| 000028 - Waltham | 974 | 17,352 | 2,506 | 1,432 | 1,554 | 23,817 |
| 000030 - Swampscott | 423 | 12,588 | 4,984 | 1,104 | 940 | 20,038 |
| 000031 - Glastonbury | 3,645 | 9,804 | 1,149 | 632 | 863 | 16,094 |
| 000034 - Medford | 2,204 | 23,388 | 4,132 | 7,020 | 5,097 | 41,842 |
| 000041 - Mount Laurel | 1,676 | 18,561 | 5,767 | 2,087 | 3,835 | 31,927 |
| 000043 - Huntingdon Valley | 1,245 | 11,554 | 1,574 | 1,030 | 895 | 16,299 |
| 000050 - Columbia | 1,229 | 13,438 | 2,214 | 1,574 | 2,807 | 21,262 |
| 000053 - Bel Air | 1,091 | 22,305 | 2,100 | 1,256 | 1,633 | 28,384 |
| 000066 - Timonium | 1,440 | 14,664 | 2,486 | 1,490 | 1,605 | 21,686 |
| 000069 - Lexington | 760 | 12,067 | 1,780 | 594 | 1,617 | 16,818 |
| 000070 - Chelmsford | - | 18,330 | 2,512 | 1,233 | 2,410 | 24,485 |
| 000072 - Springfield | 864 | 13,528 | 1,103 | 429 | 1,750 | 17,675 |
| 000096 - Westboro | 889 | 14,714 | 2,259 | 553 | 1,696 | 20,111 |
| 000104 - Needham | 1,382 | 15,745 | 2,784 | 2,043 | 2,660 | 24,614 |
| 000109 - Christiana | 2,459 | 23,619 | 1,291 | 1,123 | 2,416 | 30,908 |
| 000122 - Springfield Square | 872 | 14,104 | 3,173 | 2,214 | 1,160 | 21,523 |
| 000126 - Plymouth | 2,516 | 17,731 | 2,997 | 1,602 | 2,750 | 27,596 |
| 000129 - Mansfield Crossing | 1,927 | 20,720 | 2,380 | 2,477 | 2,421 | 29,926 |
| 000130 - Reading | 717 | 18,295 | 3,404 | 2,012 | 2,067 | 26,495 |