**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO.: 6:22-bk-04313-GER** |
| **BERTUCCI'S RESTAURANTS, LLC,** | **CHAPTER 11** |
|       Debtor. | |
| _____/ | |

**JOINT STIPULATION BETWEEN DEBTOR AND C.H. ROBINSON WORLWIDE, INC., AS TO CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT**

**BERTUCCI'S RESTAURANTS, LLC** ("Bertucci's" or "Debtor") and **C.H. ROBINSON WORLDWIDE, INC.** ("Robinson"), hereby stipulate and agree to the following terms in respect of claims arising under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C §449e(c) ("PACA"):

1. Debtor purchased wholesale quantities of fruits and vegetables on credit from Robinson for use in Debtor's restaurants.

2. Robinson asserts claims against Debtor arising from the sale of perishable agricultural commodities subject to protection under the PACA trust provisions.

3. PACA requires prompt payment and provides super-priority protection to fresh fruit and vegetable sellers, including the establishment of a statutory non-segregated trust (the "PACA Trust") consisting of a buyer's inventory of perishable agricultural commodities, inventories of food or other products derived from the perishable agricultural commodities, and any receivables or proceeds from the sale of such commodities.  7 U.S.C. §499e(c)(2).

4.     As of the Petition Date, Debtor owed Robinson approximately $604,429.85 related to potential PACA claims and the PACA Trust plus $12,665.20 in accrued interest up to the petition date (the "Robinson PACA Claim").

5.     In full satisfaction of the Robinson PACA Claim, and in accordance with the cash collateral budget, Debtor and Robinson have agreed: (a)   Robinson will send past due invoices to Debtor on a weekly basis; (b) Debtor shall pay up to $50,000 per week toward the old invoices; and (c) the $50,000 weekly payments will continue until the entire PACA Claim is paid in full.

6.     Debtor and Robinson believe the above agreement is proper and fair because Congress enacted PACA to regulate the sale of "perishable agricultural commodities." 7 U.S.C. §499a; see Endico Potatoes, Inc. v. CIT Grp./Factoring, 67 F.3d 1063, 1067 (2d Cir. 1995).  Under PACA, the term "perishable agricultural commodity" is generally defined as "fruits and fresh vegetables of every kind and character" "whether or not frozen or packed in ice."  7 U.S.C. §499(b)(4).  PACA provides various protections to fresh fruit and vegetable sellers, including the establishment of statutory trust (a "**PACA Trust**"), consisting of a purchaser's entire inventory of food or other derivatives of perishable agricultural commodities, the products derived therefrom, and the proceeds related to any sale of the commodities or products (collectively, the "**PACA Trust Assets**").  See 7 U.S.C. §499e(c)(2).

7.     PACA Trust Assets are preserved as non-segregated floating trusts.  Courts have consistently held that such assets are not property of the debtor's estate. See In re CEP Liquidating Estate, 405 B.R. 694 (Bankr. D. Del. May 21, 2009); In re Long John Silver's Rests., Inc., 230 B.R. 29, 32 (Bankr. D. Del. 1999); Morris Okun, Inc. v. Harry Zimmerman, Inc., 814 F. Supp. 346, 348 (S.D.N.Y 1993).

8.     The PACA Trust applies to food purchased by restaurants and made into meals which are sold to the restaurants' customers. <u>J.C. Produce, Inc. v. Paragon Steakhouse Restaurants, Inc.</u>, 70 F. Supp. 2d 1119 (E.D. Cal. 1999). Accord, <u>Sysco Food Services of Seattle, Inc. v. Country Harvest Buffet Rests., Inc.</u>, 245 B.R. 650, 652 (9th Cir. B.A.P. 2000). <u>See also, Red's Market v. Cape Canaveral Cruise Line, Inc.</u>, 181 F. Supp. 2d 1339, 1344 (M.D. Fla. 2022), aff'd 48 Fed. Appx 328 (11th Cir. 2002).

9.     Nothing in this Joint Stipulation shall be deemed, interpreted, or otherwise construed as a waiver of Robinson's rights under the PACA trust, all such rights being expressly reserved against all parties and third parties.

**RESPECTFULLY SUBMITTED** on this 10th day of January 2023.

/s/R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@shukerdorris.com
Mariane L. Dorris, Esq.
Florida Bar No. 0098158
mdorris@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone:  407-337-2060
Facsimile:  407-337-2050
*Attorneys for the Debtor*

*AND*

*/s/*Mark A. Amendola
Mark A. Amendola, Esq.
Senior Litigation Counsel
Martyn and Associates Co.
820 W. Superior Ave., 10th Floor
Cleveland, OH   44113
Telephone: (216) 861-4700
Facsimile: (216) 861-4703
mamendola@martynlawfirm.com
mamendola@pacalaw.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**                                                                    **CASE NO.    6:22-bk-04313-GER**

