UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

BERTUCCI'S RESTAURANTS, LLC

     Debtor
_____/

Case No. 6:22-bk-04313-GER

Chapter 11

## NOTICE OF COMPLIANCE WITH
## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

Notice is hereby given that on January 5, 2023 this Court entered its *Amended Order Granting Motion to Appear Pro Hac Vice and Directing Payment to the United States District Court* (Doc. No. 73). As ordered by the Court, James Hoffman, Esq. has timely submitted payment in the amount of $150.00 for the Attorney Special Admission Fee to the Clerk of the United States District Court for the Middle District of Florida.

DATED this 11th day of January 2023.

                    */s/ James Hoffman*
                    James Hoffman Maryland Bar No. 8512010278
                    (Pro Hac Vice)
                    Offit Kurman, P.A.
                    7501 Wisconsin Avenue
                    Suite 1000W
                    Bethesda, Maryland 20814
                    E-Mail:    jhoffman@offitkurman.com
                    Telephone:    (240) 507-1700
                    and
                    */s/ Daniel E. Etlinger*
                    David S. Jennis Florida Bar No. 775940
                    Daniel E. Etlinger Florida Bar No. 77540
                    Jennis Morse Etlinger
                    606 E. Madison Street
                    Tampa, Florida 33602
                    E-Mail:    djennis@jennislaw.com
                                       detlinger@jennislaw.com
                                       ecf@jennislaw.com
                    Telephone:    (813) 229-2800

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF electronic service to the Debtor, United States Trustee and to all other parties who receive CM/ECF in the ordinary course of business on this 11th day of January 2023.

                                        /s/ *Daniel E. Etlinger*
                                        Daniel E. Etlinger