**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

BERTUCCI'S RESTAURANTS, LLC                    Case No.: 6:22-bk-04313-GER
                                                Chapter 11
_____/

**MOTION FOR ADMISSION OF**
**SAMUEL C. WISOTZKEY TO PRACTICE *PRO HAC VICE*,**
**DESIGNATION OF LOCAL COUNSELS, AND CONSENT TO ACT**

Samuel C. Wisotzkey of Kohner, Mann & Kailas, S.C. ("Movant"), pursuant to Local Rule 2090-1, moves this Court for admission *pro hac vice*, to appear in this proceeding as counsel for Ecolab Inc., and states as follows:

1. Movant is an attorney licensed to practice law and is a member of good standing of the state bar of the State of Wisconsin.

2. Movant is also admitted to practice before and is in good standing in the following courts: United States Supreme Court, United States Court of Appeals for The Seventh Circuit, United States District Court for the Eastern District of Wisconsin, United States District Court for the Western District of Wisconsin, United States District Court for the Northern District of Illinois, United States District Court for the Central District of Illinois, and the United States District Court for the District of Arizona. Movant was previously an active member in good standing of the State Bar of Arizona, but voluntarily elected inactive status in 2004.

3. Movant designates Michael A. Paasch, a resident Florida attorney of the law firm of Mateer & Harbert, P.A., who is qualified to practice in this Court and who consents to designation as local counsel.

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Wisconsin or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5. Movant certifies that he has not previously moved for admission *pro hac vice* to appear in a proceeding in the United States Bankruptcy Court for the Middle District of Florida.

6. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida Bankruptcy Court and Orlando Division of the United States Bankruptcy Court.

7. Within fourteen days from the date of an order granting this motion, Movant shall pay the clerk of the United States Bankruptcy Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

WHEREFORE, Movant respectfully requests entry of an order authorizing his admission *pro hac vice* to practice and represent Ecolab Inc., in this proceeding.

/s/ Samuel C. Wisotzkey
Samuel C. Wisotzkey
Wisconsin State Bar No. 1029537
**KOHNER, MANN & KAILAS, S.C.**
4650 N. Port Washington Road
Milwaukee, WI  53212
Email:  swisotzkey@kmksc.com
Telephone:  414-962-5110
Attorneys for Ecolab Inc.

**CONSENT TO ACT AS LOCAL COUNSEL**

I, MICHAEL A. PAASCH, an attorney qualified to practice in this Court, consent to designation as the local attorney for Samuel C. Wisotzkey of Kohner, Mann & Kailas, S.C., and agree to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

        */s/ Michael A. Paasch*
        Michael A. Paasch
        Florida Bar No. 852805
        **MATEER & HARBERT, P.A.**
        Suite 600, Two Landmark Center
        225 E. Robinson Street
        Orlando, FL  32801
        Tel:  (407) 425-904
        Fax:  (407) 423-2016
        mpaasch@mateerharbert.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 17, 2023, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt and by U.S. Mail to Debtor:  Bertucci's Restaurants, LLC, 4700 Millenia Blvd., Ste. 400, Orlando, FL 32839.

        */s/ Michael A. Paasch*
        Michael A. Paasch

4881-1238-3306, v. 1