**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

BERTUCCI'S RESTAURANTS, LLC,   Chapter 11

Case No. 6:22-bk-04313-GER

Debtor.

_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

PLEASE TAKE NOTICE that a preliminary hearing in this case will be held before the Honorable Grace E. Robson, United States Bankruptcy Judge, on Tuesday, February 7, 2023 at 10:30 a.m. at the United States Bankruptcy Court, Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, Orlando, FL 32801 to consider and act upon the following matter:

**Application of the Official Committee of Unsecured Creditors Authorizing the Employment and Retention of Glassratner Advisory & Capital Group LLC d/b/a Riley Advisory Services as Financial Advisor Effective as of January 24, 2023 (DE 117)**

1. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom or telephone available at (Procedures Governing Court Appearances - Orlando). If the Court permits appearances by Zoom, the Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Solutions (www.court−solutions.com) no later than 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

2. The Court may continue this matter upon announcement made in open court without further notice.

3. All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

4. Appropriate attire. You are reminded that Local Rule 5071-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial

abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

5. Avoid delays at the Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to highted security procedures, persons must present photo identification to enter the Courthouse.

6. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

Dated: January 30, 2023.

Respectfully submitted,

*/s/ Mark J. Wolfson*
Mark J. Wolfson (FBN 0352756)
FOLEY & LARDNER LLP
100 N. Tampa Street, Suite 2700
Tampa, Florida  33602
(813) 229-2300 (telephone)
(813) 221-4210 (facsimile)
Primary email: mwolfson@foley.com
Secondary email: crowell@foley.com

Kevin A. Reck
Florida Bar No. (0505552)
FOLEY & LARDNER LLP
Primary Email:  kreck@foley.com
Secondary Email:  bshelley@foley.com
301 East Pine Street, Suite 1200
Orlando, FL  32801
Telephone:  407.423.7656
Facsimile:  407.648.1743

*Proposed counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF PRELIMINARY HEARING** has been filed and served this 30th day of January, 2023 via the CM-ECF filing system which will send email notification to those registered recipients, and by United States Mail to Susan M. Smith, CPA, at 315 South Plant Avenue, Tampa, FL 33606, and to parties on the attached matrix.

