*Exhibit A*

## CRITICAL VENDORS

| Pre-Petition Amount Owed | Critical Vendor Name | Address 1 | Address 2 | Address 3 |
|---|---|---|---|---|
| $1,637.71 | NEW HAMPSHIRE LIQUOR COMMISSION | 50 STORRS ST. | CONCORD, NH 03301 | |
| $36.78 | PREMIUM DIST | 15001 NORTHRIDGE DRIVE | CHANTILLY VA 20151 | |
| $186.00 | AMOSKEAG BEVERAGE INC | 510 HALL ST. | BOW, NH 03304 | |
| $1,749.10 | ATLAS DISTRIBUTING CORP | 44 SOUTHBRIDGE ST., P.O. BOX 420 | AUBURN, MA 01501-0420 | |
| $463.10 | L KNIFE & SONS INC | P O BOX K | KINGSTON, MA 02364 | |
| $17,914.80 | MARTIGNETTI OF MASSACHUSETTS | 500 JOHN HANCOCK ROAD | TAUNTON, MA 02780-7379 | |
| $6,293.80 | RUBY WINES | P.O. BOX 7 | AVON, MA 02322-0007 | |
| $7,246.21 | MS WALKER/ALLEN'S LTD | ALLEN'S LTD. | 975 UNIVERSITY AVE. | NORWOOD, MA 02062 |
| $1,871.10 | BURKE DISTRIBUTING CORP. | PO BOX 168 | RANDOLPH, MA 02368 | |
| $420.40 | COLONIAL WHOLESALE BEVERAGE | PO BOX 1430 | FALL RIVER, MA 02722 | |
| $353.53 | HORIZON BEVERAGE COMPANY OF RI | COPLEY DISTRIBUTORS | P.O. BOX 1427 | COVENTRY, RI 02816 |
| $431.91 | PREMIUM BEVERAGE | HORIZON BEVERAGE | P.O. BOX 1165 | NORTON, MA 02766 |
| $846.05 | BOND DISTRIBUTING CO | 1220 BERNARD DRIVE | BALTIMORE, MD 21223 | |
| $1,742.55 | MERRIMACK VALLEY DIST CO | P O BOX 417 | DANVERS, MA 01923 | |
| $505.50 | AUGUST A BUSCH CO | 440 RIVERSIDE AVE | MEDFORD, MA 02155 | |
| $404.40 | BELLAVANCE BEVERAGE CORP | 46 PETTINGILL ROAD | LONDONDERRY, NH 03053 | |
| $1,430.16 | BREAKTHRU BEVERAGE/RELIABILE CHURCH | BREAKTHRU BEVERAGE MARYLAND | 900 E. FAYETTE ST., PO BOX 13326 | BALTIMORE, MD 21203 |
| $117.07 | CONNECTICUT DISTRIBUTORS, INC | 333 LORDSHIP BLVD. | P.O. BOX 487 | STATFORD, CT 06615-7100 |
| $55.93 | HARTLEY & PARKER LTD | PO BOX 742 | BRIDGEPORT, CT 06601 | |
| $215.00 | MAYFLOWER BREWING COMPANY, LLC. | MAYFLOWER BREWING COMPANY LLC | 12 RESNIK ROAD, UNIT 3 | PLYMOUTH, MA 02360 |
| $1,490.48 | REPUBLIC NATIONAL DISTRIBUTING COMPANY | P.O. BOX 687 | ANNAPOLIS JUNCTION, MD 20701-0687 | |
| $118.10 | NKS DISTRIBUTORS, INC. | 399 NEW CHURCHMANS ROAD | NEW CASTLE, DE 19720-0758 | |
| $847.65 | QUALITY BEVERAGE/TAUNTON | 880 BURNETT ROAD | CHICOPEE MA 01020 | |
| $564.70 | SEABOARD PRODUCTS, CO | SEABOARD PRODUCTS, INC | P O BOX 330 | DANVERS, MA 01923 |
| $609.52 | SOUTHERN GLAZER'S WINE AND SPIRITS OF MD | SOUTHERN GLAZERS WINE & SPIRITS OF MD/DC | P.O. BOX 26038 | BALTIMORE,MD.21224 |
| $330.34 | STAR DISTRIBUTORS, INC. | P.O. BOX 1200 | NEW HAVEN, CT 06505 | |
| $47,881.89 | Total | | | |