```
Label Matrix for local noticing        Michael A Paasch +                      R Scott Shuker +
113A-6                                 Mateer & Harbert PA                     Shuker & Dorris, P.A.
Case 6:22-bk-04313-GER                 Post Office Box 2854                    121 South Orange Avenue, Suite 1120
Middle District of Florida             Orlando, FL 32802-2854                  Orlando, FL 32801-3238
Orlando
Fri Feb  3 13:01:11 EST 2023

Jason B. Burnett +                     Kenneth B Jacobs +                      Richard A Johnston Jr. +
GrayRobinson, P.A.                     GrayRobinson, P.A.                      Johnston Law, PLLC
50 N. Laura Street, Suite 1100         50 North Laura Street, Suite 1100       7370 College Parkway
Jacksonville, FL 32202-3611            Jacksonville, FL 32202-3611             Ste 210
                                                                               Ft. Myers, FL 33907-5559

Mark J. Wolfson +                      United States Trustee - ORL +           Ronald M Tucker +
Foley & Lardner                        Office of the United States Trustee     Simon Property Group
100 North Tampa Street, Suite 2700     George C Young Federal Building         225 West Washington Street
PO Box 3391                            400 West Washington Street, Suite 1100  Indianapolis, IN 46204-3438
Tampa, FL 33601-3391                   Orlando, FL 32801-2210

Kevin A Reck +                         Bradley S Shraiberg +                   Jeffrey Kurtzman +
Foley & Lardner LLP                    Shraiberg Page P.A.                     Kurtzman Steady, LLC
301 E. Pine Street, Suite 1200         2385 NW Executive Center Drive          555 City Avenue
Orlando, FL 32801-2703                 Suite 300                               Ste 480
                                       Boca Raton, FL 33431-8530               Bala Cynwyd, PA 19004-1142

Paul W Carey +                         Isaac M Gabriel +                       Mark A Amendola +
Mirick O'Connell DeMallie & Lougee     Dorsey & Whitney LLP                    Martyn and Associates
100 Front Street                       2398 E. Camelback Road                  820 Superior Avenue, Northwest
Worcester, MA 01608-1477               Suite 760                               Tenth Floor
                                       Phoenix, AZ 85016-9005                  Cleveland, OH 44113-1827

Michael L Schuster +                   Dana S Plon +                           Eric A Rosen +
Ballard Spahr, LLP                     Sirlin Gallogly & Lesser PC             Fowler White Burnett, P.A.
1225 17th Street, Suite 2300           123 South Broad Street                  515 North Flagler Drive, Suite 2100
Denver, CO 80202-5535                  Suite 2100                              West Palm Beach, FL 33401-4332
                                       Philadelphia, PA 19109-1042

Leslie C Heilman +                     Ilan Markus +                           Kate Foley +
Ballard Spahr,LLP                      LeClairRyan A Professional Corporation  Mirick O'Connell DeMallie & Lougee, LLP
919 North Market Street, 11th Floor    545 Long Wharf Drive                    1800 West Park Drive, Suite 400
Wilmington, DE 19801-3023              Ninth Floor                             Westborough, MA 01581-3960
                                       New Haven, CT 06511-5960

Andrew L Cole +                        Michael S Provenzale +                  Alicia M Kupcinskas +
Cole Schotz P.C.                       Lowndes Drosdick Doster Kantor & Reed PA Brennan Manna Diamond
300 East Lombard Street, Suite 1450    Post Office Box 2809                    5210 Belfort Road, Suite 400
Baltimore, MD 21202-3242               Orlando, FL 32802-2809                  Jacksonville, FL 32256-6050

David S Jennis +                       Audrey M Aleskovsky +                   Gabriel M Hartsell +
Jennis Morse Etlinger                  Office of the United States Trustee     Dorsey & Whitney LLP
606 East Madison Street                George C. Young Federal Building        2398 E. Camelback Road
Tampa, FL 33602-4029                   400 West Washington St, Suite 1100      Suite 760
                                       Orlando, FL 32801-2210                  Phoenix, AZ 85016-9005

Daniel E Etlinger +                    Gillian D. Williston +                  Laurel D Roglen +
Jennis Morse Etlinger                  Troutman Pepper Hamilton Sanders LLP    Ballard Spahr LLP
606 East Madison Street                222 Central Park Avenue, Suite 2000     919 North Market Street, 11th Floor
Tampa, FL 33602-4029                   Virginia Beach, VA 23462-3038           Wilmington, DE 19801-3023
```

| | | |
|---|---|---|
| Julie M. Murphy +<br>Stradley Ronon Stevens & Young LLP<br>Liberty View<br>457 Haddonfield Road<br>Suite 100<br>Cherry Hill, NJ 08002-2223 | Bodie Colwell +<br>Preti Flaherty, LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546 | John Mark Sullivan +<br>Preti Flaherty<br>57 N. Main Street<br>P.O. Box 1318<br>Concord, NH 03302-1318 |
| Jennifer Doran +<br>Hinckley Allen<br>28 State Street<br>Boston, MA 02109-1776 | Samuel C. Wisotzkey +<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212-1077 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Note: Entries with a '+' at the end of the        End of Label Matrix
name have an email address on file in CMECF          Mailable recipients   34
---------------------------------------------        Bypassed recipients    1
Note: Entries with a '-' at the end of the           Total                 35
name have filed a claim in this case
```