**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **CASE NO.: 6:22-bk-04313-GER** |
| **BERTUCCI'S RESTAURANTS, LLC,** | **CHAPTER 11** |
| **Debtor.** _____/ | *EMERGENCY RELIEF REQUESTED (Hearing requested on or before Tuesday, February 7, 2023)* |

### CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

**I HEREBY CERTIFY**, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

**DEBTOR'S EXPEDITED MOTION FOR**
**APPROVAL OF PAYMENTS TO CERTAIN CRITICAL VENDORS**
**(Doc. No. 125)**.

**I CERTIFY FURTHER** that there is a true necessity for an emergency hearing, specifically on or before February 7, 2023, because the Debtor needs authority to maintain a working relationship with specific critical vendors and failure to consider such on an emergency basis jeopardizes the reorganization. More specifically, and set forth in more detail in the above-referenced motion, certain alcohol and beverage suppliers have withheld deliveries of essential supplies to some of the Debtor's restaurant locations, which are vital to the Debtor's overall

viability. These critical vendors have informed the Debtor that they intend to continue to withhold deliveries of necessary supplies absent payment of their respective pre-petition amounts owed. The Debtor is without an alternative source for these alcohol and beverage supplies. Without these deliveries, sales and operations at the affected restaurants will be suffer, which in turn will negatively impact the Debtor's overall reorganization efforts.

**CERTIFY FURTHER** that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

**RESPECTFULLY SUBMITTED** this 3rd day of February 2023.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@shukerdorris.com
Mariane L. Dorris, Esq.
Florida Bar No. 0098158
mdorris@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone:  (407) 337-2060
Facsimile:  (407) 337-2050
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:                                                     CASE NO.: 6:22-bk-04313

BERTUCCI'S RESTAURANTS, LLC,                                CHAPTER 11

Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused the foregoing **CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING** to be uploaded for filing via the Court's CM/ECF system which will electronically serve notice of the same to all parties receiving electronic notice, including all parties listed on the attached matrix on this 3rd day of February 2023.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.