| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-04313-GER<br>Middle District of Florida<br>Orlando<br>Fri Feb  3 13:01:11 EST 2023 | Michael A Paasch +<br>Mateer & Harbert PA<br>Post Office Box 2854<br>Orlando, FL 32802-2854 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 |
| Jason B. Burnett +<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | Kenneth B Jacobs +<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | Richard A Johnston Jr. +<br>Johnston Law, PLLC<br>7370 College Parkway<br>Ste 210<br>Ft. Myers, FL 33907-5559 |
| Mark J. Wolfson +<br>Foley & Lardner<br>100 North Tampa Street, Suite 2700<br>PO Box 3391<br>Tampa, FL 33601-3391 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Ronald M Tucker +<br>Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 |
| Kevin A Reck +<br>Foley & Lardner LLP<br>301 E. Pine Street, Suite 1200<br>Orlando, FL 32801-2703 | Bradley S Shraiberg +<br>Shraiberg Page P.A.<br>2385 NW Executive Center Drive<br>Suite 300<br>Boca Raton, FL 33431-8530 | Jeffrey Kurtzman +<br>Kurtzman Steady, LLC<br>555 City Avenue<br>Ste 480<br>Bala Cynwyd, PA 19004-1142 |
| Paul W Carey +<br>Mirick O'Connell DeMallie & Lougee<br>100 Front Street<br>Worcester, MA 01608-1477 | Isaac M Gabriel +<br>Dorsey & Whitney LLP<br>2398 E. Camelback Road<br>Suite 760<br>Phoenix, AZ 85016-9005 | Mark A Amendola +<br>Martyn and Associates<br>820 Superior Avenue, Northwest<br>Tenth Floor<br>Cleveland, OH 44113-1827 |
| Michael L Schuster +<br>Ballard Spahr, LLP<br>1225 17th Street, Suite 2300<br>Denver, CO 80202-5535 | Dana S Plon +<br>Sirlin Gallogly & Lesser PC<br>123 South Broad Street<br>Suite 2100<br>Philadelphia, PA 19109-1042 | Eric A Rosen +<br>Fowler White Burnett, P.A.<br>515 North Flagler Drive, Suite 2100<br>West Palm Beach, FL 33401-4332 |
| Leslie C Heilman +<br>Ballard Spahr,LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3023 | Ilan Markus +<br>LeClairRyan A Professional Corporation<br>545 Long Wharf Drive<br>Ninth Floor<br>New Haven, CT 06511-5960 | Kate Foley +<br>Mirick O'Connell DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581-3960 |
| Andrew L Cole +<br>Cole Schotz P.C.<br>300 East Lombard Street, Suite 1450<br>Baltimore, MD 21202-3242 | Michael S Provenzale +<br>Lowndes Drosdick Doster Kantor & Reed PA<br>Post Office Box 2809<br>Orlando, FL 32802-2809 | Alicia M Kupcinskas +<br>Brennan Manna Diamond<br>5210 Belfort Road, Suite 400<br>Jacksonville, FL 32256-6050 |
| David S Jennis +<br>Jennis Morse Etlinger<br>606 East Madison Street<br>Tampa, FL 33602-4029 | Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | Gabriel M Hartsell +<br>Dorsey & Whitney LLP<br>2398 E. Camelback Road<br>Suite 760<br>Phoenix, AZ 85016-9005 |
| Daniel E Etlinger +<br>Jennis Morse Etlinger<br>606 East Madison Street<br>Tampa, FL 33602-4029 | Gillian D. Williston +<br>Troutman Pepper Hamilton Sanders LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462-3038 | Laurel D Roglen +<br>Ballard Spahr LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3023 |

| | | |
|---|---|---|
| Julie M. Murphy + <br> Stradley Ronon Stevens & Young LLP <br> Liberty View <br> 457 Haddonfield Road <br> Suite 100 <br> Cherry Hill, NJ 08002-2223 | Bodie Colwell + <br> Preti Flaherty, LLP <br> One City Center <br> PO Box 9546 <br> Portland, ME 04112-9546 | John Mark Sullivan + <br> Preti Flaherty <br> 57 N. Main Street <br> P.O. Box 1318 <br> Concord, NH 03302-1318 |
| Jennifer Doran + <br> Hinckley Allen <br> 28 State Street <br> Boston, MA 02109-1776 | Samuel C. Wisotzkey + <br> 4650 N. Port Washington Rd. <br> Milwaukee, WI 53212-1077 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Note: Entries with a '+' at the end of the        End of Label Matrix
name have an email address on file in CMECF          Mailable recipients    34
-------------------------------------------          Bypassed recipients     1
Note: Entries with a '-' at the end of the           Total                  35
name have filed a claim in this case
```