**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO.: 6:22-bk-04313-GER** |
| **BERTUCCI'S RESTAURANTS, LLC,** | **CHAPTER 11** |
| **Debtor.** _____ / | *EMERGENCY RELIEF REQUESTED* *(Hearing requested on or before Tuesday, February 28, 2023)* |

**SECOND EMERGENCY MOTION FOR ORDER AUTHORIZING REJECTION OF UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY**
**(Emergency Relief Requested)**

**BERTUCCI'S RESTAURANTS, LLC**, ("Bertucci's" or "Debtor"), a Florida limited liability company, by and through their undersigned counsel, and pursuant to section 365(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Rule(s)"), hereby requests the entry of an order authorizing the rejection of certain unexpired leases of non-residential real property (identified below) effective as of February 28, 2023. In support thereof, Debtor states as follows:

**PROCEDURAL HISTORY AND BACKGROUND**

A. The Debtor and this Bankruptcy Case.

1. On December 5, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"). Debtor continues to operate its business and manage its property as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. No trustee or examiner has been appointed in this case.

3. On January 9, 2023, the U.S. Trustee appointed and filed notice of appointing the unsecured creditors committee in this case. (Doc. No. 80, as amended by Doc. No. 83).

1

4. For a detailed description of the Debtor and its operations, the Debtor respectfully refers the Court and parties in interest to the *Chapter 11 Case Management Summary* [Doc. No. 3].

5. The Debtor is a Florida limited liability company that was formed in May of 2018. The Debtor owns and operates Italian-themed restaurants under the name Bertucci's Brick Oven Pizza & Pasta (the "Restaurant(s)").

6. The current Debtor entity was created in May of 2018 when it acquired certain assets, including approximately 56 restaurants under the name Bertucci's Brick Oven Pizza & Pasta, in a transaction that closed on June 11, 2018, through the bankruptcy case of the prior Bertucci's Holdings, Inc. in the District of Delaware. *See* the *Order Approving Asset Purchase Agreement* entered in the previous bankruptcy case [Bankr. D. Del. Case No. 18-10894-MFW; Doc. No. 295] (the "Asset Purchase").

7. The Restaurants are marketed toward the core casual dining market and, when acquired, Bertucci's operated approximately 56 locations in 9 states nationwide reporting annual sales of more than $120 million for 2019 with nearly 2,000 employees.

**B. The Debtor's Prior (First) Lease Rejection**

8. On December 5, 2022, the Debtor filed its first motion seeking, *inter alia,* to reject or terminate leases for 18 of its non-operational restaurant locations. *Emergency Motion for Order Authorizing Rejection of Unexpired Leases of Non-Residential Real Property Nunc Pro Tunc to Petition Date* [Doc. No. 7], which was granted by the Court on December 9, 2022 (the "Rejection Order") [Doc. No. 36].

9. As a result of the Rejection Order, today the Debtor owns and operates thirty-one Restaurants located in the Northeastern United States. A complete list of the Debtor's currently operating Restaurants is accessible on the Debtor's website at: https://locations.bertuccis.com/us.

10. Sales at the following five (5) Restaurant locations of the Debtor have not returned to expected levels; these locations operate at a loss:

   a. Needham: 1257 Highland Avenue Needham, Massachusetts 02492

   b. Nashua: 406 Amherst Street Nashua, New Hampshire 03063

   c. Peabody: 15 Newbury Street Peabody, Massachusetts 01960

   d. West Roxbury: 683 VFW Parkway, Chestnut Hill, MA 02467

   e. Reading: 45 Walkers Brook Drive Reading, Massachusetts 01867

11. Ongoing negotiations for lease concessions for the above-listed Restaurants have hit an impasse and, thus, Debtor believes that it is in the best interest of the company and creditors to reject the respective leases for these Restaurants.

