**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | CASE NO.: 6:22-bk-04313-GER |
| BERTUCCI'S RESTAURANTS, LLC, | CHAPTER 11 |
| Debtor. | |
| _____/ | |

### NOTICE OF EMERGENCY PRELIMINARY HEARING

**PLEASE TAKE NOTICE** that an emergency preliminary hearing has been set before the Honorable Grace E. Robson, United States Bankruptcy Judge, on **Tuesday, February 28, 2023 at 2:00 p.m., at the United States Bankruptcy Court, 400 W. Washington Street, 6th Floor, Courtroom 6D, Orlando, Florida 32801**, to consider and act upon the following:

**SECOND EMERGENCY MOTION FOR ORDER AUTHORIZING REJECTION**
**OF UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY**
**(Doc. No. 161)**

and transact such other business as may properly come before the meeting.

1. The hearing may be continued upon announcement made in open Court without further notice.

2. All exhibits must be premarked and listed in accordance with Local Rule 9070-1.

3. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

4. Avoid delays at the Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

5. Telephonic appearance before Judge Robson through Court Solutions. To arrange a telephonic appearance with Court Solutions, parties must register for an account via their website www.court-solutions.com.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 24th day of February 2023, I caused the foregoing **NOTICE OF EMERGENCY PRELIMINARY HEARING** to be filed via the Court's CM/ECF system which will serve notice of the same upon all parties entitled to receive CM/ECF noticing, including: **DEBTOR**, **BERTUCCI'S RESTAURANTS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; **PHL HOLDINGS, LLC**, c/o Jason B. Burnett, Esq., GRAYROBINSON, P.A., 50 North Laura Street, Suite 1100, Jacksonville, FL 32202 (Jason.Burnett@Gray-Robinson.com) and Kenneth B. Jacobs, Esq., GRAYROBINSON, P.A., 50 North Laura Street, Suite 1100, Jacksonville, FL 32202 (ken.jacobs@gray-robinson.com); **PB RESTAURANTS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; **MARK J. WOLFSON,** Foley & Lardner, LLC, 100 N. Tampa St., Ste. 2700, Tampa, FL 33601; the **U.S. TRUSTEE'S OFFICE**, 400 West Washington Street, Suite 1120, Orlando, Florida 32801 (Audrey.M.Aleskovsky@usdoj.gov).

**I HEREBY FURTHER CERTIFY** that on this 24th day of February 2023, a true and correct copy of the foregoing was also served: via U.S. First Class, postage prepaid mail to all parties listed on the Local Rule 1007-2 parties in interest list, as shown on the matrix attached to the original of this notice filed with the Court; and via U.S. First Class, postage prepaid mail and email to all landlords listed on the matrix attached to the original of this notice as Exhibit A.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.

**Exhibit "A"**

South Street Holdings 4414 LLC
c/o The Grossman Companies
One Adams Place
859 Willard Street, Suite 501
Quincy, MA 02169
david@grossmanco.com
greg@grossmanco.com
paul@grossmanco.com

D&H 402-A Pad
c/o PretiFlaherty LLP
PO Box 1318
Concord, NH 03302
Attn: John M. Sullivan, Esq.
jsullivan@preti.com
bcolwell@preti.com

153 W Hancock St Limited Partnership
Raja Khanna
80 Nashua Road, Suite A4
Londonderry, NH 03053
raja.r.khanna@gmail.com

VCH-SC LLC
300 Independence Drive
Chestnut Hill, MA 02467
bgoldstein@chestnuthillrealty.com

