**ORDERED.**

**Dated: March 06, 2023**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov**

In re:                                                    CASE NO.:    6:22-bk-04313-GER

**BERTUCCI'S RESTAURANTS, LLC**          CHAPTER 11

　　　　　Debtor.
_____/

**ORDER GRANTING DEBTOR'S SECOND EMERGENCY
MOTION FOR ORDER AUTHORIZING REJECTION OF
UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY**

THIS CASE came on for emergency hearing on February 28, 2023 at 2:00 PM (the "Hearing") upon the *Second Emergency Motion for Order Authorizing Rejection of Unexpired Leases of Non-Residential Real Property* (the "Motion"), filed on February 23, 2023 (Doc No. 161) by **BERTUCCI'S RESTAURANTS, LLC** (the "Debtor"). At the Hearing, counsel for the Debtor made an *ore tenus* modification to the Motion to remove the leases relating to the West Roxbury and Reading restaurant locations.  Upon consideration of the Motion, the arguments of

counsel made at the Hearing, and the proffered testimony of Jeffrey C. Sirolly, General Counsel for the Debtor, presented at the Hearing, it is hereby

**ORDERED and ADJUDGED that:**

1.     The Motion is **GRANTED** as set forth herein and subject to Debtor's counsel's above-referenced *ore tenus* modification to the Motion made on the record at the Hearing.

2.     The three (3) non-residential Restaurant Leases listed on <u>Exhibit "A"</u> attached hereto, are hereby rejected, effective as of February 28, 2023 at 11:59 PM (the "Effective Date").

**3.     Any claim arising from the rejection of the Restaurant Leases must be filed on or before Friday, March 31, 2023 at 11:59 PM.**

4.     As of February 28, 2023, the Restaurant Leases are deemed rejected and Debtor's rights to possession of the premises, subject to the Restaurant Leases (the "Premises"), are extinguished. The Debtor, to the extent it has not done so already, shall surrender the Premises to the respective landlord immediately following entry of this Order and, shall, upon request of landlords, deliver the keys and any codes necessary to access and/or utilize the Premises. If keys are not delivered immediately, Debtor consents to a landlord rekeying the Premises.

5.     Any interest of the Debtor in any personal property remaining in the premises that are the subject rejected Restaurant Leases is deemed abandoned as of the Effective Date. This Order, however, in no way extinguishes, determines, or fixes any purported third-party rights or interests in such property. Nor does this Order affect any party's rights to challenge or object to said interests.

6.     The Court retains exclusive jurisdiction to enforce the terms of this Order.

7.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Attorney R. Scott Shuker shall serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

**Exhibit "A"**

**Bertucci's Restaurants, LLC**
**Case No. 6:22-bk-04313-GER**

| Lease: | Restaurant address: | Landlord contact info: |
|---|---|---|
| Needham | 1257 Highland Ave.<br>Needham, MA 02492-2615 | South Street Holdings 4414 LLC<br>c/o The Grossman Companies<br>One Adams Place<br>859 Willard Street, Suite 501<br>Quincy, MA 02169<br>david@grossmanco.com<br>greg@grossmanco.com<br>paul@grossmanco.com |
| Nashua | 406 Amherst Street<br>Nashua, NH 03063 | D&H 402-A Pad<br>c/o PretiFlaherty LLP<br>PO Box 1318<br>Concord, NH 03302<br>Attn: John M. Sullivan, Esq.<br>jsullivan@preti.com<br>bcolwell@preti.com |
| Peabody | 15 Newbury Street<br>Peabody, MA 01960 | 153 W Hancock St Limited<br>Partnership<br>Raja Khanna<br>80 Nashua Road, Suite A4<br>Londonderry, NH 03053<br>raja.r.khanna@gmail.com |

3

Attorney R. Scott Shuker shall serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.