**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE

**BERTUCCI'S RESTAURANTS, LLC**

　　　　Debtor.
_____/

CASE NO.: 6:22-bk-04313-GER

CHAPTER 11

## DEBTOR'S MOTION TO EXTEND EXCLUSIVITY

**BERTUCCI'S RESTAURANTS, LLC** ("Bertucci's" or the "Debror"), by and through its undersigned counsel, and pursuant to 11 U.S.C. § 1121(d), hereby moves for the entry of an order extending by six (6) days the time in which the Debtor has exclusivity to file and confirm a plan of reorganization, and in support thereof, states as follows:

　　1.　　On December 5, 2022 (the "Petition Date"), the Debtor filed its voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code. No trustee has been appointed, and the Debtor is administering its case as a debtor-in-possession under §§ 1107 and 1108 of the Bankruptcy Code.

　　2.　　Pursuant to 11 U.S.C. § 1121(b) and (c), the debtor has the exclusive right to file a plan of reorganization until 120 days after Petition Date, and, if a debtor files a plan within such 120-day period, the exclusive right continues until 180 days from Petition Date (the "120-Day Exclusivity Period"). In this case, the Debtor has not yet filed a plan, and the 120-Day Exclusivity Period ends on April 4, 2023.

　　3.　　Since Petition Date, Debtor has been diligently administering its case as a debtor-in-possession. To that end, Debtor is currently in settlement negotiations with the Committee of Unsecured Creditors (the "Committee"). Debtor recently reached an agreement, in principle, with the Committee as to agreed Plan terms.

4. The above actions are moving forward and should be completed in the next six (6) days. Debtor will file its Plan by April 10, 2023.

5. To allow for orderly administration of the estate and for the reasons noted above, Debtor seeks an extension of the 120-Day Exclusivity Period to a date one hundred twenty-six (126) days from Petition Date (April 10, 2023), and if a plan is filed by this date, continued exclusivity until the first hearing on confirmation of the Plan.

6. The Committee consents to the relief requested herein.

**WHEREFORE**, the Debtor respectfully requests entry of an order extending by six (6) days the 120-Day Exclusivity Period, or through and including April 10, 2023, and granting the Debtor such other and further relief as this Court deems just and proper.

**RESPECTFULLY SUBMITTED** this 4th day of April 2023.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, FL  32801
Telephone: 407-337-2060
Facsimile:  407-337-2050
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE

**BERTUCCI'S RESTAURANTS, LLC**

    Debtor.
_____/

CASE NO.: 6:22-bk-04313-GER

CHAPTER 11

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the forgoing has been furnished either electronically or by U.S. First Class Mail to: **DEBTOR**, **BERTUCCI'S RESTAURANTS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; **PHL HOLDINGS, LLC**, c/o Jason B. Burnett, Esq., GRAYROBINSON, P.A., 50 North Laura Street, Suite 1100, Jacksonville, FL 32202 (Jason.Burnett@Gray-Robinson.com) and Kenneth B. Jacobs, Esq., GRAYROBINSON, P.A., 50 North Laura Street, Suite 1100, Jacksonville, FL 32202 (ken.jacobs@gray-robinson.com); **PB RESTAURANTS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; **MARK J. WOLFSON,** Foley & Lardner, LLC, 100 N. Tampa St., Ste. 2700, Tampa, FL 33601; the **U.S. TRUSTEE'S OFFICE**, 400 West Washington Street, Suite 1120, Orlando, Florida 32801 (Audrey.M.Aleskovsky@usdoj.gov); all parties entitled to receive CM/ECF noticing; and all parties listed on the Local Rule 1007-2 parties in interest list, as shown on the matrix attached to the original of this notice filed with the Court, on this 4th day of April 2023.

