**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:  CASE NO.: 6:22-bk-04313-GER

**BERTUCCI'S RESTAURANTS, LLC,**  CHAPTER 11

Debtor.
_____/

**DEBTOR'S EXHIBIT LIST**
**Hearing Date: April 11, 2023**

| Exhibit No. | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| **Exhibit 001** | DIP Budget | | | |