**BERTUCCI'S RESTAURANTS, LLC,**                   **CHAPTER 11**

    **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the foregoing **JOINT STIPULATION BETWEEN DEBTOR AND C.H. ROBINSON WORLWIDE, INC., AS TO CLAIMS ARISING UNDER THE PERISHABLE ARGRICULTURAL COMMODITIES ACT**, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **DEBTOR**, **BERTUCCI'S RESTAURANTS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; **PHL HOLDINGS, LLC**, c/o Jason B. Burnett, Esq., GRAYROBINSON, P.A., 50 North Laura Street, Suite 1100, Jacksonville, FL 32202 (Jason.Burnett@Gray-Robinson.com) and Kenneth B. Jacobs, Esq., GRAYROBINSON, P.A., 50 North Laura Street, Suite 1100, Jacksonville, FL 32202 (ken.jacobs@gray-robinson.com); **PB RESTAURANTS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; all **LANDLORDS** listed on Exhibit A of the Motion; all parties entitled to receive CM/ECF noticing in the ordinary course; the Local Rule 1007-2 parties-in-interest, as shown on the matrix attached to the original of this motion filed with the Court; and the U.S. Trustee's Office, 400 W. Washington St., Ste. 1120, Orlando, Florida 32801, this 10th day of January 2023.

                                                                  /s/R. Scott Shuker
                                                                   R. Scott Shuker, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-04313-GER<br>Middle District of Florida<br>Orlando<br>Tue Jan 10 11:15:18 EST 2023 | Isaac M. Gabriel<br>Dorsey & Whitney LLP<br>2398 E. Camelback Road<br>Phoenix, AZ 85016-9001 | James Hoffman<br>Offit Kurman, P.A.<br>7501 Wisconsin Avenue<br>Suite 1000W<br>Bethesda, MD 20814-6604 |
| 153 West Hancock Street Associates, LP<br>FOWLER WHITE BURNETT, P.A.<br>Northbridge Centre<br>515 North Flagler Drive, Suite 2100<br>West Palm Beach, FL 33401-4332 | AFA Protective Systems, Inc.<br>155 Michael Drive<br>Syosset, NY 11791-5310 | Best Petroleum LLC<br>Country Manor Norwood Trust<br>40 Grove St., Unit 430<br>Wellesley, MA 02482-7774 |
| (p)C H ROBINSON WORLDWIDE INC<br>ATTN BANKRUPTCY TEAM BILL GLAD<br>14701 CHARLSON ROAD<br>SUITE 2400<br>EDEN PRAIRIE MN 55347-5076 | C.H. Robinson Worldwide, Inc.<br>c/o Mark A. Amendola, Esq.<br>Martyn and Associates Co.<br>820 W. Superior Ave., Tenth Floor<br>Cleveland, OH 44113-1827 | CIL Walkers LLC<br>c/o Bank of America, N.A.<br>PO Box 105576<br>Atlanta, GA 30348-5576 |
| Canton R2G Owner LLC<br>PO Box 411261<br>Boston, MA 02241-1261 | Concord Gallery, Inc.<br>Christiana Town Center, LLC<br>c/o Andrew L. Cole, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801-1496 | Concord Retail Partners, L.P.<br>c/o Dana S. Plon, Esquire<br>Sirlin Lesser & Benson, P.C.<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA 19109-1042 |
| D&H 402-A Pad<br>c/o Bodie B. Colwell, Esq.<br>Preti Flaherty, LLP<br>PO Box 9546<br>Portland, ME 04112-9546 | D&H 402-A Pad<br>c/o John M. Sullivan<br>Preti Flaherty Beliveau & Pachios PLLP<br>PO Box 1318<br>Concord, NH 03302-1318 | D&H 402A Pad Partnership TS<br>c/o Caron & Bletzer<br>PO Box 969<br>Kingston, NH 03848-0969 |
| Frontier Dr Metro Center LP<br>Lockbox #283523<br>PO Box 713523<br>Philadelphia, PA 19171-3523 | Griswold Mall Associates, LLC<br>c/o Richard Johnston, Jr.<br>JOHNSTON LAW, PLLC<br>7370 College Parkway, Suite 210<br>Fort Myers, FL 33907-5559 | Lincoln Plaza Assoc<br>PO Box 829424<br>Philadelphia, PA 19182-9424 |
| MNH Mall, LLC<br>Mall of New Hamphire<br>14184 Collections Center Dr<br>Chicago, IL 60693-0001 | MOBO Systems<br>285 Fulton St<br>Floor 82<br>New York, NY 10007-0166 | Mall at Rockingham LLC<br>Mall at Rockingham Park<br>14165 Collections Center Dr<br>Chicago, IL 60693-0001 |
| Mall at Solomon Pond, LLC<br>14199 Collections Center Dr<br>Chicago, IL 60693-0001 | NCR Corporation<br>P.O. Box 198755<br>Atlanta, GA 30384-8755 | Norwood Country Manor LLC<br>c/o Gillian D. Williston, Troutman Peppe<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462-3038 |
| PB Restaurants, LLC<br>11 West 42nd Street<br>Orlando, FL 32839 | PHL Holdings, LLC<br>c/o Jason B. Burnett, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | PHL Holdings, LLC<br>c/o Kenneth B. Jacobs, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 |
| RPT Realty, L.P.<br>c/o Ilan Markus<br>Barclay Damon LLP<br>545 Long Wharf Drive, 9th Floor<br>New Haven, CT 06511-5960 | Reward Network<br>540 W Madison St<br>Suite 2400<br>Chicago, IL 60661-2562 | Rewards Network Establishment Services Inc.<br>c/o Gabriel M. Hartsell<br>2398 E. Camelback Road<br>Suite 760<br>Phoenix, AZ 85016-9005 |