                                                          */s/ Mark J. Wolfson*
                                                        Mark J. Wolfson

```
Label Matrix for local noticing      Bertucci's Restaurants, LLC          Isaac M. Gabriel
113A-6                               4700 Millenia Blvd., Ste. 400        Dorsey & Whitney LLP
Case 6:22-bk-04313-GER               Orlando, FL 32839-6020               2398 E. Camelback Road
Middle District of Florida                                                Phoenix, AZ 85016-9001
Orlando
Wed Jan 11 15:12:05 EST 2023

James Hoffman                        153 West Hancock Street Associates, LP   AFA Protective Systems, Inc.
Offit Kurman, P.A.                   FOWLER WHITE BURNETT, P.A.               155 Michael Drive
7501 Wisconsin Avenue                Northbridge Centre                       Syosset, NY 11791-5310
Suite 1000W                          515 North Flagler Drive, Suite 2100
Bethesda, MD 20814-6604              West Palm Beach, FL 33401-4332

Best Petroleum LLC                   (p)C H ROBINSON WORLDWIDE INC            C.H. Robinson Worldwide, Inc.
Country Manor Norwood Trust          ATTN BANKRUPTCY TEAM BILL GLAD           c/o Mark A. Amendola, Esq.
40 Grove St., Unit 430               14701 CHARLSON ROAD                      Martyn and Associates Co.
Wellesley, MA 02482-7774             SUITE 2400                               820 W. Superior Ave., Tenth Floor
                                     EDEN PRAIRIE MN 55347-5076               Cleveland, OH 44113-1827

CIL Walkers LLC                      Canton R2G Owner LLC                     Concord Gallery, Inc.
c/o Bank of America, N.A.            PO Box 411261                            Christiana Town Center, LLC
PO Box 105576                        Boston, MA 02241-1261                    c/o Andrew L. Cole, Esq.
Atlanta, GA 30348-5576                                                        Cole Schotz P.C.
                                                                              500 Delaware Avenue, Suite 1410
                                                                              Wilmington, DE 19801-1496

Concord Retail Partners, L.P.        D&H 402-A Pad                            D&H 402-A Pad
c/o Dana S. Plon, Esquire            c/o Bodie B. Colwell, Esq.               c/o John M. Sullivan
Sirlin Lesser & Benson, P.C.         Preti Flaherty, LLP                      Preti Flaherty Beliveau & Pachios PLLP
123 South Broad Street, Suite 2100   PO Box 9546                              PO Box 1318
Philadelphia, PA 19109-1042          Portland, ME 04112-9546                  Concord, NH 03302-1318

D&H 402A Pad Partnership TS          Frontier Dr Metro Center LP              Griswold Mall Associates, LLC
c/o Caron & Bletzer                  Lockbox #283523                          c/o Richard Johnston, Jr.
PO Box 969                           PO Box 713523                            JOHNSTON LAW, PLLC
Kingston, NH 03848-0969              Philadelphia, PA 19171-3523              7370 College Parkway, Suite 210
                                                                              Fort Myers, FL 33907-5559

Lincoln Plaza Assoc                  MNH Mall, LLC                            MOBO Systems
PO Box 829424                        Mall of New Hamphire                     285 Fulton St
Philadelphia, PA 19182-9424          14184 Collections Center Dr              Floor 82
                                     Chicago, IL 60693-0001                   New York, NY 10007-0166

Mall at Rockingham LLC               Mall at Solomon Pond, LLC                NCR Corporation
Mall at Rockingham Park              14199 Collections Center Dr              P.O. Box 198755
14165 Collections Center Dr          Chicago, IL 60693-0001                   Atlanta, GA 30384-8755
Chicago, IL 60693-0001

Norwood Country Manor LLC            PB Restaurants, LLC                      PHL Holdings, LLC
c/o Gillian D. Williston, Troutman Peppe  11 West 42nd Street                 c/o Jason B. Burnett, Esq.
222 Central Park Avenue, Suite 2000  Orlando, FL 32839                        GrayRobinson, P.A.
Virginia Beach, VA 23462-3038                                                 50 North Laura Street, Suite 1100
                                                                              Jacksonville, FL 32202-3611

PHL Holdings, LLC                    RPT Realty, L.P.                         Reward Network
c/o Kenneth B. Jacobs, Esq.          c/o Ilan Markus                          540 W Madison St
GrayRobinson, P.A.                   Barclay Damon LLP                        Suite 2400
50 North Laura Street, Suite 1100    545 Long Wharf Drive, 9th Floor          Chicago, IL 60661-2562
Jacksonville, FL 32202-3611          New Haven, CT 06511-5960
```

Rewards Network Establishment Services Inc.
c/o Gabriel M. Hartsell
2398 E. Camelback Road
Suite 760
Phoenix, AZ 85016-9005

Route 140 School Street, LLC
c/o Paul W. Carey, Esq.
Mirick O'Connell
100 Front Street
Worcester, MA 01608-1425

SYSCO Corporation
1390 Enclave Parkway
Houston, TX 77077-2099

Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

Snowden Holdings, LLC
c/o Daniel E. Etlinger, Esq.
Jennis Morse Etlinger
606 E. Madison Street
Tampa, FL 33602-4029

Snowden Holdings, LLC
c/o David S. Jennis Esq.
Jennis Morse Etlinger
606 E. Madison Street
Tampa, FL 33602-4029

Springfield Square Cent LP
c/o Continental Dev. LLC
1604 Walnut St - 5th Floor
Philadelphia, PA 19103-5421