12. The Debtor will cease operations at these Restaurants by February 28, 2028.

C. **The Instant (Second) Lease Rejection Motion**

13. As such, by way of this Motion, the Debtor seeks to reject five (5) leases of non-residential real property lease for the five (5) above-listed Restaurants (collectively, the "Restaurant Leases").

14. A list of the Restaurant Leases the Debtor seeks to reject by way of this Motion is attached hereto as **Exhibit "A"** and is incorporated herein by reference. Copies of the Restaurant Leases are available upon request from the undersigned.

15. In general, the Restaurant Leases, require the payment of base monthly rent, applicable sales taxes, and prorated common area and real estate tax expenses associated with the applicable location.

16. None of the Restaurant Leases are sustainable and, as such, it is the business judgment of Debtor that such leases should be rejected.

17. Accordingly, by this Motion Debtor seeks to reject the Restaurant Leases pursuant to section 365(a) of the Bankruptcy Code effective as of the Petition Date. Debtor no longer requires the Restaurant Leases for an effective reorganization.

### Relief Requested

18. Pursuant to sections 365(a) and 1107(a) of the Bankruptcy Code, a debtor-in-possession may assume or reject any executory contract or unexpired lease of the debtor, subject to court approval. The right of a debtor-in-possession to reject unexpired leases and executory contracts is fundamental to the bankruptcy process because it supplies a mechanism to eliminate financial burdens on the bankruptcy estate. *See In re Wells*, 227 B.R. 553, 564 (Bankr. M.D. Fla. 1998). The United States Court of Appeal for the Eleventh Circuit has noted that the decision to reject an executory contract or unexpired lease is primarily administrative and should be given great deference by the court, subject only to a review under the "business judgment" rule. *See In Re Gardinier, Inc.*, 831 F.2d 974, 976, n. 2 (11th Cir. 1987). For the reasons set forth below, Debtor's rejection of the Leases comports with the requirements of section 365(a) of the Bankruptcy Code and satisfies the business judgment rule.

19. Here, Debtor has concluded that the Restaurant Leases are not necessary for an effective reorganization or sale, and it has determined that continued performance under the Restaurant Leases would constitute an unnecessary drain upon the financial resources of Debtor without any corresponding benefit to its bankrupt estate, inasmuch as Debtor no longer occupies the respective locations. In light of the foregoing, Debtor has determined, in the exercise of its business judgment, that rejection of the Restaurant Leases is in the best interests of its estate. Accordingly, Debtor submits that the rejection of the Restaurant Leases comports with the requirements of section 365(a) of the Bankruptcy Code and satisfies the business judgment rule.

**WHEREFORE**, Debtor respectfully requests the Court enter an order: (i) authorizing the rejection of the Restaurant Leases; (ii) determining that such rejection is effective as of February 28, 2023; and (iii) granting such additional and further relief as the Court deems appropriate.

**RESPECTFULLY SUBMITTED** on this 23rd day of February 2023.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@shukerdorris.com
Mariane L. Dorris, Esq.
Florida Bar No. 0098158
mdorris@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone:  407-337-2060
Facsimile:  407-337-2050
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO.:   6:22-bk-04313-GER** |
| **BERTUCCI'S RESTAURANTS, LLC** | **CHAPTER 11** |
| Debtor.                                              / | *EMERGENCY RELIEF REQUESTED*<br>*(Hearing requested on or before Tuesday, February 28, 2023)* |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 23rd day of February 2023, I caused the foregoing **SECOND EMERGENCY MOTION FOR ORDER AUTHORIZING REJECTION OF UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY** to be filed via the Court's CM/ECF system which will serve notice of the same upon all parties entitled to receive CM/ECF noticing, including: **DEBTOR**, **BERTUCCI'S RESTAURANTS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; **PHL HOLDINGS, LLC**, c/o Jason B. Burnett, Esq., GRAYROBINSON, P.A., 50 North Laura Street, Suite 1100, Jacksonville, FL 32202 (Jason.Burnett@Gray-Robinson.com) and Kenneth B. Jacobs, Esq., GRAYROBINSON, P.A., 50 North Laura Street, Suite 1100, Jacksonville, FL 32202 (ken.jacobs@gray-robinson.com); **PB RESTAURANTS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; **MARK J. WOLFSON,** Foley & Lardner, LLC, 100 N. Tampa St., Ste. 2700, Tampa, FL 33601; the **U.S. TRUSTEE'S OFFICE**, 400 West Washington Street, Suite 1120, Orlando, Florida 32801 (Audrey.M.Aleskovsky@usdoj.gov).