CIL Walkers, LLC
42 Monument St.
Concord, MA 01742
danielcandee@aol.com

```
Label Matrix for local noticing          Bertucci's Restaurants, LLC              James Hoffman
113A-6                                    4700 Millenia Blvd., Ste. 400            Offit Kurman, P.A.
Case 6:22-bk-04313-GER                    Orlando, FL 32839-6020                   7501 Wisconsin Avenue
Middle District of Florida                                                         Suite 1000W
Orlando                                                                            Bethesda, MD 20814-6604
Fri Feb 24 09:14:51 EST 2023

Julia Mohan                               153 West Hancock Street Associates, LP   805 MAIN STREET LLC
35 W. Wacker Dr. 29th Floor               FOWLER WHITE BURNETT, P.A.               c/o Edward M. Fitzgerald, Esq.
Chicago, IL 60601-1748                    Northbridge Centre                       Holland & Knight LLP
                                          515 North Flagler Drive, Suite 2100      200 S. Orange Avenue, Suite 2600
                                          West Palm Beach, FL 33401-4332           Orlando, FL 32801-3453

AFA Protective Systems, Inc.              Avon Marketplace Investors, LLC          Best Petroleum LLC
155 Michael Drive                         Marc J. Kurzman, Esq.                    Country Manor Norwood Trust
Syosset, NY 11791-5310                    1055 Washington Blvd                     40 Grove St., Unit 430
                                          Stamford, CT 06901-2216                  Wellesley, MA 02482-7774

(p)C H  ROBINSON WORLDWIDE  INC           C.H. Robinson Worldwide, Inc.            CIL Walkers LLC
ATTN BANKRUPTCY TEAM BILL GLAD            c/o Mark A. Amendola, Esq.               c/o Bank of America, N.A.
14701 CHARLSON ROAD                       Martyn and Associates Co.                PO Box 105576
SUITE 2400                                820 W. Superior Ave., Tenth Floor        Atlanta, GA 30348-5576
EDEN PRAIRIE MN 55347-5076                Cleveland, OH 44113-1827

Canton R2G Owner LLC                      Christine Pageau                         Commerce Way Development Co., LLC
PO Box 411261                             c/o Alicia M. Kupcinskas, Esq.           c/o Matthew J. McGowan
Boston, MA 02241-1261                     Brennan Manna Diamond PL                 56 Exchange Terrace, Suite 500
                                          5210 Belfort Road, Suite 400             Providence, RI 02903-1772
                                          Jacksonville, FL 32256-6050

Concord Retail Partners, L.P.             Condord Gallery, Inc.                    Conneticut Natural Gas Corp
c/o Dana S. Plon, Esquire                 c/o Andrew L. Cole, Esq.                 76 Meadow St.
Sirlin Lesser & Benson, P.C.              Cole Schotz P.C.                         East Hartford, CT 06108-3218
123 South Broad Street, Suite 2100        P.O. Box 7189
Philadelphia, PA 19109-1042               Wilmington, DE 19803-0189

Creditor's Committee, c/o                 D&H 402-A Pad                            D&H 402-A Pad
Mark Wolfson, Esq.                        c/o Bodie B. Colwell, Esq.               c/o John M. Sullivan
100 North Tampa Street                    Preti Flaherty, LLP                      Preti Flaherty Beliveau & Pachios PLLP
Suite 2700                                PO Box 9546                              PO Box 1318
Tampa, FL 33602-5810                      Portland, ME 04112-9546                  Concord, NH 03302-1318

D&H 402A Pad Partnership TS               Ecolab Inc.                              Frontier Dr Metro Center LP
c/o Caron & Bletzer                       c/o Kohner, Mann & Kailas, S.C.          Lockbox #283523
PO Box 969                                4650 North Port Washington Rd.           PO Box 713523
Kingston, NH 03848-0969                   Milwaukee, WI 53212-1077                 Philadelphia, PA 19171-3523

Griswold Mall Associates, LLC             Lincoln Plaza Assoc                      MNH Mall, LLC
c/o Richard Johnston, Jr.                 PO Box 829424                            Mall of New Hamphire
JOHNSTON LAW, PLLC                        Philadelphia, PA 19182-9424              14184 Collections Center Dr
7370 College Parkway, Suite 210                                                    Chicago, IL 60693-0001
Fort Myers, FL 33907-5559

MOBO Systems                              Mall at Rockingham LLC                   Mall at Solomon Pond, LLC
285 Fulton St                             Mall at Rockingham Park                  14199 Collections Center Dr
Floor 82                                  14165 Collections Center Dr              Chicago, IL 60693-0001
New York, NY 10007-0166                   Chicago, IL 60693-0001
```