    /s/ R. Scott Shuker
    R. Scott Shuker, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-04313-GER<br>Middle District of Florida<br>Orlando<br>Tue Apr  4 10:16:42 EDT 2023 | Bertucci's Restaurants, LLC<br>4700 Millenia Blvd., Ste. 400<br>Orlando, FL 32839-6020 | Julia Mohan<br>35 W. Wacker Dr. 29th Floor<br>Chicago, IL 60601-1748 |
| 153 West Hancock Street Associates, LP<br>FOWLER WHITE BURNETT, P.A.<br>Northbridge Centre<br>515 North Flagler Drive, Suite 2100<br>West Palm Beach, FL 33401-4332 | 805 MAIN STREET LLC<br>c/o Edward M. Fitzgerald, Esq.<br>Holland & Knight LLP<br>200 S. Orange Avenue, Suite 2600<br>Orlando, FL 32801-3453 | AFA Protective Systems, Inc.<br>155 Michael Drive<br>Syosset, NY 11791-5310 |
| Avon Marketplace Investors, LLC<br>Marc J. Kurzman, Esq.<br>1055 Washington Blvd<br>Stamford, CT 06901-2216 | Best Petroleum LLC<br>Country Manor Norwood Trust<br>40 Grove St., Unit 430<br>Wellesley, MA 02482-7774 | (p)C H  ROBINSON WORLDWIDE  INC<br>ATTN BANKRUPTCY TEAM BILL GLAD<br>14701 CHARLSON ROAD<br>SUITE 2400<br>EDEN PRAIRIE MN 55347-5076 |
| C.H. Robinson Worldwide, Inc.<br>c/o Mark A. Amendola, Esq.<br>Martyn and Associates Co.<br>820 W. Superior Ave., Tenth Floor<br>Cleveland, OH 44113-1827 | CIL Walkers LLC<br>c/o Bank of America, N.A.<br>PO Box 105576<br>Atlanta, GA 30348-5576 | Canton R2G Owner LLC<br>PO Box 411261<br>Boston, MA 02241-1261 |
| Christine Pageau<br>c/o Alicia M. Kupcinskas, Esq.<br>Brennan Manna Diamond PL<br>5210 Belfort Road, Suite 400<br>Jacksonville, FL 32256-6050 | Commerce Way Development Co., LLC<br>c/o Matthew J. McGowan<br>56 Exchange Terrace, Suite 500<br>Providence, RI 02903-1772 | Concord Retail Partners, L.P.<br>c/o Dana S. Plon, Esquire<br>Sirlin Lesser & Benson, P.C.<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA 19109-1042 |
| Condord Gallery, Inc.<br>c/o Andrew L. Cole, Esq.<br>Cole Schotz P.C.<br>P.O. Box 7189<br>Wilmington, DE 19803-0189 | Conneticut Natural Gas Corp<br>76 Meadow St.<br>East Hartford, CT 06108-3218 | Creditor's Committee, c/o<br>Mark Wolfson, Esq.<br>100 North Tampa Street<br>Suite 2700<br>Tampa, FL 33602-5810 |
| D&H 402-A Pad<br>c/o Bodie B. Colwell, Esq.<br>Preti Flaherty, LLP<br>PO Box 9546<br>Portland, ME 04112-9546 | D&H 402-A Pad<br>c/o John M. Sullivan<br>Preti Flaherty Beliveau & Pachios PLLP<br>PO Box 1318<br>Concord, NH 03302-1318 | D&H 402A Pad Partnership TS<br>c/o Caron & Bletzer<br>PO Box 969<br>Kingston, NH 03848-0969 |
| Ecolab Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Rd.<br>Milwaukee, WI 53212-1077 | Frontier Dr Metro Center LP<br>Lockbox #283523<br>PO Box 713523<br>Philadelphia, PA 19171-3523 | Griswold Mall Associates, LLC<br>c/o Richard Johnston, Jr.<br>JOHNSTON LAW, PLLC<br>7370 College Parkway, Suite 210<br>Fort Myers, FL 33907-5559 |
| Lincoln Plaza Assoc<br>PO Box 829424<br>Philadelphia, PA 19182-9424 | MNH Mall, LLC<br>Mall of New Hamphire<br>14184 Collections Center Dr<br>Chicago, IL 60693-0001 | MOBO Systems<br>285 Fulton St<br>Floor 82<br>New York, NY 10007-0166 |
| Mall at Rockingham LLC<br>Mall at Rockingham Park<br>14165 Collections Center Dr<br>Chicago, IL 60693-0001 | Mall at Solomon Pond, LLC<br>14199 Collections Center Dr<br>Chicago, IL 60693-0001 | Medford Wellington Service Co., Inc.<br>c/o Kate P. Foley, Esq.<br>Mirick O'Connell<br>1800 West Park Dr., Ste 400<br>Westborough, MA 01581-3960 |