Route 140 School Street, LLC
c/o Paul W. Carey, Esq.
Mirick O'Connell
100 Front Street
Worcester, MA 01608-1425

SYSCO Corporation
1390 Enclave Parkway
Houston, TX 77077-2099

Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

Snowden Holdings, LLC
c/o Daniel E. Etlinger, Esq.
Jennis Morse Etlinger
606 E. Madison Street
Tampa, FL 33602-4029

Snowden Holdings, LLC
c/o David S. Jennis Esq.
Jennis Morse Etlinger
606 E. Madison Street
Tampa, FL 33602-4029

Springfield Square Cent LP
c/o Continental Dev. LLC
1604 Walnut St - 5th Floor
Philadelphia, PA 19103-5421

St. John Properties, Inc - B
Accounts Receivable
PO Box 62784
Baltimore, MD 21264-2784

The Grossman Companies, Inc.
c/o Jennifer V. Doran, Esq.
Hinckley Allen & Snyder
28 State Street
Boston, MA 02109-1776

TriMark United East
PO Box 845377
Boston, MA 02284-5377

W/S/M Hingham Properties LLC
c/o Paul W. Carey, Esq.
Mirick O'Connell
100 Front Street
Worcester, MA 01608-1425

Wildwood Est. of Braintree
PO Box 859059
Braintree, MA 02185-9059

R Scott Shuker +
Shuker & Dorris, P.A.
121 South Orange Avenue, Suite 1120
Orlando, FL 32801-3238

Jason B. Burnett +
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202-3611

Kenneth B Jacobs +
GrayRobinson, P.A.
50 North Laura Street, Suite 1100
Jacksonville, FL 32202-3611

Richard A Johnston Jr.+
Johnston Law, PLLC
7370 College Parkway
Ste 210
Ft. Myers, FL 33907-5559

Ronald M Tucker +
Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-3438

Bradley S Shraiberg +
Shraiberg Page P.A.
2385 NW Executive Center Drive
Suite 300
Boca Raton, FL 33431-8530

Jeffrey Kurtzman +
Kurtzman Steady, LLC
555 City Avenue
Ste 480
Bala Cynwyd, PA 19004-1142

Paul W Carey +
Mirick O'Connell DeMallie & Lougee
100 Front Street
Worcester, MA 01608-1477

Mark A Amendola +
Martyn and Associates
820 Superior Avenue, Northwest
Tenth Floor
Cleveland, OH 44113-1827

Dana S Plon +
Sirlin Gallogly & Lesser PC
123 South Broad Street
Suite 2100
Philadelphia, PA 19109-1042

Eric A Rosen +
Fowler White Burnett, P.A.
515 North Flagler Drive, Suite 2100
West Palm Beach, FL 33401-4332

Ilan Markus +
LeClairRyan A Professional Corporation
545 Long Wharf Drive
Ninth Floor
New Haven, CT 06511-5960

Kate Foley +
Mirick O'Connell DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3960

Andrew L Cole +
Cole Schotz P.C.
300 East Lombard Street, Suite 1450
Baltimore, MD 21202-3242

Michael S Provenzale +
Lowndes Drosdick Doster Kantor & Reed PA
Post Office Box 2809
Orlando, FL 32802-2809

David S Jennis +
Jennis Morse Etlinger
606 East Madison Street
Tampa, FL 33602-4029

Audrey M Aleskovsky +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801-2210

Gabriel M Hartsell +
Dorsey & Whitney LLP
2398 E. Camelback Road
Suite 760
Phoenix, AZ 85016-9005

Daniel E Etlinger +
Jennis Morse Etlinger
606 East Madison Street
Tampa, FL 33602-4029

| | | |
|---|---|---|
| Gillian D. Williston +<br>Troutman Pepper Hamilton Sanders LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462-3038 | Laurel D Roglen +<br>Ballard Spahr LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3023 | Julie M. Murphy +<br>Stradley Ronon Stevens & Young LLP<br>Liberty View<br>457 Haddonfield Road<br>Suite 100<br>Cherry Hill, NJ 08002-2223 |
| Bodie Colwell +<br>Preti Flaherty, LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546 | John Mark Sullivan +<br>Preti Flaherty<br>57 N. Main Street<br>P.O. Box 1318<br>Concord, NH 03302-1318 | Jennifer Doran +<br>Hinckley Allen<br>28 State Street<br>Boston, MA 02109-1776 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| C.H. ROBINSON<br>Robinson Fresh<br>14701 Charlesto RD, Ste 1400<br>Eden Prairie, MN 55347 | End of Label Matrix<br>Mailable recipients    66<br>Bypassed recipients     0<br>Total                  66 |