St. John Properties, Inc - B
Accounts Receivable
PO Box 62784
Baltimore, MD 21264-2784

The Grossman Companies, Inc.
c/o Jennifer V. Doran, Esq.
Hinckley Allen & Snyder
28 State Street
Boston, MA 02109-1776

TriMark United East
PO Box 845377
Boston, MA 02284-5377

W/S/M Hingham Properties LLC
c/o Paul W. Carey, Esq.
Mirick O'Connell
100 Front Street
Worcester, MA 01608-1425

Wildwood Est. of Braintree
PO Box 859059
Braintree, MA 02185-9059

R Scott Shuker +
Shuker & Dorris, P.A.
121 South Orange Avenue, Suite 1120
Orlando, FL 32801-3238

Jason B. Burnett +
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202-3611

Kenneth B Jacobs +
GrayRobinson, P.A.
50 North Laura Street, Suite 1100
Jacksonville, FL 32202-3611

Richard A Johnston Jr.+
Johnston Law, PLLC
7370 College Parkway
Ste 210
Ft. Myers, FL 33907-5559

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Ronald M Tucker +
Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-3438

Bradley S Shraiberg +
Shraiberg Page P.A.
2385 NW Executive Center Drive
Suite 300
Boca Raton, FL 33431-8530

Jeffrey Kurtzman +
Kurtzman Steady, LLC
555 City Avenue
Ste 480
Bala Cynwyd, PA 19004-1142

Paul W Carey +
Mirick O'Connell DeMallie & Lougee
100 Front Street
Worcester, MA 01608-1477

Mark A Amendola +
Martyn and Associates
820 Superior Avenue, Northwest
Tenth Floor
Cleveland, OH 44113-1827

Dana S Plon +
Sirlin Gallogly & Lesser PC
123 South Broad Street
Suite 2100
Philadelphia, PA 19109-1042

Eric A Rosen +
Fowler White Burnett, P.A.
515 North Flagler Drive, Suite 2100
West Palm Beach, FL 33401-4332

Ilan Markus +
LeClairRyan A Professional Corporation
545 Long Wharf Drive
Ninth Floor
New Haven, CT 06511-5960

Kate Foley +
Mirick O'Connell DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3960

Andrew L Cole +
Cole Schotz P.C.
300 East Lombard Street, Suite 1450
Baltimore, MD 21202-3242

Michael S Provenzale +
Lowndes Drosdick Doster Kantor & Reed PA
Post Office Box 2809
Orlando, FL 32802-2809

David S Jennis +
Jennis Morse Etlinger
606 East Madison Street
Tampa, FL 33602-4029

Audrey M Aleskovsky +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801-2210

| | | |
|---|---|---|
| Gabriel M Hartsell +<br>Dorsey & Whitney LLP<br>2398 E. Camelback Road<br>Suite 760<br>Phoenix, AZ 85016-9005 | Daniel E Etlinger +<br>Jennis Morse Etlinger<br>606 East Madison Street<br>Tampa, FL 33602-4029 | Gillian D. Williston +<br>Troutman Pepper Hamilton Sanders LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462-3038 |
| Laurel D Roglen +<br>Ballard Spahr LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3023 | Julie M. Murphy +<br>Stradley Ronon Stevens & Young LLP<br>Liberty View<br>457 Haddonfield Road<br>Suite 100<br>Cherry Hill, NJ 08002-2223 | Bodie Colwell +<br>Preti Flaherty, LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546 |
| John Mark Sullivan +<br>Preti Flaherty<br>57 N. Main Street<br>P.O. Box 1318<br>Concord, NH 03302-1318 | Jennifer Doran +<br>Hinckley Allen<br>28 State Street<br>Boston, MA 02109-1776 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

C.H. ROBINSON
Robinson Fresh
14701 Charlesto RD, Ste 1400
Eden Prairie, MN 55347

End of Label Matrix
Mailable recipients   68
Bypassed recipients    0
Total                 68