**I HEREBY FURTHER CERTIFY** that on this 23rd day of February 2023, a true and correct copy of the foregoing was also served: via U.S. First Class, postage prepaid mail to all parties listed on the Local Rule 1007-2 parties in interest list, as shown on the matrix attached to the original of this notice filed with the Court; and via U.S. First Class, postage prepaid mail and email to all landlords listed on the attached exhibit.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.

**Exhibit "A"**

**Bertucci's Restaurants, LLC**
**Case No. 6:22-bk-04313-GER**

| Lease: | Restaurant address: | Landlord contact info: |
|---|---|---|
| Needham | 1257 Highland Ave. Needham, MA 02492-2615 | South Street Holdings 4414 LLC c/o The Grossman Companies One Adams Place 859 Willard Street, Suite 501 Quincy, MA 02169 david@grossmanco.com greg@grossmanco.com paul@grossmanco.com |
| Nashua | 406 Amherst Street Nashua, NH 03063 | D&H 402-A Pad c/o PretiFlaherty LLP PO Box 1318 Concord, NH 03302 Attn: John M. Sullivan, Esq. jsullivan@preti.com bcolwell@preti.com |
| Peabody | 15 Newbury Street Peabody, MA 01960 | 153 W Hancock St Limited Partnership Raja Khanna 80 Nashua Road, Suite A4 Londonderry, NH 03053 raja.r.khanna@gmail.com |
| West Roxbury | 683 VFW Parkway West Roxbury, MA 02132 | VCH-SC LLC 300 Independence Drive Chestnut Hill, MA 02467 bgoldstein@chestnuthillrealty.com : |
| Reading | 45 Walkers Brook Dr. Reading, MA 01867 | CIL Walkers, LLC 42 Monument St. Concord, MA 01742 danielcandee@aol.com |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-04313-GER<br>Middle District of Florida<br>Orlando<br>Thu Feb 23 12:21:53 EST 2023 | James Hoffman<br>Offit Kurman, P.A.<br>7501 Wisconsin Avenue<br>Suite 1000W<br>Bethesda, MD 20814-6604 | Julia Mohan<br>35 W. Wacker Dr. 29th Floor<br>Chicago, IL 60601-1748 |
| 153 West Hancock Street Associates, LP<br>FOWLER WHITE BURNETT, P.A.<br>Northbridge Centre<br>515 North Flagler Drive, Suite 2100<br>West Palm Beach, FL 33401-4332 | 805 MAIN STREET LLC<br>c/o Edward M. Fitzgerald, Esq.<br>Holland & Knight LLP<br>200 S. Orange Avenue, Suite 2600<br>Orlando, FL 32801-3453 | AFA Protective Systems, Inc.<br>155 Michael Drive<br>Syosset, NY 11791-5310 |
| Avon Marketplace Investors, LLC<br>Marc J. Kurzman, Esq.<br>1055 Washington Blvd<br>Stamford, CT 06901-2216 | Best Petroleum LLC<br>Country Manor Norwood Trust<br>40 Grove St., Unit 430<br>Wellesley, MA 02482-7774 | (p)C H  ROBINSON WORLDWIDE  INC<br>ATTN BANKRUPTCY TEAM BILL GLAD<br>14701 CHARLSON ROAD<br>SUITE 2400<br>EDEN PRAIRIE MN 55347-5076 |