| | | |
|---|---|---|
| Medford Wellington Service Co., Inc.<br>c/o Kate P. Foley, Esq.<br>Mirick O'Connell<br>1800 West Park Dr., Ste 400<br>Westborough, MA 01581-3960 | Medford Wellington Service Co., Inc.<br>c/o Paul W. Carey, Esq.<br>Mirick O'Connell<br>100 Front Street<br>Worcester, MA 01608-1425 | NCR CORPORATION<br>c/o Ashley Thompson, Law Department<br>864 Spring Street , NE<br>Atlanta, GA 30308 |
| NCR Corporation<br>P.O. Box 198755<br>Atlanta, GA 30384-8755 | Norwood Country Manor LLC<br>c/o Gillian D. Williston, Troutman Peppe<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462-3038 | PB Restaurants, LLC<br>11 West 42nd Street<br>Orlando, FL 32839 |
| PB Restaurants, LLC<br>c/o Jason B. Burnett, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | PHL Holdings, LLC<br>c/o Jason B. Burnett, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | PHL Holdings, LLC<br>c/o Kenneth B. Jacobs, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 |
| RPT Realty, L.P.<br>c/o Ilan Markus<br>Barclay Damon LLP<br>545 Long Wharf Drive, 9th Floor<br>New Haven, CT 06511-5960 | Reward Network<br>540 W Madison St<br>Suite 2400<br>Chicago, IL 60661-2562 | Rewards Network Establishment Services Inc.<br>c/o Gabriel M. Hartsell<br>2398 E. Camelback Road<br>Suite 760<br>Phoenix, AZ 85016-9005 |
| Route 140 School Street, LLC<br>c/o Paul W. Carey, Esq.<br>Mirick O'Connell<br>100 Front Street<br>Worcester, MA 01608-1425 | SIMON PROPERTY GROUP, INC.<br>c/o Ronald M. Tucker, VP & Bankruptcy Co<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | SPRINGFIELD SQUARE CENTRAL, LP<br>c/o Robert Langer<br>1001 Baltimore Pike<br>Springfield, PA 19064-2800 |
| SYSCO Corporation<br>1390 Enclave Parkway<br>Houston, TX 77077-2099 | Simon Property Group, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Snowden Holdings, LLC<br>c/o Daniel E. Etlinger, Esq.<br>Jennis Morse Etlinger<br>606 E. Madison Street<br>Tampa, FL 33602-4029 |
| Snowden Holdings, LLC<br>c/o David S. Jennis Esq.<br>Jennis Morse Etlinger<br>606 E. Madison Street<br>Tampa, FL 33602-4029 | Springfield Square Cent LP<br>c/o Continental Dev. LLC<br>1604 Walnut St - 5th Floor<br>Philadelphia, PA 19103-5421 | St. John Properties, Inc - B<br>Accounts Receivable<br>PO Box 62784<br>Baltimore, MD 21264-2784 |
| The Grossman Companies, Inc.<br>c/o Jennifer V. Doran, Esq.<br>Hinckley Allen & Snyder<br>28 State Street<br>Boston, MA 02109-1776 | TriMark United East<br>PO Box 845377<br>Boston, MA 02284-5377 | W/S/M Hingham Properties LLC<br>c/o Paul W. Carey, Esq.<br>Mirick O'Connell<br>100 Front Street<br>Worcester, MA 01608-1425 |
| Wildwood Est. of Braintree<br>PO Box 859059<br>Braintree, MA 02185-9059 | Michael A Paasch +<br>Mateer & Harbert PA<br>Post Office Box 2854<br>Orlando, FL 32802-2854 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 |
| Jason B. Burnett +<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | Kenneth B Jacobs +<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | Richard A Johnston Jr.+<br>Johnston Law, PLLC<br>7370 College Parkway<br>Ste 210<br>Ft. Myers, FL 33907-5559 |

Mark J. Wolfson +
Foley & Lardner
100 North Tampa Street, Suite 2700
PO Box 3391
Tampa, FL 33601-3391

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Ronald M Tucker +
Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-3438