| | | |
|---|---|---|
| Medford Wellington Service Co., Inc.<br>c/o Paul W. Carey, Esq.<br>Mirick O'Connell<br>100 Front Street<br>Worcester, MA 01608-1425 | NCR CORPORATION<br>c/o Ashley Thompson, Law Department<br>864 Spring Street , NE<br>Atlanta, GA 30308 | NCR Corporation<br>P.O. Box 198755<br>Atlanta, GA 30384-8755 |
| Norwood Country Manor LLC<br>c/o Gillian D. Williston, Troutman Peppe<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462-3038 | PB Restaurants, LLC<br>11 West 42nd Street<br>Orlando, FL 32839 | PB Restaurants, LLC<br>c/o Jason B. Burnett, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 |
| PHL Holdings, LLC<br>c/o Jason B. Burnett, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | PHL Holdings, LLC<br>c/o Kenneth B. Jacobs, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | RPT Realty, L.P.<br>c/o Ilan Markus<br>Barclay Damon LLP<br>545 Long Wharf Drive, 9th Floor<br>New Haven, CT 06511-5960 |
| Reward Network<br>540 W Madison St<br>Suite 2400<br>Chicago, IL 60661-2562 | Rewards Network Establishment Services Inc.<br>c/o Gabriel M. Hartsell<br>2398 E. Camelback Road<br>Suite 760<br>Phoenix, AZ 85016-9005 | Route 140 School Street, LLC<br>c/o Paul W. Carey, Esq.<br>Mirick O'Connell<br>100 Front Street<br>Worcester, MA 01608-1425 |
| SIMON PROPERTY GROUP, INC.<br>c/o Ronald M. Tucker, VP & Bankruptcy Co<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | SPRINGFIELD SQUARE CENTRAL, LP<br>c/o Robert Langer<br>1001 Baltimore Pike<br>Springfield, PA 19064-2800 | SYSCO Corporation<br>1390 Enclave Parkway<br>Houston, TX 77077-2099 |
| Simon Property Group, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Snowden Holdings, LLC<br>c/o Daniel E. Etlinger, Esq.<br>Jennis Morse Etlinger<br>606 E. Madison Street<br>Tampa, FL 33602-4029 | Snowden Holdings, LLC<br>c/o David S. Jennis Esq.<br>Jennis Morse Etlinger<br>606 E. Madison Street<br>Tampa, FL 33602-4029 |
| Springfield Square Cent LP<br>c/o Continental Dev. LLC<br>1604 Walnut St - 5th Floor<br>Philadelphia, PA 19103-5421 | St. John Properties, Inc - B<br>Accounts Receivable<br>PO Box 62784<br>Baltimore, MD 21264-2784 | The Grossman Companies, Inc.<br>c/o Jennifer V. Doran, Esq.<br>Hinckley Allen & Snyder<br>28 State Street<br>Boston, MA 02109-1776 |
| TriMark United East<br>PO Box 845377<br>Boston, MA 02284-5377 | W/S/M Hingham Properties LLC<br>c/o Paul W. Carey, Esq.<br>Mirick O'Connell<br>100 Front Street<br>Worcester, MA 01608-1425 | Wildwood Est. of Braintree<br>PO Box 859059<br>Braintree, MA 02185-9059 |
| Michael A Paasch +<br>Mateer & Harbert PA<br>Post Office Box 2854<br>Orlando, FL 32802-2854 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 | Jason B. Burnett +<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 |
| Kenneth B Jacobs +<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | Richard A Johnston Jr.+<br>Johnston Law, PLLC<br>7370 College Parkway<br>Ste 210<br>Ft. Myers, FL 33907-5559 | Mark J. Wolfson +<br>Foley & Lardner<br>100 North Tampa Street, Suite 2700<br>PO Box 3391<br>Tampa, FL 33601-3391 |