| C.H. Robinson Worldwide, Inc.<br>c/o Mark A. Amendola, Esq.<br>Martyn and Associates Co.<br>820 W. Superior Ave., Tenth Floor<br>Cleveland, OH 44113-1827 | CIL Walkers LLC<br>c/o Bank of America, N.A.<br>PO Box 105576<br>Atlanta, GA 30348-5576 | Canton R2G Owner LLC<br>PO Box 411261<br>Boston, MA 02241-1261 |
| Christine Pageau<br>c/o Alicia M. Kupcinskas, Esq.<br>Brennan Manna Diamond PL<br>5210 Belfort Road, Suite 400<br>Jacksonville, FL 32256-6050 | Commerce Way Development Co., LLC<br>c/o Matthew J. McGowan<br>56 Exchange Terrace, Suite 500<br>Providence, RI 02903-1772 | Concord Retail Partners, L.P.<br>c/o Dana S. Plon, Esquire<br>Sirlin Lesser & Benson, P.C.<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA 19109-1042 |
| Condord Gallery, Inc.<br>c/o Andrew L. Cole, Esq.<br>Cole Schotz P.C.<br>P.O. Box 7189<br>Wilmington, DE 19803-0189 | Conneticut Natural Gas Corp<br>76 Meadow St.<br>East Hartford, CT 06108-3218 | Creditor's Committee, c/o<br>Mark Wolfson, Esq.<br>100 North Tampa Street<br>Suite 2700<br>Tampa, FL 33602-5810 |
| D&H 402-A Pad<br>c/o Bodie B. Colwell, Esq.<br>Preti Flaherty, LLP<br>PO Box 9546<br>Portland, ME 04112-9546 | D&H 402-A Pad<br>c/o John M. Sullivan<br>Preti Flaherty Beliveau & Pachios PLLP<br>PO Box 1318<br>Concord, NH 03302-1318 | D&H 402A Pad Partnership TS<br>c/o Caron & Bletzer<br>PO Box 969<br>Kingston, NH 03848-0969 |
| Ecolab Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Rd.<br>Milwaukee, WI 53212-1077 | Frontier Dr Metro Center LP<br>Lockbox #283523<br>PO Box 713523<br>Philadelphia, PA 19171-3523 | Griswold Mall Associates, LLC<br>c/o Richard Johnston, Jr.<br>JOHNSTON LAW, PLLC<br>7370 College Parkway, Suite 210<br>Fort Myers, FL 33907-5559 |
| Lincoln Plaza Assoc<br>PO Box 829424<br>Philadelphia, PA 19182-9424 | MNH Mall, LLC<br>Mall of New Hamphire<br>14184 Collections Center Dr<br>Chicago, IL 60693-0001 | MOBO Systems<br>285 Fulton St<br>Floor 82<br>New York, NY 10007-0166 |
| Mall at Rockingham LLC<br>Mall at Rockingham Park<br>14165 Collections Center Dr<br>Chicago, IL 60693-0001 | Mall at Solomon Pond, LLC<br>14199 Collections Center Dr<br>Chicago, IL 60693-0001 | Medford Wellington Service Co., Inc.<br>c/o Kate P. Foley, Esq.<br>Mirick O'Connell<br>1800 West Park Dr., Ste 400<br>Westborough, MA 01581-3960 |