Kevin A Reck +
Foley & Lardner LLP
301 E. Pine Street, Suite 1200
Orlando, FL 32801-2703

Bradley S Shraiberg +
Shraiberg Page P.A.
2385 NW Executive Center Drive
Suite 300
Boca Raton, FL 33431-8530

Dustin P Branch +
Ballard Spahr LLP
2029 Century Park East
Suite 1400
Los Angeles, CA 90067-2915

Jeffrey Kurtzman +
Kurtzman Steady, LLC
555 City Avenue
Ste 480
Bala Cynwyd, PA 19004-1142

Paul W Carey +
Mirick O'Connell DeMallie & Lougee
100 Front Street
Worcester, MA 01608-1477

Matthew J. McGowan +
Salter McGowan Sylvia & Leonard, Inc.
56 Exchange Terrace, Suite 500
Ste 500
Providence, RI 02903-1772

Isaac M Gabriel +
Dorsey & Whitney LLP
2398 E. Camelback Road
Suite 760
Phoenix, AZ 85016-9005

Edward M Fitzgerald +
Holland & Knight LLP
200 South Orange Ave
Suite 2600
Orlando, FL 32801-3453

Mark A Amendola +
Martyn and Associates
820 Superior Avenue, Northwest
Tenth Floor
Cleveland, OH 44113-1827

Michael L Schuster +
Ballard Spahr, LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5535

Dana S Plon +
Sirlin Gallogly & Lesser PC
123 South Broad Street
Suite 2100
Philadelphia, PA 19109-1042

Eric A Rosen +
Fowler White Burnett, P.A.
515 North Flagler Drive, Suite 2100
West Palm Beach, FL 33401-4332

Leslie C Heilman +
Ballard Spahr,LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801-3023

Ilan Markus +
LeClairRyan A Professional Corporation
545 Long Wharf Drive
Ninth Floor
New Haven, CT 06511-5960

Kate Foley +
Mirick O'Connell DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3960

Andrew L Cole +
Cole Schotz P.C.
300 East Lombard Street, Suite 1450
Baltimore, MD 21202-3242

Michael S Provenzale +
Lowndes Drosdick Doster Kantor & Reed PA
Post Office Box 2809
Orlando, FL 32802-2809

Alicia M Kupcinskas +
Brennan Manna Diamond
5210 Belfort Road, Suite 400
Jacksonville, FL 32256-6050

David S Jennis +
Jennis Morse Etlinger
606 East Madison Street
Tampa, FL 33602-4029

Audrey M Aleskovsky +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801-2210

Gabriel M Hartsell +
Dorsey & Whitney LLP
2398 E. Camelback Road
Suite 760
Phoenix, AZ 85016-9005

Daniel E Etlinger +
Jennis Morse Etlinger
606 East Madison Street
Tampa, FL 33602-4029

Gillian D. Williston +
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462-3038

Laurel D Roglen +
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801-3023

Julie M. Murphy +
Stradley Ronon Stevens & Young LLP
Liberty View
457 Haddonfield Road
Suite 100
Cherry Hill, NJ 08002-2223

Bodie Colwell +
Preti Flaherty, LLP
One City Center
PO Box 9546
Portland, ME 04112-9546

John Mark Sullivan +
Preti Flaherty
57 N. Main Street
P.O. Box 1318
Concord, NH 03302-1318

| | | |
|---|---|---|
| Jennifer Doran + | Samuel C. Wisotzkey + | Marc Justin Kurzman + |
| Hinckley Allen | 4650 N. Port Washington Rd. | Carmody Torrance Sandak & Hennessey LLP |
| 28 State Street | Milwaukee, WI 53212-1077 | 1055 Washington Boulevard |
| Boston, MA 02109-1776 | | Stamford, CT 06901-2218 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF




         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


| | |
|---|---|
| C.H. ROBINSON | End of Label Matrix |
| Robinson Fresh | Mailable recipients    93 |
| 14701 Charlesto RD, Ste 1400 | Bypassed recipients     0 |
| Eden Prairie, MN 55347 | Total                  93 |