| | | |
|---|---|---|
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Ronald M Tucker +<br>Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Kevin A Reck +<br>Foley & Lardner LLP<br>301 E. Pine Street, Suite 1200<br>Orlando, FL 32801-2703 |
| Bradley S Shraiberg +<br>Shraiberg Page P.A.<br>2385 NW Executive Center Drive<br>Suite 300<br>Boca Raton, FL 33431-8530 | Dustin P Branch +<br>Ballard Spahr LLP<br>2029 Century Park East<br>Suite 1400<br>Los Angeles, CA 90067-2915 | Jeffrey Kurtzman +<br>Kurtzman Steady, LLC<br>555 City Avenue<br>Ste 480<br>Bala Cynwyd, PA 19004-1142 |
| Paul W Carey +<br>Mirick O'Connell DeMallie & Lougee<br>100 Front Street<br>Worcester, MA 01608-1477 | Matthew J. McGowan +<br>Salter McGowan Sylvia & Leonard, Inc.<br>56 Exchange Terrace, Suite 500<br>Ste 500<br>Providence, RI 02903-1772 | Isaac M Gabriel +<br>Dorsey & Whitney LLP<br>2398 E. Camelback Road<br>Suite 760<br>Phoenix, AZ 85016-9005 |
| Edward M Fitzgerald +<br>Holland & Knight LLP<br>200 South Orange Ave<br>Suite 2600<br>Orlando, FL 32801-3453 | Mark A Amendola +<br>Martyn and Associates<br>820 Superior Avenue, Northwest<br>Tenth Floor<br>Cleveland, OH 44113-1827 | Michael L Schuster +<br>Ballard Spahr, LLP<br>1225 17th Street, Suite 2300<br>Denver, CO 80202-5535 |
| Dana S Plon +<br>Sirlin Gallogly & Lesser PC<br>123 South Broad Street<br>Suite 2100<br>Philadelphia, PA 19109-1042 | Eric A Rosen +<br>Fowler White Burnett, P.A.<br>515 North Flagler Drive, Suite 2100<br>West Palm Beach, FL 33401-4332 | Leslie C Heilman +<br>Ballard Spahr, LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3023 |
| Ilan Markus +<br>LeClairRyan A Professional Corporation<br>545 Long Wharf Drive<br>Ninth Floor<br>New Haven, CT 06511-5960 | Kate Foley +<br>Mirick O'Connell DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581-3960 | Andrew L Cole +<br>Cole Schotz P.C.<br>300 East Lombard Street, Suite 1450<br>Baltimore, MD 21202-3242 |
| Michael S Provenzale +<br>Lowndes Drosdick Doster Kantor & Reed PA<br>Post Office Box 2809<br>Orlando, FL 32802-2809 | Alicia M Kupcinskas +<br>Brennan Manna Diamond<br>5210 Belfort Road, Suite 400<br>Jacksonville, FL 32256-6050 | David S Jennis +<br>Jennis Morse Etlinger<br>606 East Madison Street<br>Tampa, FL 33602-4029 |
| Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | Gabriel M Hartsell +<br>Dorsey & Whitney LLP<br>2398 E. Camelback Road<br>Suite 760<br>Phoenix, AZ 85016-9005 | Daniel E Etlinger +<br>Jennis Morse Etlinger<br>606 East Madison Street<br>Tampa, FL 33602-4029 |
| Gillian D. Williston +<br>Troutman Pepper Hamilton Sanders LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462-3038 | Laurel D Roglen +<br>Ballard Spahr LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3023 | Julie M. Murphy +<br>Stradley Ronon Stevens & Young LLP<br>Liberty View<br>457 Haddonfield Road<br>Suite 100<br>Cherry Hill, NJ 08002-2223 |
| Bodie Colwell +<br>Preti Flaherty, LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546 | John Mark Sullivan +<br>Preti Flaherty<br>57 N. Main Street<br>P.O. Box 1318<br>Concord, NH 03302-1318 | Jennifer Doran +<br>Hinckley Allen<br>28 State Street<br>Boston, MA 02109-1776 |

| | | |
|---|---|---|
| James Hoffman + | Samuel C. Wisotzkey + | Marc Justin Kurzman + |
| Offit Kurman | 4650 N. Port Washington Rd. | Carmody Torrance Sandak & Hennessey LLP |
| 7501 Wisconsin Avenue | Milwaukee, WI 53212-1077 | 1055 Washington Boulevard |
| Suite 1000w | | Stamford, CT 06901-2218 |
| Bethesda, MD 20814-6604 | | |

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| C.H. ROBINSON | End of Label Matrix |
| Robinson Fresh | Mailable recipients    93 |
| 14701 Charlesto RD, Ste 1400 | Bypassed recipients     0 |
| Eden Prairie, MN 55347 | Total                  93 |