| | | |
|---|---|---|
| Medford Wellington Service Co., Inc.<br>c/o Paul W. Carey, Esq.<br>Mirick O'Connell<br>100 Front Street<br>Worcester, MA 01608-1425 | NCR CORPORATION<br>c/o Ashley Thompson, Law Department<br>864 Spring Street , NE<br>Atlanta, GA 30308 | NCR Corporation<br>P.O. Box 198755<br>Atlanta, GA 30384-8755 |
| Norwood Country Manor LLC<br>c/o Gillian D. Williston, Troutman Peppe<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462-3038 | PB Restaurants, LLC<br>11 West 42nd Street<br>Orlando, FL 32839 | PB Restaurants, LLC<br>c/o Jason B. Burnett, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 |
| PHL Holdings, LLC<br>c/o Jason B. Burnett, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | PHL Holdings, LLC<br>c/o Kenneth B. Jacobs, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | RPT Realty, L.P.<br>c/o Ilan Markus<br>Barclay Damon LLP<br>545 Long Wharf Drive, 9th Floor<br>New Haven, CT 06511-5960 |
| Reward Network<br>540 W Madison St<br>Suite 2400<br>Chicago, IL 60661-2562 | Rewards Network Establishment Services Inc.<br>c/o Gabriel M. Hartsell<br>2398 E. Camelback Road<br>Suite 760<br>Phoenix, AZ 85016-9005 | Route 140 School Street, LLC<br>c/o Paul W. Carey, Esq.<br>Mirick O'Connell<br>100 Front Street<br>Worcester, MA 01608-1425 |
| SIMON PROPERTY GROUP, INC.<br>c/o Ronald M. Tucker, VP & Bankruptcy Co<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | SPRINGFIELD SQUARE CENTRAL, LP<br>c/o Robert Langer<br>1001 Baltimore Pike<br>Springfield, PA 19064-2800 | SYSCO Corporation<br>1390 Enclave Parkway<br>Houston, TX 77077-2099 |
| Simon Property Group, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Snowden Holdings, LLC<br>c/o Daniel E. Etlinger, Esq.<br>Jennis Morse Etlinger<br>606 E. Madison Street<br>Tampa, FL 33602-4029 | Snowden Holdings, LLC<br>c/o David S. Jennis Esq.<br>Jennis Morse Etlinger<br>606 E. Madison Street<br>Tampa, FL 33602-4029 |
| Springfield Square Cent LP<br>c/o Continental Dev. LLC<br>1604 Walnut St - 5th Floor<br>Philadelphia, PA 19103-5421 | St. John Properties, Inc - B<br>Accounts Receivable<br>PO Box 62784<br>Baltimore, MD 21264-2784 | The Grossman Companies, Inc.<br>c/o Jennifer V. Doran, Esq.<br>Hinckley Allen & Snyder<br>28 State Street<br>Boston, MA 02109-1776 |
| TriMark United East<br>PO Box 845377<br>Boston, MA 02284-5377 | W/S/M Hingham Properties LLC<br>c/o Paul W. Carey, Esq.<br>Mirick O'Connell<br>100 Front Street<br>Worcester, MA 01608-1425 | Wildwood Est. of Braintree<br>PO Box 859059<br>Braintree, MA 02185-9059 |
| Michael A Paasch +<br>Mateer & Harbert PA<br>Post Office Box 2854<br>Orlando, FL 32802-2854 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 | Jason B. Burnett +<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 |
| Kenneth B Jacobs +<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | Richard A Johnston Jr.+<br>Johnston Law, PLLC<br>7370 College Parkway<br>Ste 210<br>Ft. Myers, FL 33907-5559 | Mark J. Wolfson +<br>Foley & Lardner<br>100 North Tampa Street, Suite 2700<br>PO Box 3391<br>Tampa, FL 33601-3391 |

| | | |
|---|---|---|
| Ronald M Tucker +<br>Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Kevin A Reck +<br>Foley & Lardner LLP<br>301 E. Pine Street, Suite 1200<br>Orlando, FL 32801-2703 | Bradley S Shraiberg +<br>Shraiberg Page P.A.<br>2385 NW Executive Center Drive<br>Suite 300<br>Boca Raton, FL 33431-8530 |
| Dustin P Branch +<br>Ballard Spahr LLP<br>2029 Century Park East<br>Suite 1400<br>Los Angeles, CA 90067-2915 | Jeffrey Kurtzman +<br>Kurtzman Steady, LLC<br>555 City Avenue<br>Ste 480<br>Bala Cynwyd, PA 19004-1142 | Paul W Carey +<br>Mirick O'Connell DeMallie & Lougee<br>100 Front Street<br>Worcester, MA 01608-1477 |
| Matthew J. McGowan +<br>Salter McGowan Sylvia & Leonard, Inc.<br>56 Exchange Terrace, Suite 500<br>Ste 500<br>Providence, RI 02903-1772 | Isaac M Gabriel +<br>Dorsey & Whitney LLP<br>2398 E. Camelback Road<br>Suite 760<br>Phoenix, AZ 85016-9005 | Edward M Fitzgerald +<br>Holland & Knight LLP<br>200 South Orange Ave<br>Suite 2600<br>Orlando, FL 32801-3453 |
| Mark A Amendola +<br>Martyn and Associates<br>820 Superior Avenue, Northwest<br>Tenth Floor<br>Cleveland, OH 44113-1827 | Michael L Schuster +<br>Ballard Spahr, LLP<br>1225 17th Street, Suite 2300<br>Denver, CO 80202-5535 | Dana S Plon +<br>Sirlin Gallogly & Lesser PC<br>123 South Broad Street<br>Suite 2100<br>Philadelphia, PA 19109-1042 |
| Eric A Rosen +<br>Fowler White Burnett, P.A.<br>515 North Flagler Drive, Suite 2100<br>West Palm Beach, FL 33401-4332 | Leslie C Heilman +<br>Ballard Spahr, LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3023 | Ilan Markus +<br>LeClairRyan A Professional Corporation<br>545 Long Wharf Drive<br>Ninth Floor<br>New Haven, CT 06511-5960 |
| Kate Foley +<br>Mirick O'Connell DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581-3960 | Andrew L Cole +<br>Cole Schotz P.C.<br>300 East Lombard Street, Suite 1450<br>Baltimore, MD 21202-3242 | Michael S Provenzale +<br>Lowndes Drosdick Doster Kantor & Reed PA<br>Post Office Box 2809<br>Orlando, FL 32802-2809 |
| Alicia M Kupcinskas +<br>Brennan Manna Diamond<br>5210 Belfort Road, Suite 400<br>Jacksonville, FL 32256-6050 | David S Jennis +<br>Jennis Morse Etlinger<br>606 East Madison Street<br>Tampa, FL 33602-4029 | Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 |
| Gabriel M Hartsell +<br>Dorsey & Whitney LLP<br>2398 E. Camelback Road<br>Suite 760<br>Phoenix, AZ 85016-9005 | Daniel E Etlinger +<br>Jennis Morse Etlinger<br>606 East Madison Street<br>Tampa, FL 33602-4029 | Gillian D. Williston +<br>Troutman Pepper Hamilton Sanders LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462-3038 |
| Laurel D Roglen +<br>Ballard Spahr LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3023 | Julie M. Murphy +<br>Stradley Ronon Stevens & Young LLP<br>Liberty View<br>457 Haddonfield Road<br>Suite 100<br>Cherry Hill, NJ 08002-2223 | Bodie Colwell +<br>Preti Flaherty, LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546 |
| John Mark Sullivan +<br>Preti Flaherty<br>57 N. Main Street<br>P.O. Box 1318<br>Concord, NH 03302-1318 | Jennifer Doran +<br>Hinckley Allen<br>28 State Street<br>Boston, MA 02109-1776 | Samuel C. Wisotzkey +<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212-1077 |

Marc Justin Kurzman +
Carmody Torrance Sandak & Hennessey LLP
1055 Washington Boulevard
Stamford, CT 06901-2218

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

C.H. ROBINSON
Robinson Fresh
14701 Charlesto RD, Ste 1400
Eden Prairie, MN 55347

End of Label Matrix
Mailable recipients    91
Bypassed recipients     0
Total                  91